**Fill in this information to identify the case:**

Debtor name    **Computa-Base Machining, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **18-30856**

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals          12/15

| Part 1: | Summary of Assets |
|---|---|

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*.................................................................................... $ 0.00

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*................................................................................ $ 2,742,868.39

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*................................................................................. $ 2,742,868.39

| Part 2: | Summary of Liabilities |
|---|---|

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $ 512,099.65

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................. $ 0.00

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................ +$ 420,397.74

4.  **Total liabilities** ................................................................................
   Lines 2 + 3a + 3b          $ 932,497.39

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Computa-Base Machining, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **18-30856** |

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property
12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$23,791.00** |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **1st Colonial Community Bank** | **Business Checking Account** | **4338** | **$30,835.61** |
| 3.2. | **1st Colonial Community Bank** | **Business Checking Account** | **3254** | **$1,773.54** |
| 3.3. | **TD Bank, NA** | **Business Convenience Checking** | **3885** | **$20,289.49** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $76,689.64 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

Debtor    **Computa-Base Machining, Inc.**                                    Case number *(if known)* **18-30856**
　　　　　Name

| 7.1. | **Security Deposit** | **$6,282.00** |
|---|---|---|

8.　　**Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
　　　Description, including name of holder of prepayment

9.　　**Total of Part 2.**                                                                    **$6,282.00**
　　　Add lines 7 through 8. Copy the total to line 81.

**Part 3:**　　**Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.　　**Accounts receivable**

11b. Over 90 days old:　　**72,033.75**　-　　**0.00**  =....　　**$72,033.75**
　　　　　　　　　　　　　face amount　　　　doubtful or uncollectible accounts

12.　　**Total of Part 3.**                                                                    **$72,033.75**
　　　Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

**Part 4:**　　**Investments**

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**　　**Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.　**Raw materials** <br> **material and bearings** | | Unknown | | **$98,000.00** |
| 20.　**Work in progress** <br> **Inventories - estimated** <br> **Work in Progress** | | Unknown | | **$995,145.00** |

21.　　**Finished goods, including goods held for resale**

22.　　**Other inventory or supplies**

23.　　**Total of Part 5.**                                                                    **$1,093,145.00**
　　　Add lines 19 through 22.  Copy the total to line 84.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

| Debtor | **Computa-Base Machining, Inc.** | Case number *(If known)* **18-30856** |
|---|---|---|
| | Name | |

**24.**   **Is any of the property listed in Part 5 perishable?**
   ■ No
   ☐ Yes

**25.**   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
   ☐ No
   ■ Yes. Book value                **0**   Valuation method                            Current Value                **98000**

**26.**   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

   ■ No.  Go to Part 7.
   ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

   ☐ No.  Go to Part 8.
   ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**   **Office furniture** | | | |
| **40.**   **Office fixtures** | | | |
| **41.**   **Office equipment, including all computer equipment and communication systems equipment and software** <br> **Furniture and Fixtures - estimate at cost w/out depeciation** | **$0.00** | | **$92,564.00** |
| **Software - estimate at cost w/out depeciation** | **$0.00** | | **$39,319.00** |

**42.**   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

**43.**   **Total of Part 7.**
   Add lines 39 through 42.  Copy the total to line 86.

| | **$131,883.00** |
|---|---|

**44.**   **Is a depreciation schedule available for any of the property listed in Part 7?**
   ☐ No
   ■ Yes

**45.**   **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| Debtor | **Computa-Base Machining, Inc.** | | Case number *(if known)* **18-30856** |
|---|---|---|---|
| | Name | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |

| | | | | |
|---|---|---|---|---|
| 47.1. | **Transportation Equipment -estimate** | **Unknown** | | **$20,000.00** |
| 47.2. | **1996 Chevrolet White Pickup Truck** | **Unknown** | | **$3,500.00** |
| 47.3. | **2003 Chevrolet White Van** | **Unknown** | | **$6,000.00** |
| 47.4. | **2000 GMC White Truck** | **Unknown** | | **$4,500.00** |

**48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** **Aircraft and accessories**

**50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**
**Machinary and Equipment - at cost without depreciation.**

| | | | |
|---|---|---|---|
| | **Unknown** | | **$1,328,835.00** |

**51.** **Total of Part 8.**
Add lines 47 through 50.  Copy the total to line 87.

| |
|---|
| **$1,362,835.00** |

**52.** **Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☑ Yes

**53.** **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☑ No.  Go to Part 12.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | **Computa-Base Machining, Inc.** | Case number *(If known)* | **18-30856** |
|---|---|---|---|
| | Name | | |

☐ Yes Fill in the information below.

| Debtor | **Computa-Base Machining, Inc.** | Case number *(If known)* **18-30856** |
|---|---|---|
| | Name | |

---

**Part 12:**    **Summary**

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $76,689.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,282.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $72,033.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,093,145.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $131,883.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,362,835.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | +     $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,742,868.39 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,742,868.39 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    **Computa-Base Machining, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **18-30856**

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

| | | | Column A | Column B |
|---|---|---|---|---|
| **2. List in alphabetical order all creditors** who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. | | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **1st Colonial Community Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Machine** | $63,832.00 | $0.00 |
|---|---|---|---|---|

**210 Lake Drive East**
**Cherry Hill, NJ 08022**
Creditor's mailing address

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**3/21/2017**
Last 4 digits of account number
**9727**

Do multiple creditors have an interest in the same property?
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **1st Colonial Community Bank**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**Debtor's assets, equipment, cash, receivables** | $448,267.65 | $0.00 |
|---|---|---|---|---|

**210 Lake Drive East**
**Cherry Hill, NJ 08022**
Creditor's mailing address

Describe the lien
**Commerial Lien**
Is the creditor an insider or related party?
■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred
**10/31/2017**
Last 4 digits of account number
**863**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Computa-Base Machining, Inc.** | Case number (if know) | **18-30856** |
|---|---|---|---|
| | Name | | |

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$512,099.65**

---

**Part 2:**    **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **1st Colonial Community Bank**<br>**c/o William F. Saldutti, III, Esquire**<br>**Saldutti Law Group**<br>**800 North Kings Highway, Suite 300**<br>**Cherry Hill, NJ 08034** | Line  **2.1** | |
| **1st Colonial Community Bank**<br>**c/o William F. Saldutti, III, Esquire**<br>**800 North Kings Highway, Suite 300**<br>**Cherry Hill, NJ 08034** | Line  **2.2** | |

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                                                      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **Computa-Base Machining, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **18-30856**

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims
12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**   **List All Creditors with PRIORITY Unsecured Claims**

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:**   **List All Creditors with NONPRIORITY Unsecured Claims**

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address<br>**A&M Industrial Supply**<br>**PO Box 1044**<br>**Rahway, NJ 07065**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$2,711.80** |
| 3.2 | Nonpriority creditor's name and mailing address<br>**ACTWD**<br>**1150 Carlisle St.  Ste 4 #185**<br>**Hanover, PA 17331**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Website services**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$215.40** |
| 3.3 | Nonpriority creditor's name and mailing address<br>**Adept Fasteners**<br>**PO Box 579**<br>**Castaic, CA 91310**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Trade Vendor**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.4 | Nonpriority creditor's name and mailing address<br>**Agustin Rosado, Officer**<br>**411 Junction Road**<br>**Berlin, NJ 08009**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Loans**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| Debtor | Computa-Base Machining, Inc. | Case number (if known) | 18-30856 |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,500.00 |
|---|---|---|---|

**Alion Science and Technology**
PO Box 75695
Baltimore, MD 21275

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**AMZ**
2206 Pennsylvania Ave
York, PA 17404-1790

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andpak, Inc.**
400 Jarvis Drive
Morgan Hill, CA 95037

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $596.15 |
|---|---|---|---|

**Anoplate Corporation**
PO Box
Albany, NY 12201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Art Metal Craft Plating Co., Inc.**
529-535 S. Second St.
PO Box 1581
Camden, NJ 08101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,144.80 |
|---|---|---|---|

**Avasek**
2020 Springdale Rd. Suite 4
Cherry Hill, NJ 08003

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,073.53 |
|---|---|---|---|

**Bank of America**
Attn: Bankruptcy Department
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __various__

Basis for the claim:  __Advances for material__

Last 4 digits of account number  __7660__

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | Computa-Base Machining, Inc. | Case number (if known) | 18-30856 |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,699.74 |
|---|---|---|---|

**Bank of America**
**Attn: Bankruptcy Department**
**475 Cross Point Pkwy**
**PO Box 9000**
**Getzville, NY 14068-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Advances for material**

Last 4 digits of account number **2265**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,140.62 |
|---|---|---|---|

**Barclays Bank**
**PO Box 13337**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Advances for material**

Last 4 digits of account number **4744**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,462.40 |
|---|---|---|---|

**Barclays Bank**
**PO Box 13337**
**Philadelphia, PA 19101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Advances for material**

Last 4 digits of account number **2316**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boccella Precast LLC**
**324 New Brooklyn Rd.**
**Berlin, NJ 08009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,011.32 |
|---|---|---|---|

**Capital One Bank**
**PO Box 6492**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Advances for material**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,261.11 |
|---|---|---|---|

**Chase Bank, card services**
**PO Box 1423**
**Charlotte, NC 28201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Advances for material**

Last 4 digits of account number **8573**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,706.33 |
|---|---|---|---|

**Citi Card**
**PO Box 70166**
**Philadelphia, PA 19176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Advances for material**

Last 4 digits of account number **7818**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Computa-Base Machining, Inc.** | Case number (if known) | **18-30856** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,000.00 |
|---|---|---|---|

**Citi Card**
PO Box 70166
Philadelphia, PA 19176

Date(s) debt was incurred  **various**

Last 4 digits of account number  **5729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advances for material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,998.64 |
|---|---|---|---|

**Citi Card**
PO Box 70166
Philadelphia, PA 19176

Date(s) debt was incurred  **various**

Last 4 digits of account number  **6032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advances for material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,269.35 |
|---|---|---|---|

**Coastline Metal Finishing**
PO Box 740513
Los Angeles, CA 90074

Date(s) debt was incurred  **various**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Core Services LLC**
1271 Shine Avenue
Myrtle Beach, SC 29577

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Curbell, Inc.**
14746 Collection Center Dr.
Chicago, IL 60693

Date(s) debt was incurred  **_**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,000.00 |
|---|---|---|---|

**Discover Card**
PO Box 71084
Charlotte, NC 28272

Date(s) debt was incurred  **various**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Advances for material**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Earle M. Jorgenson Company**
2200 Cabot Blvd., Suite 100
Langhorne, PA 19047

Date(s) debt was incurred  **various**

Last 4 digits of account number  **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Computa-Base Machining, Inc. | Case number (if known) | 18-30856 |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,734.00**

Effort Foundry
6980 Chrisphalt Dr
Bath, PA 18014

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade creditor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Federated Insurance
PO Box 64304
Saint Paul, MN 55164

Date(s) debt was incurred **various**
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

J & M Precision Enterprises, Inc.
8103 River Rd.
Pennsauken, NJ 08110

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,815.00**

Joseph W. Bowley & Co., LLP
27 W. Church St.
Blackwood, NJ 08012

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Accountants**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

K & K Percision Grinding
6795 State Road
Philadelphia, PA 19135

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$268,000.00**

Kaman Industrial Supply Co.
1 Vision Way
Bloomfield, CT 06002

Date(s) debt was incurred **various**
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$313.00**

Laboratory Testing Inc.
2331 Topaz Drirve
Hatfield, PA 19440

Date(s) debt was incurred _____
Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _____

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Computa-Base Machining, Inc. | Case number (if known) | 18-30856 |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address
**Lamlinks Corporation**
**560 N. Larchmont Blvd.**
**Los Angeles, CA 90004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$50.00**

---

**3.34** | Nonpriority creditor's name and mailing address
**Liberty Tool Co., Inc.**
**424 Cremary Way**
**Exton, PA 19341**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.35** | Nonpriority creditor's name and mailing address
**Marilyn Rosado**
**607 4th St.**
**Absecon, NJ 08201**

Date(s) debt was incurred  **various**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No ☐ Yes

**$45,000.00**

---

**3.36** | Nonpriority creditor's name and mailing address
**Metal Specialties of New Jersey**
**1 Compass Road**
**Mount Holly, NJ 08060**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$252.00**

---

**3.37** | Nonpriority creditor's name and mailing address
**Mil-spec Painting, Inc.**
**1720 H. Belmont Avenue**
**Windsor Mill, MD 21244**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$500.00**

---

**3.38** | Nonpriority creditor's name and mailing address
**MSC Industrial Supply Co.**
**c/o Wellesley Bobb**
**75 Maxess Road**
**Melville, NY 11747**

Date(s) debt was incurred  **various**

Last 4 digits of account number  **6333**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$1,018.82**

---

**3.39** | Nonpriority creditor's name and mailing address
**Nelson Precision Drilling Co., Inc.**
**PO Box 1057**
**Glastonbury, CT 06033**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Computa-Base Machining, Inc. | | Case number (if known) | 18-30856 |
|---|---|---|---|---|
| | Name | | | |

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Omega Electronics Inst. Inc.**
1260 Creekside Ln.
PO Box 1169
Quakertown, PA 18951

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Paramount Plating Co., Inc.**
1515 W. Elizabeth Avenue
Linden, NJ 07036

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,036.06 |
|---|---|---|---|

**Penn Stainless Products**
190 Kelly Rd
Quakertown, PA 18951

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $128.48 |
|---|---|---|---|

**Phoenix Heat Treating, Inc.**
PO Box 18405
Phoenix, AZ 85005

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,868.00 |
|---|---|---|---|

**Ramball TestLab Inc.**
1703 Industrial Highway
Cinnaminson, NJ 08077

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,054.20 |
|---|---|---|---|

**Robert Wooler Company**
1755 Susquehanna Road
Dresher, PA 19025

Date(s) debt was incurred  **various**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade vendor**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |
|---|---|---|---|

**Rosado Properties LLC**
411 North Grove Street
Berlin, NJ 08009

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Landlord**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Computa-Base Machining, Inc.** | Case number (if known) | **18-30856** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $259.05 |
|---|---|---|---|

**Safety Kleen**
**PO Box 382066**
**Pittsburgh, PA 15250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**South Jersey Gas**
**PO box 6091**
**Bellmawr, NJ 08099**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $803.00 |
|---|---|---|---|

**South Jersey Welding Supply**
**496 NJ-38**
**Maple Shade, NJ 08052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $152.04 |
|---|---|---|---|

**TD Bank N.A.**
**PO Box 8400**
**Lewiston, ME 04243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Advances for material**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $506.10 |
|---|---|---|---|

**Thyssenkrupp Materials NA /Online Metals**
**PO Box 894118**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**TN Tool & Cutter**
**1501 Mickle St.**
**Camden, NJ 08105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $980.91 |
|---|---|---|---|

**Triman Industries, Inc.**
**1042 Industrial Drive**
**West Berlin, NJ 08091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Computa-Base Machining, Inc.** | | Case number (if known) | **18-30856** |
|---|---|---|---|---|
| | Name | | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Twin City EDM**
**7940 Ranchs Rd.**
**Minneapolis, MN 55432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**U Line**
**PO Box**
**Chicago, IL 60680**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $220.50 |
|---|---|---|---|

**UPS**
**PO Box 7247**
**Philadelphia, PA 19170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,888.90 |
|---|---|---|---|

**Vee Dennis Manufacturing, Co. Inc.**
**620 Park Rd.**
**Cherry Hill, NJ 08034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**W.B. Mason**
**59 Centrest**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Business Supplies**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,526.49 |
|---|---|---|---|

**Yarde Matals Inc.**
**PO Box 781227**
**Philadelphia, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number __

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

| Debtor | **Computa-Base Machining, Inc.** | | Case number (if known) | **18-30856** |
|---|---|---|---|---|
| | Name | | | |

| | | | | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | **0.00** |
| **5b. Total claims from Part 2** | | 5b. + | $ | **420,397.74** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | | 5c. | $ | **420,397.74** |

| Fill in this information to identify the case: |
|---|
| Debtor name **Computa-Base Machining, Inc.** |
| United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY |
| Case number (if known) **18-30856** |

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Precision parts contracts** | |
| | State the term remaining | | **DLA Land and Marine** |
| | List the contract number of any government contract | | **c/o Matthew O. Geary, DLA Counsel**<br>**Bldg 20 A777S**<br>**3990 East Broad Street**<br>**Grove City, OH 43123** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Precision parts contracts** | |
| | State the term remaining | | **Lockheed Martin Corporation** |
| | List the contract number of any government contract | | **12257 S. Wadsworth Blvd.**<br>**Littleton, CO 80127** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Precision parts contracts** | |
| | State the term remaining | | **Naval Air Warfare Center**<br>**Route 547** |
| | List the contract number of any government contract | | **Joint Base MLD**<br>**Lakehurst, NJ 08733** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Property** | |
| | State the term remaining | | **Rosado Properties LLP** |
| | List the contract number of any government contract | | **411 North Grove Street**<br>**Berlin, NJ 08009** |

**Fill in this information to identify the case:**

Debtor name          **Computa-Base Machining, Inc.**

United States Bankruptcy Court for the:          DISTRICT OF NEW JERSEY

Case number (if known)    **18-30856**

☐ Check if this is an
   amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**

*Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Bank of America** | ☐ D _____<br>■ E/F  **3.12**<br>☐ G _____ |
| 2.2 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Bank of America** | ☐ D _____<br>■ E/F  **3.11**<br>☐ G _____ |
| 2.3 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Barclays Bank** | ☐ D _____<br>■ E/F  **3.13**<br>☐ G _____ |
| 2.4 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Capital One Bank** | ☐ D _____<br>■ E/F  **3.16**<br>☐ G _____ |
| 2.5 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Citi Card** | ☐ D _____<br>■ E/F  **3.18**<br>☐ G _____ |

| Debtor | **Computa-Base Machining, Inc.** | | Case number *(if known)* | **18-30856** |
|---|---|---|---|---|

<table>
<tr><td>████</td><td colspan="2"><b>Additional Page to List More Codebtors</b></td></tr>
</table>

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|

| 2.6 | **Agustin Rosado** <br> **411 Junction Road** <br> **Berlin, NJ 08009** | **Discover Card** | ☐ D _____ <br> ■ E/F __3.24__ <br> ☐ G _____ |
|---|---|---|---|
| 2.7 | **Agustin Rosado** <br> **411 Junction Road** <br> **Berlin, NJ 08009** | **Chase Bank, card services** | ☐ D _____ <br> ■ E/F __3.17__ <br> ☐ G _____ |
| 2.8 | **Agustin Rosado** <br> **411 Junction Road** <br> **Berlin, NJ 08009** | **Barclays Bank** | ☐ D _____ <br> ■ E/F __3.14__ <br> ☐ G _____ |
| 2.9 | **Agustin Rosado** <br> **411 Junction Road** <br> **Berlin, NJ 08009** | **1st Colonial Community Bank** | ■ D __2.1__ <br> ☐ E/F _____ <br> ☐ G _____ |

# United States Bankruptcy Court
### District of New Jersey

| | | | |
|---|---|---|---|
| In re | **Computa-Base Machining, Inc.** | Case No. | **18-30856** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Agustin Rosado**<br>**411 Junction Road**<br>**Berlin, NJ 08009** | | **100%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **November 12, 2018** | Signature | **/s/ Agustin Rosado** |
| | | | **Agustin Rosado** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.