**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

*Caption in Compliance with D.N.J. LBR 9004-1(b)*
**Edmond M. George, Esquire**
**Angela L. Baglanzis, Esquire (*pro hac vice*)**
**OBERMAYER REBMANN MAXWELL & HIPPEL LLP**
**Woodland Falls Corporate Park**
**200 Lake Drive East, Suite 110**
**Cherry Hill, NJ  08002-1171**
**Telephone: 856-795-3300**
*Counsel to the Debtor-in-possession*

In re:

COMPUTA-BASE MACHINING, INC.,

               Debtor.

Chapter 11

Case No. 18-30856

Judge: Andrew B. Altenburg, Jr.

### CERTIFICATION OF AUGUSTIN ROSADO IN SUPPORT OF DEBTOR'S MOTION FOR AN ORDER DISMISSING DEBTOR'S CHAPTER 11 CASE PURSUANT TO 11 U.S.C. § 1112(b)

I, Agustin Rosado, the President of Computa-Base Machining, Inc. (the "Debtor") do hereby state as follows:

1. I am the President of the Debtor and am familiar with its finances.

2. At the Petition Date, the Debtor was current with the Debtor's Lender, and not been called in default of any obligation owed the Lender.

3. The Debtor owes no taxes and no wages to its employees.

4. Since at the Petition Date, the Debtor was not in default with any of its unsecured creditors, the scheduled amounts represent current liabilities trapped in the Chapter 11 filing.

5. Attached as Exhibit "A" are true and correct copies of the Debtor's Schedules of Assets and Liabilities. [Docket No. 36].

6. Attached as Exhibit "B" are the true and correct copies of Debtor's Statement of Financial Affairs.

1

7.      The Debtor's assets are fully encumbered to the Lender and there is no claim to

avoid the Lender's liens.

8.      There are no Chapter 5 avoidance claims which could be prosecuted for the

benefit of unsecured creditors. See Exhibit "B", Debtor's Statement of Financial Affairs.

9.      The Debtor's unsecured creditors are quite modest, and can be dealt with in the

liquidation outside of bankruptcy court.  See Exhibit "A", Debtor's Schedules of Assets and

Liabilities.

10.      I believe the Debtor no longer needs the bankruptcy as the Debtor's Lender and the

Debtor have agreed on the liquidation of the Debtor's business assets outside of the Chapter 11

case.

11.      I believe it is in the best interests of all creditors to dismiss the Debtor's pending

Chapter 11 Case.

Dated: 2/1/19                                    _____

                                                        Agustin Rosado, President
                                                        Computa-Base Machining, Inc.

2

4813-5993-4854

# EXHIBIT "A"

**Fill in this information to identify the case:**

Debtor name   **Computa-Base Machining, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF NEW JERSEY

Case number (if known)   **18-30856**

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

<table>
<tr><td colspan="2">Part 1:   Summary of Assets</td></tr>
</table>

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*..................................................................................... $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $    **2,742,868.39**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $    **2,742,868.39**

<table>
<tr><td colspan="2">Part 2:   Summary of Liabilities</td></tr>
</table>

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $    **512,099.65**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*................................... $      **0.00**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............. +$    **420,397.74**

4.  **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b                                    $    **932,497.39**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Computa-Base Machining, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **18-30856** |

☐ Check if this is an
    amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property               12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|
| 2.      **Cash on hand** | $23,791.00 |

3.      **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **1st Colonial Community Bank** | **Business Checking Account** | 4338 | $30,835.61 |
| 3.2. | **1st Colonial Community Bank** | **Business Checking Account** | 3254 | $1,773.54 |
| 3.3. | **TD Bank, NA** | **Business Convenience Checking** | 3885 | $20,289.49 |

4.      **Other cash equivalents** *(Identify all)*

5.      **Total of Part 1.**
         Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80 .

| $76,689.64 |
|---|

| Part 2: | Deposits and Prepayments |
|---|---|

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.      **Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

| Debtor | **Computa-Base Machining, Inc.** | Case number *(If known)* 18-30856 |
|--------|-----------------------------------|------------------------------------|
| | Name | |

| | | |
|---|---|---:|
| 7.1. | **Security Deposit** | **$6,282.00** |

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

9.    **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.                                      **$6,282.00**

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11b. Over 90 days old:          72,033.75          -          0.00          =....          **$72,033.75**
                                        face amount                      doubtful or uncollectible accounts

12.    **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.          **$72,033.75**

**Part 4:    Investments**

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:    Inventory, excluding agriculture assets**

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------|-------------------------------------------------------|-----------------------------------------|------------------------------------|
| 19. **Raw materials** **material and bearings** | | Unknown | | **$98,000.00** |
| 20. **Work in progress** **Inventories - estimated** **Work in Progress** | | Unknown | | **$995,145.00** |

21.    **Finished goods, including goods held for resale**

22.    **Other inventory or supplies**

23.    **Total of Part 5.**
Add lines 19 through 22. Copy the total to line 84.          **$1,093,145.00**

---

Official Form 206A/B                      Schedule A/B Assets - Real and Personal Property                      page 2

Debtor    **Computa-Base Machining, Inc.**                          Case number *(if known)*  **18-30856**
       Name

24.    **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25.    **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value        **0** Valuation method        Current Value        **98000**

26.    **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
| --- | --- |

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
| --- | --- | --- | --- |
| 39.  **Office furniture** | | | |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software** **Furniture and Fixtures - estimate at cost w/out depeciation** | **$0.00** | | **$92,564.00** |
|     **Software - estimate at cost w/out depeciation** | **$0.00** | | **$39,319.00** |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
    Add lines 39 through 42.  Copy the total to line 86.            **$131,883.00**

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
    ☐ No
    ■ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
| --- | --- |

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

    ☐ No. Go to Part 9.
    ■ Yes Fill in the information below.

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                        Best Case Bankruptcy

| Debtor | **Computa-Base Machining, Inc.** | | Case number *(If known)* | **18-30856** |
|---|---|---|---|---|
| | Name | | | |

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|

**47.** Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles

| | | | | |
|---|---|---|---|---|
| 47.1. | **Transportation Equipment -estimate** | Unknown | | $20,000.00 |
| 47.2. | **1996 Chevrolet White Pickup Truck** | Unknown | | $3,500.00 |
| 47.3. | **2003 Chevrolet White Van** | Unknown | | $6,000.00 |
| 47.4. | **2000 GMC White Truck** | Unknown | | $4,500.00 |

**48.** Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

**49.** Aircraft and accessories

**50.** Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)
**Machinary and Equipment - at cost without
depreciation.**                                    Unknown                              $1,328,835.00

**51.** Total of Part 8.                                                    $1,362,835.00
Add lines 47 through 50. Copy the total to line 87.

**52.** Is a depreciation schedule available for any of the property listed in Part 8?
☐ No
■ Yes

**53.** Has any of the property listed in Part 8 been appraised by a professional within the last year?
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No. Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No. Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No. Go to Part 12.

| Debtor | **Computa-Base Machining, Inc.** | Case number *(If known)* | **18-30856** |
| | Name | | |

☐ Yes Fill in the information below**.**

Case 18-30856-ABA    Doc 56-2    Filed 02/01/19    Entered 02/01/19 15:08:14    Desc
Certification    Page 10 of 35

| Debtor | **Computa-Base Machining, Inc.** | Case number *(If known)* | **18-30856** |
|---|---|---|---|
| | Name | | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $76,689.64 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $6,282.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $72,033.75 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $1,093,145.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $131,883.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,362,835.00 | |
| 88. **Real property.** *Copy line 56, Part 9.* ..............................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $2,742,868.39 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,742,868.39 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **Computa-Base Machining, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **18-30856**

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ **No.** Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ **Yes.** Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim**<br>Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| 2.1 | **1st Colonial Community Bank** | | $63,832.00 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**210 Lake Drive East**
**Cherry Hill, NJ 08022**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Machine**

Describe the lien
**Purchase Money Security Interest**
Is the creditor an insider or related party?

Creditor's email address, if known

■ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**3/21/2017**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**9727**

Do multiple creditors have an interest in the same property?

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| 2.2 | **1st Colonial Community Bank** | | $448,267.65 | $0.00 |
|---|---|---|---|---|

Creditor's Name

**210 Lake Drive East**
**Cherry Hill, NJ 08022**
Creditor's mailing address

Describe debtor's property that is subject to a lien
**Debtor's assets, equipment, cash, receivables**

Describe the lien
**Commerial Lien**
Is the creditor an insider or related party?

Creditor's email address, if known

☐ No
☐ Yes
Is anyone else liable on this claim?

Date debt was incurred
**10/31/2017**

☐ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number
**863**

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Case 18-30856-ABA   Doc 56   Filed 02/01/19   Entered 02/01/19 15:38:16   Desc Main
Document   Page 12 of 35

| Debtor | **Computa-Base Machining, Inc.** | Case number (if know) | **18-30856** |
|---|---|---|---|
| | Name | | |

- ☑ No
- ☐ Yes. Specify each creditor, including this creditor and its relative priority.

| | | |
|---|---|---|
| ☐ Contingent | | |
| ☐ Unliquidated | | |
| ☐ Disputed | | |

3.   Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   **$512,099.65**

**Part 2:   List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **1st Colonial Community Bank** <br> **c/o William F. Saldutti, III, Esquire** <br> **Saldutti Law Group** <br> **800 North Kings Highway, Suite 300** <br> **Cherry Hill, NJ 08034** | Line  **2.1** | |
| **1st Colonial Community Bank** <br> **c/o William F. Saldutti, III, Esquire** <br> **800 North Kings Highway, Suite 300** <br> **Cherry Hill, NJ 08034** | Line  **2.2** | |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

**Fill in this information to identify the case:**

Debtor name __**Computa-Base Machining, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF NEW JERSEY__

Case number (if known) __18-30856__

☐ Check if this is an
amended filing

# Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

  1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

  ■  No. Go to Part 2.

  ☐  Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

  3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
      out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address | $2,711.80 |
| | **A&M Industrial Supply**<br>**PO Box 1044**<br>**Rahway, NJ 07065** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Vendor__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.2** | Nonpriority creditor's name and mailing address | $215.40 |
| | **ACTWD**<br>**1150 Carlisle St. Ste 4 #185**<br>**Hanover, PA 17331** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Website services__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.3** | Nonpriority creditor's name and mailing address | $0.00 |
| | **Adept Fasteners**<br>**PO Box 579**<br>**Castaic, CA 91310** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade Vendor__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |
| **3.4** | Nonpriority creditor's name and mailing address | Unknown |
| | **Agustin Rosado, Officer**<br>**411 Junction Road**<br>**Berlin, NJ 08009** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Loans__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

Case 18-30856-ABA   Doc 56   Filed 02/01/19   Entered 02/01/19 15:38:14   Desc Main
Certification      Page 11 of 25

| Debtor | **Computa-Base Machining, Inc.** | Case number *(if known)* | **18-30856** |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,500.00** |
|---|---|---|---|

**Alion Science and Technology**
**PO Box 75695**
**Baltimore, MD 21275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**AMZ**
**2206 Pennsylvania Ave**
**York, PA 17404-1790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andpak, Inc.**
**400 Jarvis Drive**
**Morgan Hill, CA 95037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$596.15** |
|---|---|---|---|

**Anoplate Corporation**
**PO Box**
**Albany, NY 12201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Art Metal Craft Plating Co., Inc.**
**529-535 S. Second St.**
**PO Box 1581**
**Camden, NJ 08101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,144.80** |
|---|---|---|---|

**Avasek**
**2020 Springdale Rd. Suite 4**
**Cherry Hill, NJ 08003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  __Trade Vendor__

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,073.53** |
|---|---|---|---|

**Bank of America**
**Attn: Bankruptcy Department**
**475 Cross Point Pkwy**
**PO Box 9000**
**Getzville, NY 14068-9000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __various__

Basis for the claim:  __Advances for material__

Last 4 digits of account number  __7660__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Computa-Base Machining, Inc.** | Case number (if known) | **18-30856** |
|---|---|---|---|
| | Name | | |

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,699.74 |
|---|---|---|---|

**Bank of America**
Attn: Bankruptcy Department
475 Cross Point Pkwy
PO Box 9000
Getzville, NY 14068-9000

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Advances for material**

Last 4 digits of account number **2265**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,140.62 |
|---|---|---|---|

**Barclays Bank**
PO Box 13337
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Advances for material**

Last 4 digits of account number **4744**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,462.40 |
|---|---|---|---|

**Barclays Bank**
PO Box 13337
Philadelphia, PA 19101

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Advances for material**

Last 4 digits of account number **2316**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Boccella Precast LLC**
324 New Brooklyn Rd.
Berlin, NJ 08009

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,011.32 |
|---|---|---|---|

**Capital One Bank**
PO Box 6492
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Advances for material**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,261.11 |
|---|---|---|---|

**Chase Bank, card services**
PO Box 1423
Charlotte, NC 28201

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Advances for material**

Last 4 digits of account number **8573**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,706.33 |
|---|---|---|---|

**Citi Card**
PO Box 70166
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Advances for material**

Last 4 digits of account number **7818**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Computa-Base Machining, Inc.** | Case number (if known) | **18-30856** |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,000.00 |
|---|---|---|---|

**Citi Card**
PO Box 70166
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  **5729**

Basis for the claim:  **Advances for material**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,998.64 |
|---|---|---|---|

**Citi Card**
PO Box 70166
Philadelphia, PA 19176

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  **6032**

Basis for the claim:  **Advances for material**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,269.35 |
|---|---|---|---|

**Coastline Metal Finishing**
PO Box 740513
Los Angeles, CA 90074

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Trade Vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Core Services LLC**
1271 Shine Avenue
Myrtle Beach, SC 29577

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Curbell, Inc.**
14746 Collection Center Dr.
Chicago, IL 60693

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Last 4 digits of account number  _

Basis for the claim:  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,000.00 |
|---|---|---|---|

**Discover Card**
PO Box 71084
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Advances for material**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Earle M. Jorgenson Company**
2200 Cabot Blvd., Suite 100
Langhorne, PA 19047

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Last 4 digits of account number  _

Basis for the claim:  **Trade vendor**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Computa-Base Machining, Inc.** | Case number (if known) | 18-30856 |
|---|---|---|---|
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,734.00**

**Effort Foundry**
6980 Chrisphalt Dr
Bath, PA 18014

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade creditor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Federated Insurance**
PO Box 64304
Saint Paul, MN 55164

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Insurance**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**J & M Precision Enterprises, Inc.**
8103 River Rd.
Pennsauken, NJ 08110

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,815.00**

**Joseph W. Bowley & Co., LLP**
27 W. Church St.
Blackwood, NJ 08012

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Accountants**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**K & K Percision Grinding**
6795 State Road
Philadelphia, PA 19135

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$268,000.00**

**Kaman Industrial Supply Co.**
1 Vision Way
Bloomfield, CT 06002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **various**

Basis for the claim:  **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$313.00**

**Laboratory Testing Inc.**
2331 Topaz Drirve
Hatfield, PA 19440

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Computa-Base Machining, Inc.** | | Case number (if known) | **18-30856** |
|---|---|---|---|---|
| | Name | | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $50.00 |
|---|---|---|---|
| | **Lamlinks Corporation**<br>**560 N. Larchmont Blvd.**<br>**Los Angeles, CA 90004** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Liberty Tool Co., Inc.**<br>**424 Cremary Way**<br>**Exton, PA 19341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,000.00 |
|---|---|---|---|
| | **Marilyn Rosado**<br>**607 4th St.**<br>**Absecon, NJ 08201** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Loan** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |
|---|---|---|---|
| | **Metal Specialties of New Jersey**<br>**1 Compass Road**<br>**Mount Holly, NJ 08060** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $500.00 |
|---|---|---|---|
| | **Mil-spec Painting, Inc.**<br>**1720 H. Belmont Avenue**<br>**Windsor Mill, MD 21244** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,018.82 |
|---|---|---|---|
| | **MSC Industrial Supply Co.**<br>**c/o Wellesley Bobb**<br>**75 Maxess Road**<br>**Melville, NY 11747** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred **various** | Basis for the claim: **Trade Vendor** | |
| | Last 4 digits of account number **6333** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|
| | **Nelson Precision Drilling Co., Inc.**<br>**PO Box 1057**<br>**Glastonbury, CT 06033** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: **Trade vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Computa-Base Machining, Inc. | Case number (if known) | 18-30856 |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.40 | **Nonpriority creditor's name and mailing address**<br>**Omega Electronics Inst. Inc.**<br>**1260 Creekside Ln.**<br>**PO Box 1169**<br>**Quakertown, PA 18951**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade vendor_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |
| 3.41 | **Nonpriority creditor's name and mailing address**<br>**Paramount Plating Co., Inc.**<br>**1515 W. Elizabeth Avenue**<br>**Linden, NJ 07036**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade vendor_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $0.00 |
| 3.42 | **Nonpriority creditor's name and mailing address**<br>**Penn Stainless Products**<br>**190 Kelly Rd**<br>**Quakertown, PA 18951**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _<br><br>Is the claim subject to offset? ■ No ☐ Yes | $1,036.06 |
| 3.43 | **Nonpriority creditor's name and mailing address**<br>**Phoenix Heat Treating, Inc.**<br>**PO Box 18405**<br>**Phoenix, AZ 85005**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade vendor_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $128.48 |
| 3.44 | **Nonpriority creditor's name and mailing address**<br>**Ramball TestLab Inc.**<br>**1703 Industrial Highway**<br>**Cinnaminson, NJ 08077**<br><br>Date(s) debt was incurred _various_<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade Vendor_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $1,868.00 |
| 3.45 | **Nonpriority creditor's name and mailing address**<br>**Robert Wooler Company**<br>**1755 Susquehanna Road**<br>**Dresher, PA 19025**<br><br>Date(s) debt was incurred _various_<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Trade vendor_<br><br>Is the claim subject to offset? ☐ No ☐ Yes | $2,054.20 |
| 3.46 | **Nonpriority creditor's name and mailing address**<br>**Rosado Properties LLC**<br>**411 North Grove Street**<br>**Berlin, NJ 08009**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Landlord_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $3,500.00 |

| Debtor | **Computa-Base Machining, Inc.** | Case number (if known) | **18-30856** |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $259.05 |
|---|---|---|---|

**Safety Kleen**
PO Box 382066
Pittsburgh, PA 15250

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**South Jersey Gas**
PO box 6091
Bellmawr, NJ 08099

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $803.00 |
|---|---|---|---|

**South Jersey Welding Supply**
496 NJ-38
Maple Shade, NJ 08052

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $152.04 |
|---|---|---|---|

**TD Bank N.A.**
PO Box 8400
Lewiston, ME 04243

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **various**

Basis for the claim: **Advances for material**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $506.10 |
|---|---|---|---|

**Thyssenkrupp Materials NA /Online Metals**
PO Box 894118
West Berlin, NJ 08091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **various**

Basis for the claim: **Trade Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**TN Tool & Cutter**
1501 Mickle St.
Camden, NJ 08105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **various**

Basis for the claim: _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $980.91 |
|---|---|---|---|

**Triman Industries, Inc.**
1042 Industrial Drive
West Berlin, NJ 08091

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **various**

Basis for the claim: **Trade Vendor**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 18-30856-ABA Doc 36 Filed 12/18/18 Entered 12/18/18 15:08:14 Desc Main
Document Page 9 of 10

| Debtor | **Computa-Base Machining, Inc.** | Case number (if known) | **18-30856** |
|---|---|---|---|
| | Name | | |

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Twin City EDM**
7940 Ranchs Rd.
Minneapolis, MN 55432

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**U Line**
PO Box
Chicago, IL 60680

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $220.50 |
|---|---|---|---|

**UPS**
PO Box 7247
Philadelphia, PA 19170

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,888.90 |
|---|---|---|---|

**Vee Dennis Manufacturing, Co. Inc.**
620 Park Rd.
Cherry Hill, NJ 08034

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**W.B. Mason**
59 Centrest
Brockton, MA 02301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: **Business Supplies**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,526.49 |
|---|---|---|---|

**Yarde Matals Inc.**
PO Box 781227
Philadelphia, PA 19178

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **various**

Basis for the claim: **Trade Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | Total of claim amounts |
|---|---|

Case 18-30856-ABA   Doc 56   Filed 01/24/19   Entered 01/24/19 15:38:14   Desc Main
Certification      Page 10 of 10

| Debtor | **Computa-Base Machining, Inc.** | Case number (if known) | 18-30856 |
|---|---|---|---|
| | Name | | |

| | | | | |
|---|---|---|---|---|
| **5a. Total claims from Part 1** | | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | | 5b. + | $ | 420,397.74 |
| | | | | |
| **5c. Total of Parts 1 and 2** | | 5c. | $ | 420,397.74 |
| Lines 5a + 5b = 5c. | | | | |

Case 18-30856-ABA    Doc 56    Filed 12/11/18    Entered 12/11/18 15:38:16    Desc Main

**Fill in this information to identify the case:**

Debtor name    **Computa-Base Machining, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF NEW JERSEY

Case number (if known)    **18-30856**

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| | | | |
|---|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Precision parts contracts** | |
| | State the term remaining | | **DLA Land and Marine** |
| | List the contract number of any government contract | | **c/o Matthew O. Geary, DLA Counsel** **Bldg 20 A777S** **3990 East Broad Street** **Grove City, OH 43123** |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **Precision parts contracts** | |
| | State the term remaining | | **Lockheed Martin Corporation** |
| | List the contract number of any government contract | | **12257 S. Wadsworth Blvd.** **Littleton, CO 80127** |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **Precision parts contracts** | |
| | State the term remaining | | **Naval Air Warfare Center** |
| | List the contract number of any government contract | | **Route 547** **Joint Base MLD** **Lakehurst, NJ 08733** |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Lease for Property** | |
| | State the term remaining | | **Rosado Properties LLP** |
| | List the contract number of any government contract | | **411 North Grove Street** **Berlin, NJ 08009** |

Case 13-30856-ABA Doc 56-2 Filed 02/01/19 Entered 02/01/19 15:08:14 Desc Main
Certification Page 24 of 35

**Fill in this information to identify the case:**

Debtor name **Computa-Base Machining, Inc.**

United States Bankruptcy Court for the: DISTRICT OF NEW JERSEY

Case number (if known) **18-30856**

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | Check all schedules that apply: |
| 2.1 **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Bank of America** | ☐ D _____<br>■ E/F **3.12**<br>☐ G _____ |
| 2.2 **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Bank of America** | ☐ D _____<br>■ E/F **3.11**<br>☐ G _____ |
| 2.3 **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Barclays Bank** | ☐ D _____<br>■ E/F **3.13**<br>☐ G _____ |
| 2.4 **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Capital One Bank** | ☐ D _____<br>■ E/F **3.16**<br>☐ G _____ |
| 2.5 **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Citi Card** | ☐ D _____<br>■ E/F **3.18**<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com

| Debtor | **Computa-Base Machining, Inc.** | | Case number *(if known)* | **18-30856** |

---

█ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| 2.6 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Discover Card** | ☐ D _____<br>■ E/F   **3.24**<br>☐ G _____ |
| 2.7 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Chase Bank, card services** | ☐ D _____<br>■ E/F   **3.17**<br>☐ G _____ |
| 2.8 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **Barclays Bank** | ☐ D _____<br>■ E/F   **3.14**<br>☐ G _____ |
| 2.9 | **Agustin Rosado** | **411 Junction Road**<br>**Berlin, NJ 08009** | **1st Colonial Community Bank** | ■ D   **2.1**<br>☐ E/F _____<br>☐ G _____ |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Case 18-30856-ABA    Doc 56    Filed 02/01/19    Entered 02/01/19 15:08:14    Desc
Certification    Page 26 of 35

# United States Bankruptcy Court
### District of New Jersey

| | | | |
|---|---|---|---|
| In re | **Computa-Base Machining, Inc.** | Case No. | **18-30856** |
| | Debtor(s) | Chapter | **11** |

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Agustin Rosado<br>411 Junction Road<br>Berlin, NJ 08009** | | **100%** | **Common Stock** |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

| | | | |
|---|---|---|---|
| Date | **November 12, 2018** | Signature | **/s/ Agustin Rosado** |
| | | | **Agustin Rosado** |

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

**EXHIBIT "B"**

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Computa-Base Machining, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **18-30856** |

☐ Check if this is an amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy
04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

**Part 1:    Income**

1.  **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:** From  **1/01/2018** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,233,451.88** |
| **For prior year:** From  **1/01/2017** to **12/31/2017** | ■ Operating a business<br>☐ Other _____ | **$2,068,206.00** |
| **For year before that:** From  **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$1,457,598.00** |

2.  **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
|---|---|---|---|

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed

| Debtor | **Computa-Base Machining, Inc.** | | Case number *(if known)* | **18-30856** |
|---|---|---|---|---|

or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

---

## Part 3: Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8. **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

## Part 4: Certain Gifts and Charitable Contributions

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

## Part 5: Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Computa-Base Machining, Inc. | Case number (if known) | 18-30856 |

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B (Schedule A/B: Assets – Real and Personal Property). | Dates of loss | Value of property lost |
|---|---|---|---|
| CMM Machine - computer malfunction due power failure | 6,000 | April 2018 | $6,000.00 |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

## Part 7:   Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Debtor | Computa-Base Machining, Inc. | | Case number *(if known)* | 18-30856 |
|---|---|---|---|---|

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

### Part 9:    Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

### Part 12:    Details About Environment Information

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

---

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Computa-Base Machining, Inc. | Case number *(if known)* | 18-30856 |
|---|---|---|---|

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**
    26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
    ☐ None

| Name and address | Date of service
From-To |
|---|---|
| 26a.1.  **Joseph W. Bowley & Co., LP**
    **27 W. Church Street**
    **Blackwood, NJ 08012** | **2001- present** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

    ☐ None

| Debtor | Computa-Base Machining, Inc. | Case number *(if known)* | 18-30856 |
|---|---|---|---|

| Name and address | | Date of service From-To |
|---|---|---|
| 26b.1. | Joseph W. Bowley & Co., LP<br>27 W. Church Street<br>Blackwood, NJ 08012 | December 2016 - June 2018 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | | If any books of account and records are unavailable, explain why |
|---|---|---|
| 26c.1. | Joseph W. Bowley & Co, LLP<br>27 W. Church Street<br>Blackwood, NJ 08012 | Accountants |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address | |
|---|---|
| 26d.1. | 1st Colonial Community Bank<br>210 Lake Drive East<br>Cherry Hill, NJ 08022 |

### 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

### 28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Agustin Rosado | 411 Junction Road<br>Berlin, NJ 08009 | President | 100% ownership interest |

### 29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

### 30. Payments, distributions, or withdrawals credited or given to insiders

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | **Computa-Base Machining, Inc.** | | Case number (if known) | **18-30856** |

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Agustin Rosado**<br>**411 Junction Road**<br>**Berlin, NJ 08009** | | **2017** | **Salary** |
| | **Relationship to debtor**<br>**President** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **November 12, 2018**

**/s/ Agustin Rosado**                              **Agustin Rosado**
Signature of individual signing on behalf of the debtor    Printed name

Position or relationship to debtor    **President**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Computa-Base Machining, Inc.** |
| United States Bankruptcy Court for the: | DISTRICT OF NEW JERSEY |
| Case number (if known) | **18-30856** |

☐ Check if this is an
amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors      12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets—Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| Executed on | **November 12, 2018** | X /s/ Agustin Rosado |
|---|---|---|
| | | Signature of individual signing on behalf of debtor |
| | | **Agustin Rosado** |
| | | Printed name |
| | | **President** |
| | | Position or relationship to debtor |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy