# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: Computa-Base Machining, Inc.

**Case No.** 18-30856

**Reporting Period:** Nov-18

## MONTHLY OPERATING REPORT
### File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
|    Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
|    Copies of bank statements | | | | |
|    Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
|    Copies of IRS Form 6123 or payment receipt | | | | |
|    Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
|    Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  2/11/19

_____
Signature of Joint Debtor

Date _____

_____
Signature of Authorized Individual*

Date _____

_Agustin Rospdo_
Printed Name of Authorized Individual

_President_
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Computa-Base Machining, Inc.                                       Case No.          18-30856
                Debtor                                                    Reporting Period:       Nov-18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report,  the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | 4338 | 3254 | 3885 | CASH OH | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING  OF MONTH*** | 38,337.60 | 1,660.62 | 26,173.63 | 3,900.00 | 70,071.85 | - | 38,985.92 | - |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH  SALES | | - | | | - | - | - | - |
| ACCOUNTS RECEIVABLE | 125,599.01 | | | | 125,599.01 | - | 194,673.89 | - |
| LOANS AND ADVANCES | | | | | - | | | |
| SALE  OF  ASSETS | | | | | - | | | |
| INTEREST | 7.89 | 0.32 | | | 8.21 | - | 8.54 | - |
| TRANSFERS | (50,000.00) | | 50,000.00 | | - | - | - | |
| | | | | | - | | | |
|   TOTAL  RECEIPTS | 75,606.90 | 0.32 | 50,000.00 | | 125,607.22 | - | 194,682.43 | - |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | - | 48,401.27 | | 48,401.27 | - | 64,955.50 | - |
| PAYROLL TAXES | | - | 21,767.55 | | 21,767.55 | - | 30,377.29 | - |
| SALES, USE, & OTHER TAXES | | | | | - | - | | |
| INVENTORY PURCHASES | 7,506.00 | - | | | 7,506.00 | - | 7,506.00 | - |
| SECURED/ RENTAL/ LEASES | 5,847.49 | | | | 5,847.49 | - | 7,395.13 | - |
| INSURANCE | 12,933.10 | | | | 12,933.10 | - | 17,865.56 | - |
| ADMINISTRATIVE | 10,409.48 | 124.29 | | | 10,533.77 | - | 14,333.88 | |
| SELLING | | - | | | - | - | - | - |
| REPAIRS | | - | | 3,800.00 | 3,800.00 | | 3,800.00 | |
| PRODUCTION SUPPLIES | 1,729.17 | | | | 1,729.17 | | 4,274.27 | |
| SUBCONTRACTING | 17,145.10 | | | | 17,145.10 | | 17,145.10 | |
| TRANSFERS | | | | | - | | | |
| | | | | | - | | | |
| PROFESSIONAL FEES | | | | | - | | | - |
| U.S. TRUSTEE  QUARTERLY FEES | | | | | - | | | |
| COURT COSTS | | | | | - | | | |
| TOTAL DISBURSEMENTS | 55,570.34 | 124.29 | 70,168.82 | 3,800.00 | 129,663.45 | - | 167,652.73 | - |
| | | | | | | | | |
| NET CASH FLOW | 20,036.56 | (123.97) | (20,168.82) | (3,800.00) | (4,056.23) | - | 27,029.70 | - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 58,374.16 | 1,536.65 | 6,004.81 | 100.00 | 66,015.62 | - | 66,015.62 | - |

* MINOR UNRECONCILED DIFFERENCES BETWEEN MOR, SOFA, AND BOOKS AND RECORDS, DUE TO NONACCOUNTANTS WHO PROVIDED SOME OF THE INFORMATION.

## THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 129,663.45 |
|   LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
|   PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 129,663.45 |

In re: Computa-Base Machining, Inc.

Debtor

**Case No.** 18-30856

**Reporting Period:** Nov-18

## BANK RECONCILIATIONS

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Medical | | Payroll | | Cash on hand | |
|---|---|---|---|---|---|---|---|---|
| | #4338 | | #3254 | | #3885 | | # | |
| **BALANCE PER BOOKS** | 58,374.16 | | 1,536.65 | | 6,004.34 | | | 100.00 |
| | | | | | | | | |
| BANK BALANCE | 72,330.20 | | 1,549.45 | | 10,409.22 | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 53.63 | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | (14,009.67) | | (12.80) | | (4,404.88) | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | 58,374.16 | | 1,536.65 | | 6,004.34 | | | 100.00 |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| OTHER | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

FORM MOR-1a
(04/07)

In re: Computa-Base Machining, Inc.    **Case No.**    18-30856
    Debtor    **Reporting Period:**    Nov-18

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

FORM MOR-1b
(04/07)

In re: Computa-Base Machining, Inc.                    **Case No.**          18-30856
                          Debtor                       **Reporting Period:**          Nov-18

### STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis.  The accrual basis of accounting recognizes revenue when it is
realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 136,724.82 | 271,074.82 |
| Less:  Returns and Allowances | | |
| Net Revenue | 136,724.82 | 271,074.82 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 999,145.00 | 1,093,145.00 |
| Add: Purchases | 7,506.00 | 7,506.00 |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | 20,238.29 | 31,233.24 |
| Less: Ending Inventory | 921,612.00 | 921,612.00 |
| Cost of Goods Sold | 105,277.29 | 210,272.24 |
| Gross Profit | 31,447.53 | 60,802.58 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 234.53 | 397.75 |
| Bad Debts | | |
| Computer suplies & expenses | 1,504.95 | 1,504.95 |
| Employee Benefits Programs | 4,830.61 | 9,301.76 |
| Insider Compensation* | 8,400.00 | 11,200.00 |
| Insurance | 4,953.30 | 4,953.30 |
| Management Fees/Bonuses | | |
| Office Expense | 1,214.49 | 1,496.94 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 3,959.00 | 4,411.82 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | 58,954.09 | 79,227.73 |
| Supplies | | |
| Taxes - Payroll | 5,113.35 | 6,868.07 |
| Taxes - Real Estate | | |
| Taxes - Other | 61.82 | 80.49 |
| Travel and Entertainment | - | 200.00 |
| Utilities | 1,801.77 | 1,801.77 |
| Other (attach schedule) | - | - |
| Total Operating Expenses Before Depreciation | 91,027.91 | 121,444.58 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | (59,580.38) | (60,642.00) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | - | |
| Interest Expense | 5,236.62 | 5,932.74 |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | (64,817.00) | (66,574.74) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | - | - |
| Income Taxes | | |
| Net Profit (Loss) | (64,817.00) | (66,574.74) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Computa-Base Machining, Inc.

Debtor

**Case No.**          18-30856

**Reporting Period:**          Nov-18

### STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
|  |  |  |
| **Other Costs** |  |  |
| Subcontracting | 17,145.10 | 25,649.33 |
| Supplies | 1,729.17 | 2,300.25 |
| Shop expenses | 721.92 | 1,961.18 |
| Tools | - | 233.12 |
| Freight | 642.10 | 1,089.36 |
| Total | 20,238.29 | 31,233.24 |
| **Other Operational Expenses** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Other Income** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Other Expenses** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
| **Other Reorganization Expenses** |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re: Computa-Base Machining, Inc.

Debtor

**Case No. 18-30856**

**Reporting Period: Nov 2018**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 66,015.62 | 37,735.55 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 200,271.86 | 123,870.93 |
| Notes Receivable | | |
| Inventories | 921,612.00 | 1,093,145.00 |
| Prepaid Expenses | 971.00 | 971.00 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | 1,188,870.48 | 1,255,722.48 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 1,328,834.50 | 1,328,834.50 |
| Furniture, Fixtures and Office Equipment | 131,882.51 | 131,882.51 |
| Leasehold Improvements | 14,602.00 | 14,602.00 |
| Vehicles | 64,359.20 | 64,359.20 |
| Less Accumulated Depreciation | (1,419,807.32) | (1,419,807.32) |
| *TOTAL PROPERTY & EQUIPMENT* | 119,870.89 | 119,870.89 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | 6,582.34 | 6,282.34 |
| *TOTAL OTHER ASSETS* | 6,582.34 | 6,282.34 |
| | | |
| **TOTAL ASSETS** | 1,315,323.71 | 1,381,875.71 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable | 23.21 | - |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | - | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | - | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | 23.21 | - |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | 510,768.10 | 510,786.10 |
| Priority Debt | | |
| Unsecured Debt | 296,227.57 | 296,227.57 |
| *TOTAL PRE-PETITION LIABILITIES* | 806,995.67 | 806,995.67 |
| | | |
| *TOTAL LIABILITIES* | 807,018.88 | 806,995.67 |
| ***OWNER EQUITY*** | | |
| Capital Stock | 1,000.00 | 1,000.00 |
| Additional Paid-In Capital | - | - |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | 573,879.57 | 573,879.57 |
| Retained Earnings - Postpetition | (66,574.74) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | 508,304.83 | 574,879.57 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 1,315,323.71 | 1,381,875.24 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Computa-Base Machining, Inc.        **Case No.  18-30856**
     Debtor             **Reporting Period: Nov 2018**

### BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| Security deposits | 6582.34 | 6282.34 |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

In re: Computa-Base Machining, Inc.

Debtor

**Case No.**  18-30856

**Reporting Period:**  Nov-18

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | | | | | |
| FICA-Employee | - | | | | | |
| FICA-Employer | - | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | - | | | | | |
| **State and Local** | | | | | | |
| Withholding | - | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | - | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | - | | | | | |
| **Total Taxes** | - | | | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | | Number of Days Past Due | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | - | | | | | - |
| Wages Payable | | | | | | - |
| Taxes Payable | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders* | | | | | | - |
| Other: | | | | | | - |
| Other: | | | | | | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re: Computa-Base Machining, Inc.                                      **Case No.  18-30856**

Debtor                                          **Reporting Period: Nov 2018**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 189,146.05 | |
| + Amounts billed during the period | 136,724.82 | |
| - Amounts collected during the period | (125,599.01) | |
| Total Accounts Receivable at the end of the reporting period | 200,271.86 | |
| | | |

| Accounts Receivable Aging | Amount | |
|---|---|---|
| 0 - 30 days old | 160,361.82 | |
| 31 - 60 days old | - | |
| 61 - 90 days old | - | |
| 91+ days old | 39,910.04 | |
| Total Accounts Receivable | 200,271.86 | |
| Amount considered uncollectible (Bad Debt) | - | |
| Accounts Receivable (Net) | 200,271.86 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1.  Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2.  Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X | |
| 3.  Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4.  Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5.  Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

No new accounts were set up for Debtor-in-possession, all disbursements from contining accounts.

# 1st Colonial
## COMMUNITY BANK

EQUAL HOUSING LENDER
MEMBER FDIC

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

Page:    1

COMPUTA-BASE MACHINING, INC.
411 NORTH GROVE STREET
PO BOX 340
BERLIN NJ 08009-0340

Account Number:              4338
Statement Begin Date:   11/01/18
Statement End Date:     12/02/18
Checks/Items Enclosed:        55

ME

BUSINESS CHECKING ACCOUNT      COMPUTA-BASE MACHINING, INC.          Acct      4338

| | | | |
|---|---|---|---|
| Beginning Balance | 11/01/18 | 40,834.02 | |
| Deposits / Misc Credits | 8 | 125,599.01 | |
| Withdrawals / Misc Debits | 63 | 94,102.83 | |
| ** Ending Balance | 11/30/18 | 72,330.20 | ** |
| Service Charge | | .00 | |
| | | | |
| Average Collected Balance | | 83,457 | |
| Enclosures | | 55 | |

- - - - - - - - - - - - - - - -        DEPOSITS AND OTHER CREDITS        - - - - - - - - - - - - -

| Date | Deposits | Activity Description |
|---|---|---|
| 11/05 | 65,300.00 | TREAS 310/MISC PAY            3050 |
| | | COMPUTA-BASE-MAC |
| 11/13 | 4,909.01 | LOCKHEED 0654/PO/REMIT                PAYR |
| | | COMPUTA-BASE-MAC |
| 11/14 | 3,000.00 | LOCKHEED 0654/PO/REMIT           PAYR |
| | | COMPUTA-BASE-MAC |
| 11/14 | 1,580.00 | Remote Deposit |
| 11/16 | 1,350.00 | Remote Deposit |
| 11/19 | 43,875.00 | TREAS 310/MISC PAY TREAS 310 |
| | |          8050 COMPUTA-BASE-MAC |
| 11/19 | 4,220.00 | Remote Deposit |
| 11/30 | 1,365.00 | BRANTNER AND ASS/PAYMENTS        .211 |
| | | COMPUTA BASE MACHINING |

- - - - - - - - - - - - - - - -        DEBITS AND OTHER WITHDRAWALS        - - - - - - - - - - - -

| Date | Withdrawals | Activity Description |
|---|---|---|
| 11/02 | 34.00 | MERCH SVC/BKCRD FEES 899000002485256 |
| | | COMPUTA BASE MACHINING |
| 11/13 | 396.70 | POL# 677038 FEDERATED MUTUAL/PYMTS |
| | | ROSADO AGUSTIN A |
| 11/19 | 1,009.00 | COLUMBUS LIFE/PREM PYMT COLUMBUS LIFE |
| | | CM5060845U15 AGUSTIN ROSADO |
| 11/19 | 459.00 | COLUMBUS LIFE/PREM PYMT COLUMBUS LIFE |
| | | CM5060850U15 AGUSTIN ROSADO |
| 11/19 | 367.00 | COLUMBUS LIFE/PREM PYMT COLUMBUS LIFE |
| | | CM5060852U15 AGUSTIN ROSADO |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

# 1st Colonial
## COMMUNITY BANK

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

MEMBER FDIC
EQUAL HOUSING LENDER

Page:    2

COMPUTA-BASE MACHINING, INC.

Account Number:        4338
Statement Date:      12/02/18

- - - - - - - - - - - - - - - - DEBITS AND OTHER WITHDRAWALS - - - - - - - - - -

| Date | Withdrawals | Activity Description |
|---|---|---|
| 11/19 | 248.00 | COLUMBUS LIFE/PREM PYMT COLUMBUS LIFE CM5060843U15 AGUSTIN ROSADO |
| 11/20 | 4,299.85 | transfer to loan #0863 |
| 11/21 | 1,547.64 | TRANSFER TO LOAN #      9727 |
| 11/23 | 65.16 | PROTECTIONONE/PAYMENT PROTECTIONONE 2869 COMPUTA-BASE MACHINING |
| 11/27 | 300.00 | Wire Transfer Debit-FedEx Cargo |
| 11/27 | 25.00 | Outgoing Wire Fee |

- - - - - - - - - - - - - - - CHECKS PAID - - - - - - - - - -
* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 11/09 | 17507 | 162.00 | 11/14 | 17526 | 5.00 | 11/16 | 17545 | 1,268.34 |
| 11/01 | 17508 | 397.98 | 11/15 | 17528* | 50.46 | 11/19 | 17546 | 43.75 |
| 11/09 | 17510* | 312.00 | 11/15 | 17529 | 259.72 | 11/16 | 17547 | 363.72 |
| 11/05 | 17511 | 420.00 | 11/13 | 17530 | 25,000.00 | 11/28 | 17549* | 600.00 |
| 11/05 | 17512 | 170.00 | 11/14 | 17531 | 304.62 | 11/20 | 17550 | 206.00 |
| 11/06 | 17513 | 206.00 | 11/15 | 17532 | 186.00 | 11/27 | 17551 | 1,416.00 |
| 11/06 | 17514 | 600.00 | 11/23 | 17533 | 273.63 | 11/23 | 17552 | 612.00 |
| 11/23 | 17515 | 215.40 | 11/13 | 17534 | 52.26 | 11/28 | 17554* | 137.00 |
| 11/13 | 17516 | 11.00 | 11/13 | 17535 | 149.72 | 11/23 | 17555 | 25,000.00 |
| 11/14 | 17517 | 52.91 | 11/15 | 17537* | 140.00 | 11/27 | 17556 | 730.00 |
| 11/13 | 17518 | 4,991.00 | 11/16 | 17538 | 145.63 | 11/28 | 17557 | 99.05 |
| 11/13 | 17519 | 226.12 | 11/15 | 17539 | 66.64 | 11/28 | 17558 | 148.55 |
| 11/16 | 17520 | 52.50 | 11/13 | 17540 | 53.98 | 11/27 | 17559 | 73.16 |
| 11/14 | 17521 | 225.00 | 11/13 | 17541 | 200.00 | 11/28 | 17560 | 105.03 |
| 11/16 | 17522 | 119.98 | 11/19 | 17542 | 1,359.15 | 11/26 | 17561 | 4,301.12 |
| 11/14 | 17523 | 169.53 | 11/16 | 17543 | 1,444.75 | 11/27 | 17563* | 1,612.36 |
| 11/13 | 17524 | 231.80 | 11/19 | 17544 | 9,910.00 | 11/27 | 17564 | 17.80 |
| 11/15 | 17525 | 452.82 | | | | | | |

- - - - - - - - - - - - - - DAILY BALANCE SUMMARY - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 11/01 | 40,436.04 | 11/09 | 103,832.04 | 11/16 | 77,777.22 |
| 11/02 | 40,402.04 | 11/13 | 77,154.84 | 11/19 | 112,476.32 |
| 11/05 | 105,112.04 | 11/14 | 80,977.78 | 11/20 | 107,970.47 |
| 11/06 | 104,306.04 | 11/15 | 79,822.14 | 11/21 | 106,422.83 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**


# COMMUNITY BANK

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

Page:       3

COMPUTA-BASE MACHINING, INC.                    Account Number:        4338
                                                Statement Date:      12/02/18

- - - - - - - - - - - -        DAILY BALANCE SUMMARY        - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 11/23 | 80,530.27 | 11/27 | 72,054.83 | 11/30 | 72,330.20 |
| 11/26 | 76,229.15 | 11/28 | 70,965.20 | | |

1

8:35 AM

12/04/18

## Computa-Base Machining, Inc
## Reconciliation Summary
### 1001 · 1st Colonial Bank - Operating, Period Ending 11/30/2018

|  | Nov 30, 18 |
|---|---|
| **Beginning Balance** | -7,519.11 |
| **Cleared Transactions** |  |
| Checks and Payments - 63 items | -94,102.83 |
| Deposits and Credits - 25 items | 173,952.14 |
| **Total Cleared Transactions** | 79,849.31 |
| **Cleared Balance** | 72,330.20 |
| **Uncleared Transactions** |  |
| Checks and Payments - 23 items | -10,847.82 |
| Deposits and Credits - 2 items | 53.63 |
| **Total Uncleared Transactions** | -10,794.19 |
| **Register Balance as of 11/30/2018** | 61,536.01 |
| **New Transactions** |  |
| Checks and Payments - 1 item | -25.00 |
| **Total New Transactions** | -25.00 |
| **Ending Balance** | 61,511.01 |

8:35 AM

12/04/18

## Computa-Base Machining, Inc
## Reconciliation Detail
### 1001 · 1st Colonial Bank - Operating, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | -7,519.11 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 63 items** | | | | | | |
| Bill Pmt -Check | 10/23/2018 | 17508 | EAST LIBERTY EL... | X | -397.98 | -397.98 |
| Check | 10/23/2018 | 17507 | HILLOCK ANODIZI... | X | -162.00 | -559.98 |
| Check | 10/26/2018 | 17510 | HILLOCK ANODIZI... | X | -312.00 | -871.98 |
| Bill Pmt -Check | 10/29/2018 | 17511 | RAMBALL TESTLA... | X | -420.00 | -1,291.98 |
| Bill Pmt -Check | 10/29/2018 | 17541 | TRUMP NATIONAL ... | X | -200.00 | -1,491.98 |
| Bill Pmt -Check | 10/29/2018 | 17512 | RAMBALL TESTLA... | X | -170.00 | -1,661.98 |
| Bill Pmt -Check | 10/29/2018 | 17538 | U LINE | X | -145.63 | -1,807.61 |
| Bill Pmt -Check | 10/29/2018 | 17537 | METAL SPECIALTI... | X | -140.00 | -1,947.61 |
| Bill Pmt -Check | 10/29/2018 | 17539 | PROGAS INC | X | -66.64 | -2,014.25 |
| Bill Pmt -Check | 10/29/2018 | 17540 | TRIMAN INDUSTRI... | X | -53.98 | -2,068.23 |
| Liability Check | 11/01/2018 | 17514 | CB&T/ American Fu... | X | -600.00 | -2,668.23 |
| Liability Check | 11/01/2018 | 17513 | New Jersey Family ... | X | -206.00 | -2,874.23 |
| Bill Pmt -Check | 11/02/2018 | 17518 | FEDERATED INSU... | X | -4,991.00 | -7,865.23 |
| Bill Pmt -Check | 11/02/2018 | 17525 | PHILLIPS CORP/H... | X | -452.82 | -8,318.05 |
| Bill Pmt -Check | 11/02/2018 | 17529 | UPS | X | -259.72 | -8,577.77 |
| Bill Pmt -Check | 11/02/2018 | 17524 | NEW ENGLAND M... | X | -231.80 | -8,809.57 |
| Bill Pmt -Check | 11/02/2018 | 17519 | HARTFORD INS | X | -226.12 | -9,035.69 |
| Bill Pmt -Check | 11/02/2018 | 17521 | MML BAYSTATE LI... | X | -225.00 | -9,260.69 |
| Bill Pmt -Check | 11/02/2018 | 17515 | ACTWD | X | -215.40 | -9,476.09 |
| Bill Pmt -Check | 11/02/2018 | 17523 | NAT ALEXANDER ... | X | -169.53 | -9,645.62 |
| Bill Pmt -Check | 11/02/2018 | 17522 | MSC INDUSTRIAL ... | X | -119.98 | -9,765.60 |
| Bill Pmt -Check | 11/02/2018 | 17517 | FEDERAL EXPRESS | X | -52.91 | -9,818.51 |
| Bill Pmt -Check | 11/02/2018 | 17520 | LAMLINKS CORPO... | X | -52.50 | -9,871.01 |
| Bill Pmt -Check | 11/02/2018 | 17528 | TRANSAMERICA  P... | X | -50.46 | -9,921.47 |
| Check | 11/02/2018 | eft | MERCHANT SERVI... | X | -34.00 | -9,955.47 |
| Bill Pmt -Check | 11/02/2018 | 17516 | DISCOVER | X | -11.00 | -9,966.47 |
| Bill Pmt -Check | 11/02/2018 | 17526 | TD BANK N.A. | X | -5.00 | -9,971.47 |
| Check | 11/03/2018 | 17530 | COMPUTA-BASE M... | X | -25,000.00 | -34,971.47 |
| Liability Check | 11/07/2018 | 17531 | AFLAC | X | -304.62 | -35,276.09 |
| Bill Pmt -Check | 11/07/2018 | 17533 | CHASE CARD #5914 | X | -273.63 | -35,549.72 |
| Check | 11/07/2018 | 17532 | NJ MOTOR VEHICL... | X | -186.00 | -35,735.72 |
| Bill Pmt -Check | 11/07/2018 | 17535 | CITI CARDS #7818 | X | -149.72 | -35,885.44 |
| Bill Pmt -Check | 11/07/2018 | 17534 | CITI CARDS #6032 | X | -52.26 | -35,937.70 |
| Check | 11/09/2018 | eft | FEDERATED INSU... | X | -396.70 | -36,334.40 |
| Bill Pmt -Check | 11/13/2018 | 17544 | MIL-SPEC PAINTIN... | X | -9,910.00 | -46,244.40 |
| Bill Pmt -Check | 11/13/2018 | 17543 | LABORATORY TES... | X | -1,444.75 | -47,689.15 |
| Bill Pmt -Check | 11/13/2018 | 17542 | AVASEK | X | -1,359.15 | -49,048.30 |
| Bill Pmt -Check | 11/13/2018 | 17545 | TRIMAN INDUSTRI... | X | -1,268.34 | -50,316.64 |
| Bill Pmt -Check | 11/13/2018 | 17547 | VERIZON | X | -363.72 | -50,680.36 |
| Bill Pmt -Check | 11/13/2018 | 17546 | UPS | X | -43.75 | -50,724.11 |
| Liability Check | 11/15/2018 | 17549 | CB&T/ American Fu... | X | -600.00 | -51,324.11 |
| Liability Check | 11/15/2018 | 17550 | New Jersey Family ... | X | -206.00 | -51,530.11 |
| Check | 11/16/2018 | 17551 | THREAD CHECK INC | X | -1,416.00 | -52,946.11 |
| Check | 11/16/2018 | eft | Columbus Life Insur... | X | -1,009.00 | -53,955.11 |
| Check | 11/16/2018 | 17552 | FARMERS COPPE... | X | -612.00 | -54,567.11 |
| Check | 11/16/2018 | eft | Columbus Life Insur... | X | -459.00 | -55,026.11 |
| Check | 11/16/2018 | eft | Columbus Life Insur... | X | -367.00 | -55,393.11 |
| Check | 11/16/2018 | eft | Columbus Life Insur... | X | -248.00 | -55,641.11 |
| Check | 11/19/2018 | 17554 | HILLOCK ANODIZI... | X | -137.00 | -55,778.11 |
| Check | 11/20/2018 | 17555 | COMPUTA-BASE M... | X | -25,000.00 | -80,778.11 |
| Check | 11/20/2018 | eft | FIRST COLONIAL | X | -4,299.85 | -85,077.96 |
| Bill Pmt -Check | 11/20/2018 | 17556 | AMZ | X | -730.00 | -85,807.96 |
| Bill Pmt -Check | 11/20/2018 | 17558 | BARCLAYS/SPIRIT ... | X | -148.55 | -85,956.51 |
| Bill Pmt -Check | 11/20/2018 | 17560 | UPS | X | -105.03 | -86,061.54 |
| Bill Pmt -Check | 11/20/2018 | 17557 | AVAYA COMMUNIC... | X | -99.05 | -86,160.59 |
| Bill Pmt -Check | 11/20/2018 | 17559 | Capital One Bank | X | -73.16 | -86,233.75 |
| Liability Check | 11/21/2018 | 17561 | AMERIHEALTH INS... | X | -4,301.12 | -90,534.87 |
| Bill Pmt -Check | 11/21/2018 | 17563 | C.I.L. Electroplating ... | X | -1,612.36 | -92,147.23 |
| Check | 11/21/2018 | eft | FIRST COLONIAL | X | -1,547.64 | -93,694.87 |
| Bill Pmt -Check | 11/21/2018 | 17564 | W.B.MASON | X | -17.80 | -93,712.67 |
| Check | 11/23/2018 | eft | PROTECTIONONE ... | X | -65.16 | -93,777.83 |
| Check | 11/26/2018 | eft | FIRST COLONIAL | X | -300.00 | -94,077.83 |
| Check | 11/27/2018 | eft | FIRST COLONIAL | X | -25.00 | -94,102.83 |
| **Total Checks and Payments** | | | | | -94,102.83 | -94,102.83 |

8:35 AM

12/04/18

**Computa-Base Machining, Inc**

## Reconciliation Detail

### 1001 · 1st Colonial Bank - Operating, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Deposits and Credits - 25 items** | | | | | | |
| Deposit | 01/23/2018 | | | X | 1,044.75 | 1,044.75 |
| Deposit | 02/16/2018 | | | X | 1,567.12 | 2,611.87 |
| Deposit | 02/20/2018 | | | X | 5,149.12 | 7,760.99 |
| Deposit | 02/21/2018 | | | X | 895.50 | 8,656.49 |
| Deposit | 03/13/2018 | | | X | 1,437.50 | 10,093.99 |
| Deposit | 03/20/2018 | | | X | 746.25 | 10,840.24 |
| Deposit | 04/16/2018 | | | X | 1,194.00 | 12,034.24 |
| Deposit | 05/02/2018 | | | X | 2,288.50 | 14,322.74 |
| Deposit | 07/02/2018 | | | X | 7,818.21 | 22,140.95 |
| Deposit | 07/06/2018 | | | X | 1,650.00 | 23,790.95 |
| Deposit | 07/12/2018 | | | X | 500.00 | 24,290.95 |
| Deposit | 08/02/2018 | | | X | 2,955.15 | 27,246.10 |
| Deposit | 08/06/2018 | | | X | 1,897.03 | 29,143.13 |
| Deposit | 10/17/2018 | | | X | 19,210.00 | 48,353.13 |
| Deposit | 10/30/2018 | | | X | 0.00 | 48,353.13 |
| Bill Pmt -Check | 11/05/2018 | | ALION SCIENCE A... | X | 65,300.00 | 113,653.13 |
| Deposit | 11/07/2018 | | | X | 0.00 | 113,653.13 |
| Bill Pmt -Check | 11/12/2018 | 17536 | JOHN HORAY | X | 4,909.01 | 118,562.14 |
| Deposit | 11/13/2018 | | | X | 3,000.00 | 121,562.14 |
| Deposit | 11/14/2018 | | | X | 1,580.00 | 123,142.14 |
| Deposit | 11/16/2018 | | | X | 1,350.00 | 124,492.14 |
| Deposit | 11/19/2018 | | | X | 4,220.00 | 128,712.14 |
| Deposit | 11/19/2018 | | | X | 43,875.00 | 172,587.14 |
| Bill Pmt -Check | 11/30/2018 | 17583 | CASTLE METALS &... | X | 0.00 | 172,587.14 |
| Deposit | 11/30/2018 | | | X | 1,365.00 | 173,952.14 |
| **Total Deposits and Credits** | | | | | 173,952.14 | 173,952.14 |
| **Total Cleared Transactions** | | | | | 79,849.31 | 79,849.31 |
| **Cleared Balance** | | | | | 79,849.31 | 72,330.20 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 23 items** | | | | | | |
| General Journal | 12/31/2014 | a1 | | | -35.00 | -35.00 |
| Check | 01/31/2018 | eft | Delux | | -438.93 | -473.93 |
| Bill Pmt -Check | 11/02/2018 | 17527 | TN TOOL & CUTTER | | -397.50 | -871.43 |
| Check | 11/10/2018 | eft | WAGE WORKS INC. | | -2.52 | -873.95 |
| Bill Pmt -Check | 11/13/2018 | 17578 | A & M INDUSTRIAL... | | -443.35 | -1,317.30 |
| Bill Pmt -Check | 11/13/2018 | 17580 | SAFETY-KLEEN SY... | | -259.76 | -1,577.06 |
| Bill Pmt -Check | 11/13/2018 | 17581 | UPS | | -137.04 | -1,714.10 |
| Bill Pmt -Check | 11/13/2018 | 17579 | NEW ENGLAND M... | | -115.90 | -1,830.00 |
| Check | 11/21/2018 | 17548 | CASTLE METALS &... | | -978.00 | -2,808.00 |
| Check | 11/21/2018 | 17562 | HILLOCK ANODIZI... | | -187.00 | -2,995.00 |
| Bill Pmt -Check | 11/28/2018 | 17566 | RAMBALL TESTLA... | | -242.50 | -3,237.50 |
| Bill Pmt -Check | 11/28/2018 | 17567 | YRC FREIGHT | | -152.20 | -3,389.70 |
| Check | 11/28/2018 | 17565 | USPS / POSTMAST... | | -50.00 | -3,439.70 |
| Bill Pmt -Check | 11/29/2018 | 17571 | ALION SCIENCE A... | | -4,500.00 | -7,939.70 |
| Bill Pmt -Check | 11/29/2018 | 17572 | ATLANTIC CITY EL... | | -1,565.26 | -9,504.96 |
| Liability Check | 11/29/2018 | 17568 | AFLAC | | -304.62 | -9,809.58 |
| Bill Pmt -Check | 11/29/2018 | 17575 | SOUTH JERSEY G... | | -236.51 | -10,046.09 |
| Bill Pmt -Check | 11/29/2018 | 17574 | MML BAYSTATE LI... | | -225.00 | -10,271.09 |
| Check | 11/29/2018 | 17570 | HILLOCK ANODIZI... | | -224.00 | -10,495.09 |
| Liability Check | 11/29/2018 | 17569 | New Jersey Family ... | | -206.00 | -10,701.09 |
| Bill Pmt -Check | 11/29/2018 | 17576 | STAPLES CREDIT ... | | -66.72 | -10,767.81 |
| Bill Pmt -Check | 11/29/2018 | 17577 | TRANSAMERICA  P... | | -50.46 | -10,818.27 |
| Bill Pmt -Check | 11/29/2018 | 17573 | DISCOVER | | -29.55 | -10,847.82 |
| **Total Checks and Payments** | | | | | -10,847.82 | -10,847.82 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 03/25/2016 | | | | 38.63 | 38.63 |
| Deposit | 05/01/2018 | | | | 15.00 | 53.63 |
| **Total Deposits and Credits** | | | | | 53.63 | 53.63 |
| **Total Uncleared Transactions** | | | | | -10,794.19 | -10,794.19 |

# Computa-Base Machining, Inc
## Reconciliation Detail
### 1001 · 1st Colonial Bank - Operating, Period Ending 11/30/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Register Balance as of 11/30/2018 | | | | | 69,055.12 | 61,536.01 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 12/03/2018 | | MERCHANT SERVI... | | -25.00 | -25.00 |
| Total Checks and Payments | | | | | -25.00 | -25.00 |
| Total New Transactions | | | | | -25.00 | -25.00 |
| **Ending Balance** | | | | | 69,030.12 | 61,511.01 |


## 1st Colonial
### COMMUNITY BANK

1040 Haddon Avenue
Collingswood, NJ 08108
Trading Symbol: FCOB


MEMBER
FDIC
EQUAL HOUSING LENDER

| | |
|---|---|
| Account Number | 3254 |
| Statement Date | 11/30/2018 |
| Statement Thru Date | 12/02/2018 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

Return Service Requested
00000134 MS326812011805310900 01 000000000 0002348 001

COMPUTA-BASE MACHINING, INC.
411 NORTH GROVE STREET
PO BOX 340
BERLIN NJ 08009-0340

## Customer Service Information

  **Customer Care**          1(856)-858-1100

**Telephone Banking**
**Lost/Stolen Debit Card**  1(800)-500-1044

**Visit Us Online**
www.1stcolonial.com

## IMPORTANT MESSAGE(S)

## BUSINESS CHECKING ACCOUNT                    **Account Number:**       3254

**Account Owner(s):   COMPUTA-BASE MACHINING, INC.**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 11/01/2018** | **$1,670.59** |
| + Deposits and Credits  (1) | $0.33 |
| - Withdrawals and Debits  (5) | $121.47 |
| **Ending Balance as of 11/30/2018** | **$1,549.45** |
| Service Charges for Period | $9.97 |
| Average Collected for Period | $1,623.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Nov 30 | EARNINGS CREDIT | 0.33 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Nov 02 | WAGEWORKS FSA/RECEIVABLE INV1018321 COMPUTA BASE MACHINING | 24.65 |
| Nov 19 | WAGEWORKS FSA/RECEIVABLE WAGEWORKS FSA INV1043059 COMPUTA BASE MACHINING | 2.52 |
| Nov 23 | WAGEWORKS/RECEIVABLE WAGEWORKS INV1007184 COMPUTA BASE MACHINING | 84.00 |
| Nov 30 | CHECK FEES 3 AT $ .10 | 0.30 |
| Nov 30 | MAINTENANCE FEE | 10.00 |

## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| Nov 02 | 1,645.94 | Nov 23 | 1,559.42 | Nov 30 | 1,549.45 |
| Nov 19 | 1,643.42 | | | | |

 **Bank**

America's Most Convenient Bank®

E    STATEMENT OF ACCOUNT

COMPUTA-BASE MACHINING INC
PO BOX 340
BERLIN NJ  08009-9704

| | |
|---|---|
| Page: | 1 of 6 |
| Statement Period: | Nov 01 2018-Nov 30 2018 |
| Cust Ref #: | |
| Primary Account #: | 3885 |

## Business Convenience Checking

COMPUTA-BASE MACHINING INC

Account #    3885

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 11/01 | | | 26,173.16 |
| Plus | 2 | Deposits and Other Credits | 50,000.00 |
| Less | 36 | Checks and Other Debits | 65,763.94 |
| Statement Balance as of 11/30 | | | 10,409.22 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | | DEBIT | CREDIT | BALANCE |
|---|---|---|---:|---:|---:|
| 11/01 | Check #12632 | | 1,818.07 | | 24,355.09 |
| 11/01 | Check #12638 | | 1,777.87 | | 22,577.22 |
| 11/01 | Check #12633 | | 1,252.05 | | 21,325.17 |
| 11/01 | Check #12637 | | 1,204.45 | | 20,120.72 |
| 11/01 | Check #12641 | | 926.49 | | 19,194.23 |
| 11/01 | Check #12635 | | 805.20 | | 18,389.03 |
| 11/02 | CCD DEBIT, IRS USATAXPYMT ⌐⌐⌐⌐⌐⌐ '3132 | | 6,649.66 | | 11,739.37 |
| 11/02 | Check #12636 | | 2,016.86 | | 9,722.51 |
| 11/02 | Check #12642 | | 1,666.73 | | 8,055.78 |
| 11/02 | Check #12639 | | 1,419.97 | | 6,635.81 |
| 11/02 | Check #12640 | | 1,346.60 | | 5,289.21 |
| 11/02 | CCD DEBIT, NJ WEB PMT 01120 NJWEB0' | 49215 | 765.13 | | 4,524.08 |
| 11/05 | Check #12634 | | 2,146.00 | | 2,378.08 |
| 11/09 | DEPOSIT | | | 25,000.00 | 27,378.08 |
| 11/15 | Check #12651 | | 892.49 | | 26,485.59 |
| 11/16 | Check #12643 | | 1,818.09 | | 24,667.50 |
| 11/16 | Check #12648 | | 1,711.30 | | 22,956.20 |
| 11/16 | Check #12652 | | 1,666.73 | | 21,289.47 |
| 11/16 | Check #12650 | | 1,339.99 | | 19,949.48 |
| 11/16 | Check #12644 | | 1,258.69 | | 18,690.79 |
| 11/16 | Check #12647 | | 1,204.47 | | 17,486.32 |
| 11/16 | Check #12645 | | 823.59 | | 16,662.73 |
| 11/19 | CCD DEBIT, IRS USATAXPYMT | 10678 | 6,564.86 | | 10,097.87 |
| 11/19 | Check #12653 | | 2,192.31 | | 7,905.56 |
| 11/19 | Check #12646 | | 2,016.86 | | 5,888.70 |
| 11/19 | Check #12649 | | 1,317.34 | | 4,571.36 |
| 11/19 | CCD DEBIT, NJ WEB PMT 01120 NJWEB( | 21055 | 753.23 | | 3,818.13 |

# How to Balance your Account

**Begin by adjusting your account register as follows:**

- Subtract any services charges shown on this statement.

- Subtract any automatic payments, transfers or other electronic withdrawals not previously recorded.

- Add any interest earned if you have an interest-bearing account.

- Add any automatic deposit or overdraft line of credit.

- Review all withdrawals shown on this statement and check them off in your account register.

- Follow instructions 2-5 to verify your ending account balance.

Your ending balance shown on this statement is:

List below the amount of deposits or credit transfers which do not appear on this statement. Total the deposits and enter on Line 2.

Subtotal by adding lines 1 and 2.

List below the total amount of withdrawals that do not appear on this statement. Total the withdrawals and enter on Line 4.

Subtract Line 4 from 3. This adjusted balance should equal your account balance.

| | | |
|---|---|---|
| ① Ending Balance | | 10,409.22 |
| ② Total Deposits | + | |
| ③ Sub Total | | |
| ④ Total Withdrawals | - | |
| ⑤ Adjusted Balance | | |

| ② DEPOSITS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Deposits** | | ② |

| ④ WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |

| WITHDRAWALS NOT ON STATEMENT | DOLLARS | CENTS |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| **Total Withdrawals** | | ④ |

**FOR CONSUMER ACCOUNTS ONLY — IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS:**

If you need information about an electronic fund transfer or if you believe there is an error on your bank statement or receipt relating to an electronic fund transfer, telephone the bank immediately at the phone number listed on the front of your statement or write to:

**TD Bank, N.A., Deposit Operations Dept, P.O. Box 1377, Lewiston, Maine 04243-1377**

We must hear from you no later than sixty (60) calendar days after we sent you the first statement upon which the error or problem first appeared. When contacting the Bank, please explain as clearly as you can why you believe there is an error or why more information is needed. Please include:

- Your name and account number.
- A description of the error or transaction you are unsure about.
- The dollar amount and date of the suspected error.

When making a verbal inquiry, the Bank may ask that you send us your complaint in writing within ten (10) business days after the first telephone call.

We will investigate your complaint and will correct any error promptly. If we take more than ten (10) business days to do this, we will credit your account for the amount you think is in error, so that you have the use of the money during the time it takes to complete our investigation.

**INTEREST NOTICE**

Total interest credited by the Bank to you this year will be reported by the Bank to the Internal Revenue Service and State tax authorities. The amount to be reported will be reported separately to you by the Bank.

**FOR CONSUMER LOAN ACCOUNTS ONLY — BILLING RIGHTS SUMMARY**

In case of Errors or Questions About Your Bill:

If you think your bill is wrong, or if you need more information about a transaction on your bill, write us at P.O. Box 1377, Lewiston, Maine 04243-1377 as soon as possible. We must hear from you no later than sixty (60) days after we sent you the FIRST bill on which the error or problem appeared. You can telephone us, but doing so will not preserve your rights. In your letter, give us the following information:

- Your name and account number.
- The dollar amount of the suspected error.
- Describe the error and explain, if you can, why you believe there is an error. If you need more information, describe the item you are unsure about.

You do not have to pay any amount in question while we are investigating, but you are still obligated to pay the parts of your bill that are not in question. While we investigate your question, we cannot report you as delinquent or take any action to collect the amount you question.

FINANCE CHARGES: Although the Bank uses the Daily Balance method to calculate the finance charge on your Moneyline/Overdraft Protection account (the term "ODP" or "OD" refers to Overdraft Protection), the Bank discloses the Average Daily Balance on the periodic statement as an easier method for you to calculate the finance charge. The finance charge begins to accrue on the date advances and other debits are posted to your account and will continue until the balance has been paid in full. To compute the finance charge, multiply the Average Daily Balance times the Days in Period times the Daily Periodic Rate (as listed in the Account Summary section on the front of the statement). The Average Daily Balance is calculated by adding the balance for each day of the billing cycle, then dividing the total balance by the number of Days in the Billing Cycle. The daily balance is the balance for the day after advances have been added and payments or credits have been subtracted plus or minus any other adjustments that might have occurred that day. There is no grace period during which no finance charge accrues. Finance charge adjustments are included in your total finance charge.

## TD Bank

**America's Most Convenient Bank®**

STATEMENT OF ACCOUNT

COMPUTA-BASE MACHINING INC

| | |
|---|---|
| Page: | 3 of 6 |
| Statement Period: | Nov 01 2018-Nov 30 2018 |
| Cust Ref #: | |
| Primary Account #: | l3885 |

### ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|---|
| 11/21 | DEPOSIT | | | 25,000.00 | 28,818.13 |
| 11/29 | Check #12660 | | 1,740.11 | | 27,078.02 |
| 11/29 | Check #12655 | | 1,258.68 | | 25,819.34 |
| 11/29 | Check #12657 | | 817.76 | | 25,001.58 |
| 11/30 | CCD DEBIT, IRS USATAXPYMT | )0947 | 6,323.50 | | 18,678.08 |
| 11/30 | Check #12658 | | 2,016.85 | | 16,661.23 |
| 11/30 | Check #12654 | | 1,818.08 | | 14,843.15 |
| 11/30 | Check #12662 | | 1,332.39 | | 13,510.76 |
| 11/30 | Check #12659 | | 1,216.16 | | 12,294.60 |
| 11/30 | Check #12661 | | 1,174.21 | | 11,120.39 |
| 11/30 | CCD DEBIT, NJ WEB PMT 01120 NJWEB~ ~ ~ ~ ~5825 | | 711.17 | | 10,409.22 |

**Checks Paid**      No. Checks: 30      *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 11/01 | 12632 | 1,818.07 | 11/16 | 12647 | 1,204.47 |
| 11/01 | 12633 | 1,252.05 | 11/16 | 12648 | 1,711.30 |
| 11/05 | 12634 | 2,146.00 | 11/19 | 12649 | 1,317.34 |
| 11/01 | 12635 | 805.20 | 11/16 | 12650 | 1,339.99 |
| 11/02 | 12636 | 2,016.86 | 11/15 | 12651 | 892.49 |
| 11/01 | 12637 | 1,204.45 | 11/16 | 12652 | 1,666.73 |
| 11/01 | 12638 | 1,777.87 | 11/19 | 12653 | 2,192.31 |
| 11/02 | 12639 | 1,419.97 | 11/30 | 12654 | 1,818.08 |
| 11/02 | 12640 | 1,346.60 | 11/29 | 12655 | 1,258.68 |
| 11/01 | 12641 | 926.49 | 11/29 | 12657* | 817.76 |
| 11/02 | 12642 | 1,666.73 | 11/30 | 12658 | 2,016.85 |
| 11/16 | 12643 | 1,818.09 | 11/30 | 12659 | 1,216.16 |
| 11/16 | 12644 | 1,258.69 | 11/29 | 12660 | 1,740.11 |
| 11/16 | 12645 | 823.59 | 11/30 | 12661 | 1,174.21 |
| 11/19 | 12646 | 2,016.86 | 11/30 | 12662 | 1,332.39 |

### INTEREST SUMMARY

| | |
|---|---|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 30 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender