## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re: Computa-Base Machining, Inc.

**Case No.**      18-30856
**Reporting Period:**      Dec-18

## MONTHLY OPERATING REPORT
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____
Signature of Debtor

Date  2/12/19

_____
Signature of Joint Debtor

Date _____

_____
Signature of Authorized Individual*

Date _____

*Agustin Rosado*
Printed Name of Authorized Individual

*President*
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

In re: Computa-Base Machining, Inc.                                          **Case No.**          18-30856
_____Debtor_____                                        **Reporting Period:**          Dec-18

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.  A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | 4338 | 3254 | 3885 | CASH OH | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH*** | 58,374.16 | 1,536.65 | 6,004.81 | 100.00 | 66,015.62 | - | 38,985.92 | - |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | - | | | - | - | - | - |
| ACCOUNTS RECEIVABLE | 120,110.56 | | | | 120,110.56 | - | 314,784.45 | - |
| LOANS AND ADVANCES | | | | | - | | | |
| SALE OF ASSETS | | | | | - | | | |
| INTEREST | - | 0.27 | | | 0.27 | - | 8.81 | - |
| TRANSFERS | (50,000.00) | | 50,000.00 | | - | - | - | |
| | | | | | - | | | |
| **TOTAL RECEIPTS** | 70,110.56 | 0.27 | 50,000.00 | | 120,110.83 | - | 314,793.26 | - |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | - | 31,835.04 | | 31,835.04 | - | 96,790.54 | - |
| PAYROLL TAXES | | - | 14,781.79 | | 14,781.79 | - | 45,159.08 | - |
| SALES, USE, & OTHER TAXES | | | | | - | - | - | - |
| INVENTORY PURCHASES | 8,159.00 | - | | | 8,159.00 | - | 15,665.00 | - |
| SECURED/ RENTAL/ LEASES | 1,547.64 | | | | 1,547.64 | - | 8,942.77 | - |
| INSURANCE | 8,189.46 | | | | 8,189.46 | - | 26,055.02 | - |
| ADMINISTRATIVE | 15,676.22 | 252.85 | | | 15,929.07 | | 30,262.95 | |
| SELLING | | - | | | - | - | - | - |
| REPAIRS | | - | | - | - | | 3,800.00 | |
| PRODUCTION SUPPLIES | - | | | | - | | 4,274.27 | |
| SUBCONTRACTING | 10,725.52 | | | | 10,725.52 | | 27,870.62 | |
| TRANSFERS | | | | | - | | | |
| | | | | | - | | | |
| PROFESSIONAL FEES | | | | | - | | | - |
| U.S. TRUSTEE QUARTERLY FEES | | | | | - | | | - |
| COURT COSTS | | | | | - | | | |
| **TOTAL DISBURSEMENTS** | 44,297.84 | 252.85 | 46,616.83 | - | 91,167.52 | - | 258,820.25 | - |
| **NET CASH FLOW** | 25,812.72 | (252.58) | 3,383.17 | - | 28,943.31 | | 55,973.01 | - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| **CASH - END OF MONTH** | 84,186.88 | 1,284.07 | 9,387.98 | 100.00 | 94,958.93 | - | 94,958.93 | - |

* UNRECONCILED DIFFERENCES BETWEEN MOR AND SOFA

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:  (FROM CURRENT MONTH  ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 91,167.52 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION  ACCOUNTS | $ |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES  (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 91,167.52 |

In re: Computa-Base Machining, Inc.

Debtor

**Case No.** 18-30856

**Reporting Period:** Dec-18

**BANK RECONCILIATIONS**

**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Medical | | Payroll | | Cash on hand | |
|---|---|---|---|---|---|---|---|---|
| | #4338 | | #3254 | | #3885 | | # | |
| **BALANCE PER BOOKS** | 84,186.88 | | 1,284.07 | | 9,387.98 | | | 100.00 |
| | | | | | | | | |
| BANK BALANCE | 92,154.75 | | 1,296.42 | | 11,409.22 | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 53.63 | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | (8,021.50) | | (12.35) | | (2,021.24) | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
|   balance per books | 84,186.88 | | 1,284.07 | | 9,387.98 | | | 100.00 |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re: Computa-Base Machining, Inc.

Debtor

**Case No.**              18-30856

**Reporting Period:**              Dec-18

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re: Computa-Base Machining, Inc.

**Case No.**    18-30856

Debtor

**Reporting Period:**    Dec-18

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 49,024.25 | 320,099.07 |
| Less: Returns and Allowances | (131.71) | (131.71) |
| Net Revenue | 48,892.54 | 319,967.36 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 921,612.00 | 1,093,145.00 |
| Add: Purchases | 8,159.00 | 15,665.00 |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | 11,450.56 | 42,683.80 |
| Less: Ending Inventory | 900,200.00 | 900,200.00 |
| Cost of Goods Sold | 41,021.56 | 251,293.80 |
| Gross Profit | 7,870.98 | 68,673.56 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 20.00 | 417.75 |
| Bad Debts | | |
| Computer suplies & expenses | 50.00 | 1,554.95 |
| Employee Benefits Programs | 5,567.37 | 14,869.13 |
| Insider Compensation* | 5,600.00 | 16,800.00 |
| Insurance | 2,705.82 | 7,659.12 |
| Management Fees/Bonuses | | |
| Office Expense | 1,227.51 | 2,724.33 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | - | 4,411.82 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | 38,684.69 | 117,912.41 |
| Supplies | | |
| Taxes - Payroll | 3,357.74 | 10,225.81 |
| Taxes - Real Estate | | |
| Taxes - Other | 0.76 | 81.25 |
| Travel and Entertainment | - | 200.00 |
| Utilities | 2,713.60 | 4,515.37 |
| Other (attach schedule) | - | - |
| Total Operating Expenses Before Depreciation | 59,927.49 | 181,371.94 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | (52,056.51) | (112,698.38) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | - | |
| Interest Expense | 796.89 | 6,729.63 |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | (52,853.40) | (119,428.01) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | | |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | - | - |
| Income Taxes | | |
| Net Profit (Loss) | (52,853.40) | (119,428.01) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Computa-Base Machining, Inc.                    **Case No.**                    18-30856
               Debtor                    **Reporting Period:**                    Dec-18

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| | | |
| **Other Costs** | | |
| Subcontracting | 10,725.52 | 36,374.85 |
| Supplies | - | 2,300.25 |
| Shop expenses | - | 1,961.18 |
| Tools | - | 233.12 |
| Freight | 725.04 | 1,814.40 |
| Total | 11,450.56 | 42,683.80 |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the bankruptcy proceeding, should be reported as a reorganization item.

In re: Computa-Base Machining, Inc.                                      **Case No.  18-30856**
                            Debtor                                       **Reporting Period: Dec 2018**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 94,958.93 | 37,735.55 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 127,465.69 | 123,870.93 |
| Notes Receivable | | |
| Inventories | 900,200.00 | 1,093,145.00 |
| Prepaid Expenses | 971.00 | 971.00 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | 1,123,595.62 | 1,255,722.48 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 1,328,834.50 | 1,328,834.50 |
| Furniture, Fixtures and Office Equipment | 131,882.51 | 131,882.51 |
| Leasehold Improvements | 14,602.00 | 14,602.00 |
| Vehicles | 64,359.20 | 64,359.20 |
| Less Accumulated Depreciation | (1,419,807.32) | (1,419,807.32) |
| *TOTAL PROPERTY & EQUIPMENT* | 119,870.89 | 119,870.89 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | 6,582.34 | 6,282.34 |
| *TOTAL OTHER ASSETS* | 6,582.34 | 6,282.34 |
| | | |
| **TOTAL ASSETS** | 1,250,048.85 | 1,381,875.71 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | - | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | - | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 502,537.97 | 510,786.10 |
| Priority Debt | | |
| Unsecured Debt | 292,059.32 | 296,210.04 |
| *TOTAL PRE-PETITION LIABILITIES* | 794,597.29 | 806,996.14 |
| | | |
| *TOTAL LIABILITIES* | 794,597.29 | 806,996.14 |
| *OWNER EQUITY* | | |
| Capital Stock | 1,000.00 | 1,000.00 |
| Additional Paid-In Capital | - | - |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | 573,879.57 | 573,879.57 |
| Retained Earnings - Postpetition | (119,428.01) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | 455,451.56 | 574,879.57 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 1,250,048.85 | 1,381,875.71 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Computa-Base Machining, Inc.                                    Case No.  18-30856
                    Debtor                                             Reporting Period: Dec 2018

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| Security deposits | 6582.34 | 6282.34 |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated
into a separate account, such as an escrow account.

In re: Computa-Base Machining, Inc.        **Case No.**      18-30856

            Debtor                      **Reporting Period:**      Dec-18

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | | | | | |
| FICA-Employee | - | | | | | |
| FICA-Employer | - | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | - | | | | | |
| **State and Local** | | | | | | |
| Withholding | - | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | - | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | - | | | | | |
| **Total Taxes** | - | | | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | - | | | | | - |
| Wages Payable | | | | | | - |
| Taxes Payable | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders* | | | | | | - |
| Other: | | | | | | - |
| Other: | | | | | | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Computa-Base Machining, Inc.

Debtor

**Case No. 18-30856**

**Reporting Period: Dec 2018**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 200,271.86 | |
| + Amounts billed during the period | 49,024.25 | |
| - Amounts collected during the period | (120,110.56) | |
| Total Accounts Receivable at the end of the reporting period | 129,185.55 | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | 77,815.05 | |
| 31 - 60 days old | 10,085.00 | |
| 61 - 90 days old | - | |
| 91+ days old | 41,285.50 | |
| Total Accounts Receivable | 129,185.55 | |
| Amount considered uncollectible (Bad Debt) | 1,719.86 | |
| Accounts Receivable (Net) | 127,465.69 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

No new accounts were set up for Debtor-in-possession, all disbursements from contining accounts.

# 1st Colonial
## COMMUNITY BANK

EQUAL HOUSING LENDER

MEMBER **FDIC**

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

Page:    1

COMPUTA-BASE MACHINING, INC.
411 NORTH GROVE STREET
PO BOX 340
BERLIN NJ 08009-0340

Account Number:
Statement Begin Date:  12/01/18
Statement End Date:    1/01/19
Checks/Items Enclosed:    69

ME

BUSINESS CHECKING ACCOUNT        COMPUTA-BASE MACHINING, INC.

```
                Beginning Balance   12/01/18          72,330.20
                Deposits / Misc Credits      15      121,369.05
                Withdrawals / Misc Debits    76      101,544.50
             ** Ending Balance      12/31/18          92,154.75  **
                Service Charge                             3.56

                Average Collected Balance              69,179
                Enclosures                                  69
```

- - - - - - - - - - - - - -        DEPOSITS AND OTHER CREDITS        - - - - - - - -

| Date | Deposits | Activity Description |
|------|----------|---------------------|
| 12/04 | 23,125.00 | Remote Deposit |
| 12/10 | 2,975.00 | TREAS 310/MISC PAY 0A39697008050 |
| | | COMPUTA-BASE-MAC |
| 12/11 | 19,284.01 | LOCKHEED 0654/PO/REMIT 2001806913PAYR |
| | | COMPUTA-BASE-MAC |
| 12/14 | 1,243.75 | LOCKHEED 0654/PO/REMIT 2001808734PAYR |
| | | COMPUTA-BASE-MAC |
| 12/14 | 437.50 | Remote Deposit |
| 12/17 | 1,766.12 | LM ENTERPRISE BU/CORP PYMNT 2001809868 |
| | | COMPUTA-BASE-MAC |
| 12/17 | 585.00 | Remote Deposit |
| 12/18 | 1,900.00 | DFAS-CO/INVOICE COMPUTA-BASE-MAC |
| 12/18 | 5,600.00 | DFAS-CO/INVOICE COMPUTA-BASE-MAC |
| 12/19 | 10,729.62 | Remote Deposit |
| 12/20 | 600.00 | LOCKHEED 0654/PO/REMIT 2001812606PAYR |
| | | COMPUTA-BASE-MAC |
| 12/24 | 3,918.31 | LOCKHEED 0654/PO/REMIT 2001814364PAYR |
| | | COMPUTA-BASE-MAC |
| 12/26 | 46,460.00 | TREAS 310/MISC PAY 0A39697008050 |
| | | COMPUTA-BASE-MAC |
| 12/26 | 2,730.00 | Remote Deposit |
| 12/31 | 14.74 | EARNINGS CREDIT |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

# 1st Colonial
## COMMUNITY BANK

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

MEMBER FDIC
EQUAL HOUSING LENDER

Page:    2

COMPUTA-BASE MACHINING, INC.

Account Number:
Statement Date:        1/01/19

- - - - - - - - - - - - - - -   DEBITS AND OTHER WITHDRAWALS   - - - - - - - - -

| Date | Withdrawals | Activity Description |
|---|---|---|
| 12/03 | 25.00 | MERCH SVC/BKCRD FEES 899000002485256 COMPUTA BASE MACHINING |
| 12/10 | 396.70 | FEDERATED MUTUAL/PYMTS POL# 677038 ROSADO AGUSTIN A |
| 12/19 | 1,009.00 | COLUMBUS LIFE/PREM PYMT CM5060845U15 AGUSTIN ROSADO |
| 12/19 | 459.00 | COLUMBUS LIFE/PREM PYMT CM5060850U15 AGUSTIN ROSADO |
| 12/19 | 367.00 | COLUMBUS LIFE/PREM PYMT CM5060852U15 AGUSTIN ROSADO |
| 12/19 | 248.00 | COLUMBUS LIFE/PREM PYMT CM5060843U15 AGUSTIN ROSADO |
| 12/21 | 1,547.64 | TRANSFER TO LOAN # 193009727 |
| 12/24 | 65.16 | PROTECTIONONE/PAYMENT 953292869 COMPUTA-BASE MACHINING |
| 12/31 | 7.10 | CHECK FEES 71 at $ .10 |
| 12/31 | .50 | DEPOSIT FEES 5 at $ .10 |
| 12/31 | .70 | DEPOSIT ITEMS 7 at $ .10 |
| 12/31 | 10.00 | MAINTENANCE FEE |

- - - - - - - - - - - - - -   CHECKS PAID   - - - - - - - - - - - -
\* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 12/05 | 17527 | 397.50 | 12/04 | 17579 | 115.90 | 12/06 | 17599 | 961.98 |
| 12/05 | 17548* | 978.00 | 12/06 | 17580 | 259.76 | 12/24 | 17600 | 127.00 |
| 12/05 | 17562* | 187.00 | 12/05 | 17581 | 137.04 | 12/14 | 17601 | 20.00 |
| 12/04 | 17565* | 50.00 | 12/12 | 17584* | 1,452.45 | 12/17 | 17602 | 1,515.85 |
| 12/03 | 17566 | 242.50 | 12/10 | 17585 | 273.43 | 12/18 | 17603 | 83.24 |
| 12/10 | 17567 | 152.20 | 12/06 | 17586 | 226.12 | 12/17 | 17604 | 7,464.60 |
| 12/05 | 17568 | 304.62 | 12/10 | 17587 | 1.61 | 12/17 | 17605 | 2,230.00 |
| 12/04 | 17569 | 206.00 | 12/13 | 17588 | 55.76 | 12/19 | 17606 | 128.48 |
| 12/05 | 17570 | 224.00 | 12/13 | 17589 | 760.00 | 12/18 | 17607 | 226.44 |
| 12/04 | 17571 | 4,500.00 | 12/05 | 17591* | 25,000.00 | 12/17 | 17608 | 363.72 |
| 12/06 | 17572 | 1,565.26 | 12/07 | 17592 | 395.00 | 12/18 | 17609 | 44.90 |
| 12/07 | 17573 | 29.55 | 12/19 | 17593 | 350.00 | 12/17 | 17610 | 5.00 |
| 12/07 | 17574 | 225.00 | 12/11 | 17594 | 356.53 | 12/17 | 17611 | 7,900.00 |
| 12/04 | 17575 | 236.51 | 12/12 | 17595 | 98.00 | 12/21 | 17612 | 90.00 |
| 12/04 | 17576 | 66.72 | 12/11 | 17596 | 182.79 | 12/20 | 17613 | 600.00 |
| 12/06 | 17577 | 50.46 | 12/13 | 17597 | 50.00 | 12/18 | 17614 | 206.00 |
| 12/04 | 17578 | 443.35 | 12/12 | 17598 | 164.38 | 12/19 | 17615 | 169.00 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**

# 1st Colonial
## COMMUNITY BANK

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

MEMBER FDIC
EQUAL HOUSING LENDER

Page:      3

COMPUTA-BASE MACHINING, INC.

Account Number:    ---------
Statement Date:        1/01/19

### CHECKS PAID
\* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| 12/19 | 17617* | 83.24 | 12/21 | 17623* | 457.59 | 12/26 | 17627 | 228.84 |
| 12/18 | 17618 | 66.64 | 12/21 | 17624 | 5,049.43 | 12/27 | 17628 | 147.53 |
| 12/24 | 17619 | 80.66 | 12/26 | 17625 | 480.00 | 12/20 | 17629 | 487.07 |
| 12/20 | 17620 | 555.00 | 12/28 | 17626 | 99.05 | 12/20 | 17630 | 25,000.00 |
| 12/18 | 17621 | 2,800.00 | | | | | | |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 12/03 | 72,062.70 | 12/12 | 77,808.85 | 12/21 | 40,278.24 |
| 12/04 | 89,569.22 | 12/13 | 76,943.09 | 12/24 | 43,923.73 |
| 12/05 | 62,341.06 | 12/14 | 78,604.34 | 12/26 | 92,404.89 |
| 12/06 | 59,277.48 | 12/17 | 61,476.29 | 12/27 | 92,257.36 |
| 12/07 | 58,627.93 | 12/18 | 65,549.07 | 12/28 | 92,158.31 |
| 12/10 | 60,778.99 | 12/19 | 73,464.97 | 12/31 | 92,154.75 |
| 12/11 | 79,523.68 | 12/20 | 47,422.90 | | |

1

1:04 PM

01/02/19

# Computa-Base Machining, Inc

## Reconciliation Summary

### 1001 · 1st Colonial Bank - Operating, Period Ending 12/31/2018

|  | Dec 31, 18 |  |
|---|---|---|
| **Beginning Balance** |  | 72,330.20 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 74 items | -101,569.50 |  |
| Deposits and Credits - 17 items | 121,394.05 |  |
| **Total Cleared Transactions** | 19,824.55 |  |
| **Cleared Balance** |  | 92,154.75 |
| **Uncleared Transactions** |  |  |
| Checks and Payments - 13 items | -6,747.33 |  |
| Deposits and Credits - 2 items | 53.63 |  |
| **Total Uncleared Transactions** | -6,693.70 |  |
| **Register Balance as of 12/31/2018** |  | 85,461.05 |
| **New Transactions** |  |  |
| Checks and Payments - 1 item | -2,110.15 |  |
| **Total New Transactions** | -2,110.15 |  |
| **Ending Balance** |  | 83,350.90 |

1:04 PM

01/02/19

**Computa-Base Machining, Inc**

**Reconciliation Detail**

**1001 · 1st Colonial Bank - Operating, Period Ending 12/31/2018**

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 72,330.20 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 74 items** | | | | | | |
| Bill Pmt -Check | 11/02/2018 | 17527 | TN TOOL & CUTTER | X | -397.50 | -397.50 |
| Bill Pmt -Check | 11/13/2018 | 17578 | A & M INDUSTRIAL... | X | -443.35 | -840.85 |
| Bill Pmt -Check | 11/13/2018 | 17580 | SAFETY-KLEEN SY... | X | -259.76 | -1,100.61 |
| Bill Pmt -Check | 11/13/2018 | 17581 | UPS | X | -137.04 | -1,237.65 |
| Bill Pmt -Check | 11/13/2018 | 17579 | NEW ENGLAND M... | X | -115.90 | -1,353.55 |
| Check | 11/21/2018 | 17548 | CASTLE METALS &... | X | -978.00 | -2,331.55 |
| Check | 11/21/2018 | 17562 | HILLOCK ANODIZI... | X | -187.00 | -2,518.55 |
| Bill Pmt -Check | 11/28/2018 | 17566 | RAMBALL TESTLA... | X | -242.50 | -2,761.05 |
| Bill Pmt -Check | 11/28/2018 | 17567 | YRC FREIGHT | X | -152.20 | -2,913.25 |
| Check | 11/28/2018 | 17565 | USPS / POSTMAST... | X | -50.00 | -2,963.25 |
| Bill Pmt -Check | 11/29/2018 | 17571 | ALION SCIENCE A... | X | -4,500.00 | -7,463.25 |
| Bill Pmt -Check | 11/29/2018 | 17572 | ATLANTIC CITY EL... | X | -1,565.26 | -9,028.51 |
| Liability Check | 11/29/2018 | 17568 | AFLAC | X | -304.62 | -9,333.13 |
| Bill Pmt -Check | 11/29/2018 | 17575 | SOUTH JERSEY G... | X | -236.51 | -9,569.64 |
| Bill Pmt -Check | 11/29/2018 | 17574 | MML BAYSTATE LI... | X | -225.00 | -9,794.64 |
| Check | 11/29/2018 | 17570 | HILLOCK ANODIZI... | X | -224.00 | -10,018.64 |
| Liability Check | 11/29/2018 | 17569 | New Jersey Family ... | X | -206.00 | -10,224.64 |
| Bill Pmt -Check | 11/29/2018 | 17576 | STAPLES CREDIT ... | X | -66.72 | -10,291.36 |
| Bill Pmt -Check | 11/29/2018 | 17577 | TRANSAMERICA P... | X | -50.46 | -10,341.82 |
| Bill Pmt -Check | 11/29/2018 | 17573 | DISCOVER | X | -29.55 | -10,371.37 |
| Bill Pmt -Check | 11/30/2018 | 17584 | AVASEK | X | -1,452.45 | -11,823.82 |
| Bill Pmt -Check | 11/30/2018 | 17589 | VEE DENNIS MAN... | X | -760.00 | -12,583.82 |
| Bill Pmt -Check | 11/30/2018 | 17592 | AMZ | X | -395.00 | -12,978.82 |
| Bill Pmt -Check | 11/30/2018 | 17585 | CHASE CARD #5914 | X | -273.43 | -13,252.25 |
| Bill Pmt -Check | 11/30/2018 | 17586 | HARTFORD INS | X | -226.12 | -13,478.37 |
| Bill Pmt -Check | 11/30/2018 | 17588 | U LINE | X | -55.76 | -13,534.13 |
| Bill Pmt -Check | 11/30/2018 | 17587 | HOME DEPOT CRE... | X | -1.61 | -13,535.74 |
| General Journal | 12/03/2018 | 9a | MERCHANT SERVI... | X | -25.00 | -13,560.74 |
| Check | 12/04/2018 | 17591 | COMPUTA-BASE M... | X | -25,000.00 | -38,560.74 |
| Check | 12/04/2018 | EFT | MERCHANT SERVI... | X | -25.00 | -38,585.74 |
| Bill Pmt -Check | 12/05/2018 | 17594 | CITI CARDS #5729 | X | -356.53 | -38,942.27 |
| Bill Pmt -Check | 12/05/2018 | 17596 | CITI CARDS #7818 | X | -182.79 | -39,125.06 |
| Bill Pmt -Check | 12/05/2018 | 17598 | VERIZON | X | -164.38 | -39,289.44 |
| Bill Pmt -Check | 12/05/2018 | 17595 | CITI CARDS #6032 | X | -98.00 | -39,387.44 |
| Bill Pmt -Check | 12/05/2018 | 17597 | LAMLINKS CORPO... | X | -50.00 | -39,437.44 |
| Bill Pmt -Check | 12/06/2018 | 17599 | TRIMAN INDUSTRI... | X | -961.98 | -40,399.42 |
| Check | 12/06/2018 | 17593 | ROBERT WOOLER ... | X | -350.00 | -40,749.42 |
| Bill Pmt -Check | 12/07/2018 | 17620 | VEE DENNIS MAN... | X | -555.00 | -41,304.42 |
| Check | 12/07/2018 | 17600 | HILLOCK ANODIZI... | X | -127.00 | -41,431.42 |
| Bill Pmt -Check | 12/07/2018 | 17617 | Capital One Bank | X | -83.24 | -41,514.66 |
| Bill Pmt -Check | 12/07/2018 | 17619 | UPS | X | -80.66 | -41,595.32 |
| Bill Pmt -Check | 12/07/2018 | 17618 | PROGAS INC | X | -66.64 | -41,661.96 |
| Check | 12/10/2018 | eft | FEDERATED INSU... | X | -396.70 | -42,058.66 |
| Bill Pmt -Check | 12/11/2018 | 17604 | FEDERATED INSU... | X | -7,464.60 | -49,523.26 |
| Bill Pmt -Check | 12/11/2018 | 17605 | METAL SPECIALTI... | X | -2,230.00 | -51,753.26 |
| Bill Pmt -Check | 12/11/2018 | 17602 | C.I.L. Electroplating ... | X | -1,515.85 | -53,269.11 |
| Bill Pmt -Check | 12/11/2018 | 17608 | VERIZON | X | -363.72 | -53,632.83 |
| Bill Pmt -Check | 12/11/2018 | 17607 | UPS | X | -226.44 | -53,859.27 |
| Bill Pmt -Check | 12/11/2018 | 17606 | PHOENIX HEAT TR... | X | -128.48 | -53,987.75 |
| Bill Pmt -Check | 12/11/2018 | 17603 | Capital One Bank | X | -83.24 | -54,070.99 |
| Bill Pmt -Check | 12/11/2018 | 17609 | W.B.MASON | X | -44.90 | -54,115.89 |
| Check | 12/11/2018 | 17601 | DIBRUNO KATHLE... | X | -20.00 | -54,135.89 |
| Check | 12/11/2018 | 17610 | TD BANK N.A. | X | -5.00 | -54,140.89 |
| Check | 12/12/2018 | 17611 | EAST COAST STE... | X | -7,900.00 | -62,040.89 |
| Liability Check | 12/13/2018 | 17613 | CB&T/ American Fu... | X | -600.00 | -62,640.89 |
| Liability Check | 12/13/2018 | 17614 | New Jersey Family ... | X | -206.00 | -62,846.89 |
| Check | 12/13/2018 | 17615 | FARMERS COPPE... | X | -169.00 | -63,015.89 |
| Check | 12/13/2018 | 17612 | EAST COAST STE... | X | -90.00 | -63,105.89 |
| Bill Pmt -Check | 12/17/2018 | 17624 | AMERIHEALTH INS... | X | -5,049.43 | -68,155.32 |
| Check | 12/17/2018 | eft | Columbus Life Insur... | X | -1,009.00 | -69,164.32 |
| Bill Pmt -Check | 12/17/2018 | 17629 | TRIMAN INDUSTRI... | X | -487.07 | -69,651.39 |
| Bill Pmt -Check | 12/17/2018 | 17625 | ANOPLATE CORP... | X | -480.00 | -70,131.39 |
| Check | 12/17/2018 | eft | Columbus Life Insur... | X | -459.00 | -70,590.39 |
| Bill Pmt -Check | 12/17/2018 | 17623 | BARCLAYS/SPIRIT ... | X | -457.59 | -71,047.98 |
| Check | 12/17/2018 | eft | Columbus Life Insur... | X | -367.00 | -71,414.98 |

**Computa-Base Machining, Inc**
## Reconciliation Detail
### 1001 · 1st Colonial Bank - Operating, Period Ending 12/31/2018

1:04 PM
01/02/19

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 12/17/2018 | eft | Columbus Life Insur... | X | -248.00 | -71,662.98 |
| Bill Pmt -Check | 12/17/2018 | 17627 | Capital One Bank | X | -228.84 | -71,891.82 |
| Bill Pmt -Check | 12/17/2018 | 17628 | STAPLES CREDIT ... | X | -147.53 | -72,039.35 |
| Bill Pmt -Check | 12/17/2018 | 17626 | AVAYA COMMUNIC... | X | -99.05 | -72,138.40 |
| Check | 12/19/2018 | 17630 | COMPUTA-BASE M... | X | -25,000.00 | -97,138.40 |
| Check | 12/21/2018 | 17621 | MIL-SPEC PAINTIN... | X | -2,800.00 | -99,938.40 |
| Check | 12/21/2018 | eft | FIRST COLONIAL | X | -1,547.64 | -101,486.04 |
| Check | 12/26/2018 | eft | PROTECTIONONE ... | X | -65.16 | -101,551.20 |
| Check | 12/31/2018 | | | X | -18.30 | -101,569.50 |

| | | | Total Checks and Payments | | -101,569.50 | -101,569.50 |

**Deposits and Credits - 17 items**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 12/03/2018 | 17590 | MERCHANT SERVI... | X | 0.00 | 0.00 |
| General Journal | 12/04/2018 | 9aR | MERCHANT SERVI... | X | 25.00 | 25.00 |
| Deposit | 12/04/2018 | | | X | 23,125.00 | 23,150.00 |
| Deposit | 12/07/2018 | | | X | 437.50 | 23,587.50 |
| Deposit | 12/10/2018 | | | X | 2,975.00 | 26,562.50 |
| Deposit | 12/11/2018 | | | X | 19,284.01 | 45,846.51 |
| Deposit | 12/14/2018 | | | X | 1,243.75 | 47,090.26 |
| Deposit | 12/17/2018 | | | X | 585.00 | 47,675.26 |
| Deposit | 12/17/2018 | | | X | 1,766.12 | 49,441.38 |
| Deposit | 12/18/2018 | | | X | 1,900.00 | 51,341.38 |
| Deposit | 12/18/2018 | | | X | 5,600.00 | 56,941.38 |
| Deposit | 12/19/2018 | | | X | 600.00 | 57,541.38 |
| Deposit | 12/19/2018 | | | X | 10,729.62 | 68,271.00 |
| Deposit | 12/21/2018 | | | X | 3,918.31 | 72,189.31 |
| Deposit | 12/21/2018 | | | X | 46,460.00 | 118,649.31 |
| Deposit | 12/26/2018 | | | X | 2,730.00 | 121,379.31 |
| Deposit | 01/02/2019 | | | X | 14.74 | 121,394.05 |

| | | | Total Deposits and Credits | | 121,394.05 | 121,394.05 |

| | | | Total Cleared Transactions | | 19,824.55 | 19,824.55 |

| | | | Cleared Balance | | 19,824.55 | 92,154.75 |

**Uncleared Transactions**
**Checks and Payments - 13 items**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| General Journal | 12/31/2014 | a1 | | | -35.00 | -35.00 |
| Check | 01/31/2018 | eft | Delux | | -438.93 | -473.93 |
| Check | 12/14/2018 | 17616 | VEE DENNIS MAN... | | -2,275.00 | -2,748.93 |
| Check | 12/17/2018 | 17622 | HILLOCK ANODIZI... | | -127.00 | -2,875.93 |
| Check | 12/20/2018 | 17631 | HILLOCK ANODIZI... | | -274.00 | -3,149.93 |
| Bill Pmt -Check | 12/28/2018 | 17638 | SOUTH JERSEY G... | | -1,372.82 | -4,522.75 |
| Bill Pmt -Check | 12/28/2018 | 17634 | ATLANTIC CITY EL... | | -1,275.62 | -5,798.37 |
| Bill Pmt -Check | 12/28/2018 | 17637 | MML BAYSTATE LI... | | -225.00 | -6,023.37 |
| Liability Check | 12/28/2018 | 17633 | AFLAC | | -222.36 | -6,245.73 |
| Liability Check | 12/28/2018 | 17632 | New Jersey Family ... | | -206.00 | -6,451.73 |
| Bill Pmt -Check | 12/28/2018 | 17635 | BARCLAYS/SPIRIT ... | | -155.43 | -6,607.16 |
| Bill Pmt -Check | 12/28/2018 | 17639 | UPS | | -100.15 | -6,707.31 |
| Bill Pmt -Check | 12/28/2018 | 17636 | DISCOVER | | -40.02 | -6,747.33 |

| | | | Total Checks and Payments | | -6,747.33 | -6,747.33 |

**Deposits and Credits - 2 items**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 03/25/2016 | | | | 38.63 | 38.63 |
| Deposit | 05/01/2018 | | | | 15.00 | 53.63 |

| | | | Total Deposits and Credits | | 53.63 | 53.63 |

| | | | Total Uncleared Transactions | | -6,693.70 | -6,693.70 |

| | | | Register Balance as of 12/31/2018 | | 13,130.85 | 85,461.05 |

**New Transactions**
**Checks and Payments - 1 item**

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Check | 01/02/2019 | eft | FIRST COLONIAL | | -2,110.15 | -2,110.15 |

| | | | Total Checks and Payments | | -2,110.15 | -2,110.15 |

1:04 PM

01/02/19

# Computa-Base Macnining, Inc

## Reconciliation Detail

### 1001 · 1st Colonial Bank - Operating, Period Ending 12/31/2018

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Total New Transactions | | | | | -2,110.15 | -2,110.15 |
| **Ending Balance** | | | | | 11,020.70 | 83,350.90 |



1st **Colonial**
COMMUNITY BANK

1040 Ha...
Collingswood, NJ 08108
Trading Symbol: FCOB

| | | |
|---|---|---|
| Account Number | | |
| Statement Date | 12/31/2018 | |
| Statement Thru Date | 01/01/2019 | |
| Checks/Items Enclosed | 0 | |
| Page | 1 | |

Return Service Requested
00000553 MS326801011905311800 01 000000000 0002778 002

COMPUTA-BASE MACHINING, INC.
411 NORTH GROVE STREET
PO BOX 340
BERLIN NJ 08009-0340

## Customer Service Information



**Customer Care**    1-(856)-858-1100

**Telephone Banking**
**Lost/Stolen Debit Card**  1-(800)-500-1044

**Visit Us Online**
www.1stcolonial.com

## IMPORTANT MESSAGE(S)

## BUSINESS CHECKING ACCOUNT                    **Account Number:**

Account Owner(s):  **COMPUTA-BASE MACHINING, INC.**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 12/01/2018** | **$1,549.45** |
| + Deposits and Credits  (1) | $0.32 |
| - Withdrawals and Debits  (8) | $253.35 |
| **Ending Balance as of 12/31/2018** | **$1,296.42** |
| Service Charges for Period | $10.28 |
| Average Collected for Period | $1,490.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Dec 31 | EARNINGS CREDIT | 0.32 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Dec 17 | WAGEWORKS FSA/RECEIVABLE INV1093006 COMPUTA BASE MACHINING | 13.80 |
| Dec 18 | WAGEWORKS FSA/RECEIVABLE INV1099201 COMPUTA BASE MACHINING | 33.52 |
| Dec 24 | WAGEWORKS FSA/RECEIVABLE INV1105764 COMPUTA BASE MACHINING | 64.10 |
| Dec 26 | WAGEWORKS/RECEIVABLE INV1065707 COMPUTA BASE MACHINING | 84.00 |
| Dec 26 | WAGEWORKS FSA/RECEIVABLE INV1111657 COMPUTA BASE MACHINING | 18.13 |
| Dec 31 | WAGEWORKS FSA/RECEIVABLE INV1126870 COMPUTA BASE MACHINING | 29.20 |
| Dec 31 | CHECK FEES 6 AT $ .10 | 0.60 |
| Dec 31 | MAINTENANCE FEE | 10.00 |



Account Number
Statement Date     12/31/2018
Statement Thru Date     01/01/2019
Page     2

## DAILY BALANCE SUMMARY



| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| Dec 17 | 1,535.65 | Dec 24 | 1,438.03 | Dec 31 | 1,296.42 |
| Dec 18 | 1,502.13 | Dec 26 | 1,335.90 | | |





**Bank**

America's Most Convenient Bank®

E          STATEMENT OF ACCOUNT

COMPUTA-BASE MACHINING INC
PO BOX 340
BERLIN NJ 08009-9704

| Page: | 1 of 6 |
|---|---|
| Statement Period: | Dec 01 2018-Dec 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

## Business Convenience Checking

COMPUTA-BASE MACHINING INC                                    Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 12/01 | | | 10,409.22 |
| Plus | 2 | Deposits and Other Credits | 50,000.00 |
| Less | 30 | Checks and Other Debits | 49,037.67 |
| Statement Balance as of 12/31 | | | 11,371.55 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 12/03 | Check #12656 | 1,854.41 | | 8,554.81 |
| 12/03 | Check #12664 | 1,666.73 | | 6,888.08 |
| 12/03 | Check #12663 | 883.74 | | 6,004.34 |
| 12/04 | DEPOSIT | | 25,000.00 | 31,004.34 |
| 12/13 | Check #12665 | 1,818.09 | | 29,186.25 |
| 12/13 | Check #12666 | 1,258.69 | | 27,927.56 |
| 12/13 | Check #12669 | 1,184.40 | | 26,743.16 |
| 12/13 | Check #12667 | 842.91 | | 25,900.25 |
| 12/13 | CCD DEBIT, NJ WEB PMT 01120 NJWEB01120 091000016958530 | 726.08 | | 25,174.17 |
| 12/13 | Check #12673 | 548.55 | | 24,625.62 |
| 12/14 | CCD DEBIT, IRS USATAXPYMT 270874851195090 | 6,346.60 | | 18,279.02 |
| 12/14 | Check #12668 | 2,016.86 | | 16,262.16 |
| 12/14 | Check #12670 | 1,763.45 | | 14,498.71 |
| 12/14 | Check #12674 | 1,666.73 | | 12,831.98 |
| 12/14 | Check #12672 | 1,332.39 | | 11,499.59 |
| 12/14 | Check #12671 | 1,308.38 | | 10,191.21 |
| 12/17 | Check #12675 | 1,997.30 | | 8,193.91 |
| 12/17 | CCD DEBIT, NJ WEB PMT 02101 NJWEB02101 091000017009332 | 375.00 | | 7,818.91 |
| 12/19 | DEPOSIT | | 25,000.00 | 32,818.91 |
| 12/27 | Check #12676 | 1,818.07 | | 31,000.84 |
| 12/27 | Check #12677 | 1,258.68 | | 29,742.16 |
| 12/27 | Check #12681 | 1,184.40 | | 28,557.76 |
| 12/27 | Check #12679 | 833.23 | | 27,724.53 |
| 12/27 | Check #12685 | 829.99 | | 26,894.54 |
| 12/28 | Check #12680 | 2,016.86 | | 24,877.68 |
| 12/28 | Check #12682 | 1,773.40 | | 23,104.28 |
| 12/28 | Check #12683 | 1,389.09 | | 21,715.19 |

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender

 **Bank**

America's Most Convenient Bank®

STATEMENT OF ACCOUNT

COMPUTA-BASE MACHINING INC

| Page: | 3 of 6 |
|---|---|
| Statement Period: | Dec 01 2018-Dec 31 2018 |
| Cust Ref #: | |
| Primary Account #: | |

---

## ACCOUNT ACTIVITY

### Transactions by Date (continued)

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 12/28 | Check #12684 | 1,342.80 | | 20,372.39 |
| 12/31 | CCD DEBIT, IRS USATAXPYMT 270876571848489 | 6,491.70 | | 13,880.69 |
| 12/31 | Check #12686 | 1,666.73 | | 12,213.96 |
| 12/31 | CCD DEBIT, NJ WEB PMT 01120 NJWEB01120 091000017115606 | 740.13 | | 11,473.83 |
| 12/31 | CCD DEBIT, IRS USATAXPYMT 270876530322218 | 102.28 | | 11,371.55 |

### Checks Paid    No. Checks: 24

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 12/03 | 12656 | 1,854.41 | 12/14 | 12674 | 1,666.73 |
| 12/03 | 12663* | 883.74 | 12/17 | 12675 | 1,997.30 |
| 12/03 | 12664 | 1,666.73 | 12/27 | 12676 | 1,818.07 |
| 12/13 | 12665 | 1,818.09 | 12/27 | 12677 | 1,258.68 |
| 12/13 | 12666 | 1,258.69 | 12/27 | 12679* | 833.23 |
| 12/13 | 12667 | 842.91 | 12/28 | 12680 | 2,016.86 |
| 12/14 | 12668 | 2,016.86 | 12/27 | 12681 | 1,184.40 |
| 12/13 | 12669 | 1,184.40 | 12/28 | 12682 | 1,773.40 |
| 12/14 | 12670 | 1,763.45 | 12/28 | 12683 | 1,389.09 |
| 12/14 | 12671 | 1,308.38 | 12/28 | 12684 | 1,342.80 |
| 12/14 | 12672 | 1,332.39 | 12/27 | 12685 | 829.99 |
| 12/13 | 12673 | 548.55 | 12/31 | 12686 | 1,666.73 |

---

## INTEREST SUMMARY

| | |
|---|---|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 31 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |