**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: Computa-Base Machining, Inc.

**Case No.**   18-30856
**Reporting Period:**   Jan-19

**MONTHLY OPERATING REPORT**
**File with Court and submit copy to United States Trustee within 20 days after end of month.**

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents
are true and correct to the best of my knowledge and belief.

_____          2/18/19
Signature of Debtor                                    Date


_____          _____
Signature of Joint Debtor                           Date


_____          _____
Signature of Authorized Individual*            Date

Agustin Rosado                                   President
Printed Name of Authorized Individual        Title of Authorized Individual


*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor
is a partnership; a manager or member if debtor is a limited liability company.

In re: Computa-Base Machining, Inc.       **Case No.**   18-30856
    Debtor            **Reporting Period:**   Jan-19

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement. The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed. The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns. The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) . Attach copies of the bank statements and the cash disbursements journal. The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page. A bank reconciliation must be attached for each account. [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | 4338 | 3254 | 3885 | CASH OH | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH*** | 84,186.88 | 1,284.07 | 9,387.98 | 100.00 | 94,958.93 | - | 38,985.92 | - |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | - | | | - | - | - | - |
| ACCOUNTS RECEIVABLE | 110,660.90 | | | | 110,660.90 | - | 425,445.35 | - |
| LOANS AND ADVANCES | | | | | - | | | |
| SALE OF ASSETS | | | | | - | | | |
| INTEREST | 14.74 | - | | | 14.74 | - | 23.55 | - |
| TRANSFERS | (70,000.00) | | 70,000.00 | | - | - | - | |
| | | | | | - | | | |
|  **TOTAL RECEIPTS** | 40,675.64 | - | 70,000.00 | | 110,675.64 | - | 425,468.90 | - |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | - | 29,448.02 | | 29,448.02 | - | 126,238.56 | - |
| PAYROLL TAXES | | - | 13,430.65 | | 13,430.65 | - | 58,589.73 | - |
| SALES, USE, & OTHER TAXES | | | | | - | - | | - |
| INVENTORY PURCHASES | 1,189.95 | - | | | 1,189.95 | - | 16,854.95 | - |
| SECURED/ RENTAL/ LEASES | 1,547.64 | | | | 1,547.64 | - | 10,490.41 | - |
| INSURANCE | 10,339.08 | | | | 10,339.08 | - | 36,394.10 | - |
| ADMINISTRATIVE | 9,875.95 | 180.55 | | | 10,056.50 | | 40,319.45 | |
| SELLING | - | - | | | - | - | - | - |
| REPAIRS | | - | | - | - | | 3,800.00 | |
| PRODUCTION SUPPLIES | - | | | | - | | 4,274.27 | |
| SUBCONTRACTING | 3,158.56 | | | | 3,158.56 | | 31,029.18 | |
| TRANSFERS | - | | | | - | | | |
| | | | | | - | | | |
| PROFESSIONAL FEES | | | | | - | | | - |
| U.S. TRUSTEE QUARTERLY FEES | 1,950.00 | | | | 1,950.00 | | 1,950.00 | |
| COURT COSTS | - | | | | | | | |
| **TOTAL DISBURSEMENTS** | 28,061.18 | 180.55 | 42,878.67 | - | 71,120.40 | - | 329,940.65 | - |
| | | | | | | | | |
| NET CASH FLOW | 12,614.46 | (180.55) | 27,121.33 | - | 39,555.24 | - | 95,528.25 | - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 96,801.34 | 1,103.52 | 36,509.31 | 100.00 | 134,514.17 | - | 134,514.17 | - |

* UNRECONCILED DIFFERENCES BETWEEN MOR AND SOFA

### THE FOLLOWING SECTION MUST BE COMPLETED

| DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES: (FROM CURRENT MONTH ACTUAL COLUMN) | |
|---|---|
| **TOTAL DISBURSEMENTS** | 71,120.40 |
|  LESS: TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
|  PLUS: ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 71,120.40 |

In re: Computa-Base Machining, Inc.

Debtor

**Case No.**                     18-30856
**Reporting Period:**              Jan-19

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account.  The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Medical | | Payroll | | Cash on hand | |
|---|---|---|---|---|---|---|---|---|
| | #4338 | | #3254 | | #3885 | | # | |
| **BALANCE PER BOOKS** | 96,801.34 | | 1,103.52 | | 36,509.31 | | | 100.00 |
| | | | | | | | | |
| BANK BALANCE | 123,854.13 | | 1,202.59 | | 36,509.31 | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 53.63 | | | | | | | |
| (-)  OUTSTANDING CHECKS (ATTACH LIST) | (27,106.45) | | (99.07) | | - | | | |
| OTHER  (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | 96,801.31 | | 1,103.52 | | 36,509.31 | | | 100.00 |
| | | | | | | | | |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| **OTHER** | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |
| | | | | | | | | |

In re: Computa-Base Machining, Inc.     **Case No.**     18-30856
     Debtor     **Reporting Period:**     Jan-19

### SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check | | Amount Paid | | Year-To-Date | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | Number | Date | Fees | Expenses | Fees | Expenses |
| N/A | N/A | N/A | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |
| | | | | | | | | | |

In re: Computa-Base Machining, Inc.  **Case No.**  18-30856

Debtor  **Reporting Period:**  Jan-19

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---|---|
| Gross Revenues | 89,475.00 | 409,574.07 |
| Less: Returns and Allowances | - | (131.71) |
| Net Revenue | 89,475.00 | 409,442.36 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 900,200.00 | 1,093,145.00 |
| Add: Purchases | 1,189.95 | 16,854.95 |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | 5,606.86 | 48,290.64 |
| Less: Ending Inventory | 840,000.00 | 840,000.00 |
| Cost of Goods Sold | 66,996.81 | 318,290.59 |
| Gross Profit | 22,478.19 | 91,151.77 |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 140.00 | 557.75 |
| Bad Debts | | |
| Computer suplies & expenses | 50.00 | 1,604.95 |
| Employee Benefits Programs | 4,661.25 | 19,530.38 |
| Insider Compensation* | 5,600.00 | 22,400.00 |
| Insurance | 2,677.83 | 10,336.95 |
| Management Fees/Bonuses | | |
| Office Expense | 572.56 | 3,296.89 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | - | 4,411.82 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | 35,759.92 | 153,672.33 |
| Supplies | | |
| Taxes - Payroll | 3,342.67 | 13,567.48 |
| Taxes - Real Estate | | |
| Taxes - Other | 34.19 | 115.44 |
| Travel and Entertainment | - | 200.00 |
| Utilities | 2,643.01 | 7,158.38 |
| Other (attach schedule) | - | - |
| Total Operating Expenses Before Depreciation | 55,481.43 | 236,852.37 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | (33,003.24) | (145,700.60) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | 18.12 | 18.12 |
| Interest Expense | 2,681.65 | 9,411.28 |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | (35,703.01) | (155,130.00) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | 1,950.00 | 1,950.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | 1,950.00 | 1,950.00 |
| Income Taxes | | |
| Net Profit (Loss) | (37,653.01) | (157,080.00) |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2
(04/07)

In re: Computa-Base Machining, Inc.         **Case No.**              18-30856
                              Debtor          **Reporting Period:**              Jan-19

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| | | |
| **Other Costs** | | |
| Subcontracting | 3,158.58 | 39,533.41 |
| Supplies | - | 2,300.25 |
| Shop expenses | 1,999.90 | 3,961.08 |
| Tools | - | 233.12 |
| Freight | 448.38 | 2,262.78 |
| Total | 5,606.86 | 48,290.64 |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| interesr income | 18.12 | 18.12 |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

In re: Computa-Base Machining, Inc.                                    **Case No.  18-30856**
                          Debtor                                        **Reporting Period: Jan 2019**

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 134,514.17 | 37,735.55 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 102,473.04 | 123,870.93 |
| Notes Receivable | - | |
| Inventories | 840,000.00 | 1,093,145.00 |
| Prepaid Expenses | 971.00 | 971.00 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | 1,077,958.21 | 1,255,722.48 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 1,328,834.50 | 1,328,834.50 |
| Furniture, Fixtures and Office Equipment | 131,882.51 | 131,882.51 |
| Leasehold Improvements | 14,602.00 | 14,602.00 |
| Vehicles | 64,359.20 | 64,359.20 |
| Less Accumulated Depreciation | (1,419,807.32) | (1,419,807.32) |
| *TOTAL PROPERTY & EQUIPMENT* | 119,870.89 | 119,870.89 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | 6,582.34 | 6,282.34 |
| *TOTAL OTHER ASSETS* | 6,582.34 | 6,282.34 |
| | | |
| **TOTAL ASSETS** | 1,204,411.44 | 1,381,875.71 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| ***LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)*** | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | - | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | - | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | - | - |
| ***LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)*** | | |
| Secured Debt | 501,204.52 | 510,786.10 |
| Priority Debt | - | |
| Unsecured Debt | 285,407.35 | 296,210.04 |
| *TOTAL PRE-PETITION LIABILITIES* | 786,611.87 | 806,996.14 |
| | | |
| *TOTAL LIABILITIES* | 786,611.87 | 806,996.14 |
| ***OWNER EQUITY*** | | |
| Capital Stock | 1,000.00 | 1,000.00 |
| Additional Paid-In Capital | - | - |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | 573,879.57 | 573,879.57 |
| Retained Earnings - Postpetition | (157,080.00) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | 417,799.57 | 574,879.57 |
| | | |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 1,204,411.44 | 1,381,875.71 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Computa-Base Machining, Inc.

Debtor

**Case No.  18-30856**

**Reporting Period: Jan 2019**

## BALANCE SHEET - continuation sheet

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| Security deposits | 6582.34 | 6282.34 |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

In re: Computa-Base Machining, Inc.

Debtor

**Case No.**                18-30856

**Reporting Period:**        Jan-19

### STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

| | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | | | | | |
| FICA-Employee | - | | | | | |
| FICA-Employer | - | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other: | | | | | | |
|   Total Federal Taxes | - | | | | | |
| **State and Local** | | | | | | |
| Withholding | - | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | - | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other: | | | | | | |
|   Total State and Local | - | | | | | |
| **Total Taxes** | - | | | | | |

### SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

| | Number of Days Past Due | | | | | |
|---|---|---|---|---|---|---|
| | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | - | | | | | - |
| Wages Payable | | | | | | - |
| Taxes Payable | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders* | | | | | | - |
| Other: | | | | | | - |
| Other: | | | | | | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

In re: Computa-Base Machining, Inc.

Debtor

**Case No. 18-30856**

**Reporting Period: Jan 2019**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount | |
|---|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 129,185.55 | |
| + Amounts billed during the period | 89,475.00 | |
| - Amounts collected during the period | (110,660.90) | |
| Total Accounts Receivable at the end of the reporting period | 107,999.65 | |
| | | |
| Accounts Receivable Aging | Amount | |
| 0 - 30 days old | 56,660.75 | |
| 31 - 60 days old | 8,776.65 | |
| 61 - 90 days old | 6,470.00 | |
| 91+ days old | 36,092.25 | |
| Total Accounts Receivable | 107,999.65 | |
| Amount considered uncollectible (Bad Debt) | 5,526.61 | |
| Accounts Receivable (Net) | 102,473.04 | |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period?  If yes, provide an explanation below. | | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period?  If yes, provide an explanation below. | X | |
| 3. Have all postpetition tax returns been timely filed?  If no, provide an explanation below. | X | |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect?  If no, provide an explanation below. | X | |
| 5. Has any bank account been opened during the reporting period?  If yes, provide documentation identifying the opened account(s).  If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. | | X |

No new accounts were set up for Debtor-in-possession, all disbursements from contining accounts.

# 1st Colonial
## COMMUNITY BANK

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

Page:    1

COMPUTA-BASE MACHINING, INC.
411 NORTH GROVE STREET
PO BOX 340
BERLIN NJ 08009-0340

Account Number:
Statement Begin Date:    1/01/19
Statement End Date:    1/31/19
Checks/Items Enclosed:    65

ME

BUSINESS CHECKING ACCOUNT    COMPUTA-BASE MACHINING, INC.    Acct

| | | | |
|---|---|---|---|
| Beginning Balance | 1/01/19 | 92,154.75 | |
| Deposits / Misc Credits | 21 | 114,677.29 | |
| Withdrawals / Misc Debits | 69 | 82,977.91 | |
| ** Ending Balance | 1/31/19 | 123,854.13 | ** |
| Service Charge | | .00 | |
| Average Collected Balance | | 92,607 | |
| Enclosures | | 65 | |

- - - - - - - - - - - - - - -    DEPOSITS AND OTHER CREDITS    - - - - - - - - - -

| Date | Deposits | Activity Description |
|---|---|---|
| 1/02 | 9,034.00 | Remote Deposit |
| 1/04 | 12,500.00 | BRANTNER AND ASS/PAYMENTS 0200001829 COMPUTA BASE MACHINING |
| 1/07 | 1,915.37 | LOCKHEED 0654/PO/REMIT 2001821465PAYR COMPUTA-BASE-MAC |
| 1/07 | 3,760.00 | Remote Deposit |
| 1/09 | 550.00 | KELLOG COMPANY/PAYMENTS 2100004210 COMPUTA BASED MA |
| 1/11 | 1,600.00 | LOCKHEED 0654/PO/REMIT 2001824590PAYR COMPUTA-BASE-MAC |
| 1/14 | 3,790.00 | LOCKHEED 0654/PO/REMIT 2001825463PAYR COMPUTA-BASE-MAC |
| 1/15 | 113.51 | GENERAL MILLS/EDI PMT 031207869 COMPUTA BASE MAC |
| 1/15 | 1,200.00 | KELLOG COMPANY/PAYMENTS 2100040467 COMPUTA BASED MA |
| 1/15 | 1,900.00 | DFAS-CO/INVOICE COMPUTA-BASE-MAC |
| 1/17 | 5,600.00 | DFAS-CO/INVOICE COMPUTA-BASE-MAC |
| 1/23 | 3.38 | DFAS-CLEVELAND/CAPS MOCAS 0A396 COMPUTA-BASE-MAC |
| 1/23 | 1,160.00 | LOCKHEED 0654/PO/REMIT 2001830044PAYR COMPUTA-BASE-MAC |
| 1/23 | 9,000.00 | DFAS-CO/INVOICE COMPUTA-BASE-MAC |
| 1/24 | 9,977.20 | Remote Deposit |
| 1/25 | 21,974.08 | LOCKHEED 0654/PO/REMIT 2001831085PAYR COMPUTA-BASE-MAC |
| 1/25 | 1,875.00 | Remote Deposit |
| 1/28 | 226.39 | DFAS-CLEVELAND/CAPS MOCAS 0A396 COMPUTA-BASE-MAC |

# 1st Colonial
## COMMUNITY BANK

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

Page:        2

COMPUTA-BASE MACHINING, INC.                    Account Number:
                                                Statement Date:        1/31/19

- - - - - - - - - - - - - -        DEPOSITS AND OTHER CREDITS        - - - - - - - - - - - -

| Date | Deposits | Activity Description |
|---|---|---|
| 1/28 | 1,243.75 | LOCKHEED 0654/PO/REMIT 2001831856PAYR<br>COMPUTA-BASE-MAC |
| 1/28 | 27,000.00 | TREAS 310/MISC PAY 0A39697008050<br>COMPUTA-BASE-MAC |
| 1/30 | 254.61 | Remote Deposit |

- - - - - - - - - - - - - -        DEBITS AND OTHER WITHDRAWALS        - - - - - - - - - - - -

| Date | Withdrawals | Activity Description |
|---|---|---|
| 1/02 | 2,110.18 | LOAN ENDING 0863 - INT DUE 12/30/18-MLB |
| 1/02 | 124.00 | MERCH SVC/BKCRD FEES 899000002485256<br>COMPUTA BASE MACHINING |
| 1/10 | 396.70 | FEDERATED MUTUAL/PYMTS POL# 677038<br>ROSADO AGUSTIN A |
| 1/17 | 1,009.00 | COLUMBUS LIFE/PREM PYMT CM5060845U15<br>AGUSTIN ROSADO |
| 1/17 | 459.00 | COLUMBUS LIFE/PREM PYMT CM5060850U15<br>AGUSTIN ROSADO |
| 1/17 | 367.00 | COLUMBUS LIFE/PREM PYMT CM5060852U15<br>AGUSTIN ROSADO |
| 1/17 | 248.00 | COLUMBUS LIFE/PREM PYMT CM5060843U15<br>AGUSTIN ROSADO |
| 1/22 | 1,547.64 | TRANSFER TO LOAN # 193009727 |
| 1/23 | 65.16 | PROTECTIONONE/PAYMENT 953292869<br>COMPUTA-BASE MACHINING |

- - - - - - - - - - - - - -        CHECKS PAID        - - - - - - - - - - - -
* indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 1/17 | 17616 | 2,275.00 | 1/08 | 17638 | 1,372.82 | 1/11 | 17647 | 50.46 |
| 1/08 | 17622* | 127.00 | 1/08 | 17639 | 100.15 | 1/14 | 17648 | 196.92 |
| 1/03 | 17631* | 274.00 | 1/07 | 17640 | 25,000.00 | 1/08 | 17649 | 187.51 |
| 1/02 | 17632 | 206.00 | 1/10 | 17641 | 75.00 | 1/08 | 17650 | 4.18 |
| 1/07 | 17633 | 222.36 | 1/10 | 17642 | 264.94 | 1/08 | 17652* | 418.50 |
| 1/09 | 17634 | 1,275.62 | 1/10 | 17643 | 142.39 | 1/10 | 17653 | 260.00 |
| 1/04 | 17635 | 155.43 | 1/08 | 17644 | 131.45 | 1/14 | 17654 | 816.95 |
| 1/03 | 17636 | 40.02 | 1/09 | 17645 | 198.13 | 1/11 | 17655 | 128.48 |
| 1/10 | 17637 | 225.00 | 1/10 | 17646 | 2.06 | 1/10 | 17656 | 54.00 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**



**1st Colonial**
**COMMUNITY BANK**

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

MEMBER
**FDIC**

EQUAL HOUSING
LENDER

Page:      3

COMPUTA-BASE MACHINING, INC.                Account Number:
                                            Statement Date:      1/31/19

- - - - - - - - - - - - - -    CHECKS PAID    - - - - - - - - - - - -
                           * indicates skip in check numbers

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|------|-----------|--------|------|-----------|--------|------|-----------|--------|
| 1/15 | 17665* | 439.04 | 1/22 | 17678 | 162.00 | 1/25 | 17691* | 698.17 |
| 1/16 | 17666 | 6,406.90 | 1/18 | 17679 | 178.49 | 1/30 | 17692 | 1,950.00 |
| 1/11 | 17668* | 1,435.50 | 1/22 | 17680 | 44.17 | 1/28 | 17693 | 135.00 |
| 1/14 | 17669 | 260.00 | 1/23 | 17681 | 50.00 | 1/30 | 17694 | 222.36 |
| 1/17 | 17671* | 363.59 | 1/23 | 17682 | 282.76 | 1/28 | 17695 | 3,799.29 |
| 1/14 | 17672 | 49.90 | 1/23 | 17683 | 148.77 | 1/31 | 17696 | 1,341.63 |
| 1/15 | 17673 | 5.00 | 1/22 | 17685* | 225.60 | 1/29 | 17698* | 119.59 |
| 1/15 | 17674 | 600.00 | 1/31 | 17686 | 1,100.00 | 1/29 | 17699 | 40.92 |
| 1/15 | 17675 | 206.00 | 1/24 | 17687 | 418.50 | 1/30 | 17700 | 225.00 |
| 1/22 | 17676 | 66.64 | 1/23 | 17688 | 100.23 | 1/30 | 17702* | 1,301.38 |
| 1/17 | 17677 | 20,000.00 | 1/22 | 17689 | 62.53 | 1/30 | 17703 | 7.90 |

- - - - - - - - - - - - - -    DAILY BALANCE SUMMARY    - - - - - - - - - - -

| Date | Balance | Date | Balance | Date | Balance |
|------|---------|------|---------|------|---------|
| 1/02 | 98,748.57 | 1/11 | 86,532.24 | 1/23 | 72,662.84 |
| 1/03 | 98,434.55 | 1/14 | 88,998.47 | 1/24 | 82,221.54 |
| 1/04 | 110,779.12 | 1/15 | 90,961.94 | 1/25 | 105,372.45 |
| 1/07 | 91,232.13 | 1/16 | 84,555.04 | 1/28 | 129,908.30 |
| 1/08 | 88,890.52 | 1/17 | 65,433.45 | 1/29 | 129,747.79 |
| 1/09 | 87,966.77 | 1/18 | 65,254.96 | 1/30 | 126,295.76 |
| 1/10 | 86,546.68 | 1/22 | 63,146.38 | 1/31 | 123,854.13 |

1

9:21 AM

02/04/19

# Computa-Base Machining, Inc

## Reconciliation Summary

**1001 · 1st Colonial Bank - Operating, Period Ending 01/31/2019**

|  | Jan 31, 19 |  |
|---|---|---|
| **Beginning Balance** |  | 92,154.75 |
| **Cleared Transactions** |  |  |
| Checks and Payments - 69 items | -82,977.91 |  |
| Deposits and Credits - 32 items | 114,677.29 |  |
| **Total Cleared Transactions** | 31,699.38 |  |
| **Cleared Balance** |  | 123,854.13 |
| **Uncleared Transactions** |  |  |
| Checks and Payments - 15 items | -27,106.42 |  |
| Deposits and Credits - 2 items | 53.63 |  |
| **Total Uncleared Transactions** | -27,052.79 |  |
| **Register Balance as of 01/31/2019** |  | 96,801.34 |
| **New Transactions** |  |  |
| Deposits and Credits - 1 item | 10,030.00 |  |
| **Total New Transactions** | 10,030.00 |  |
| **Ending Balance** |  | 106,831.34 |

9:21 AM

02/04/19

# Computa-Base Machining, Inc
## Reconciliation Detail
### 1001 · 1st Colonial Bank - Operating, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 92,154.75 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 69 items** | | | | | | |
| Check | 12/14/2018 | 17616 | VEE DENNIS MAN... | X | -2,275.00 | -2,275.00 |
| Check | 12/17/2018 | 17622 | HILLOCK ANODIZI... | X | -127.00 | -2,402.00 |
| Check | 12/20/2018 | 17631 | HILLOCK ANODIZI... | X | -274.00 | -2,676.00 |
| Bill Pmt -Check | 12/26/2018 | 17654 | CASTLE METALS &... | X | -816.95 | -3,492.95 |
| Bill Pmt -Check | 12/26/2018 | 17653 | AMZ | X | -260.00 | -3,752.95 |
| Bill Pmt -Check | 12/26/2018 | 17655 | PHOENIX HEAT TR... | X | -128.48 | -3,881.43 |
| Bill Pmt -Check | 12/26/2018 | 17656 | WINSLOW TOWNS... | X | -54.00 | -3,935.43 |
| Bill Pmt -Check | 12/28/2018 | 17638 | SOUTH JERSEY G... | X | -1,372.82 | -5,308.25 |
| Bill Pmt -Check | 12/28/2018 | 17634 | ATLANTIC CITY EL... | X | -1,275.62 | -6,583.87 |
| Bill Pmt -Check | 12/28/2018 | 17637 | MML BAYSTATE LI... | X | -225.00 | -6,808.87 |
| Liability Check | 12/28/2018 | 17633 | AFLAC | X | -222.36 | -7,031.23 |
| Liability Check | 12/28/2018 | 17632 | New Jersey Family ... | X | -206.00 | -7,237.23 |
| Bill Pmt -Check | 12/28/2018 | 17635 | BARCLAYS/SPIRIT ... | X | -155.43 | -7,392.66 |
| Bill Pmt -Check | 12/28/2018 | 17639 | UPS | X | -100.15 | -7,492.81 |
| Bill Pmt -Check | 12/28/2018 | 17636 | DISCOVER | X | -40.02 | -7,532.83 |
| Check | 01/02/2019 | eft | FIRST COLONIAL | X | -2,110.18 | -9,643.01 |
| Check | 01/02/2019 | eft | MERCHANT SERVI... | X | -124.00 | -9,767.01 |
| Bill Pmt -Check | 01/02/2019 | 17676 | PROGAS INC | X | -66.64 | -9,833.65 |
| Check | 01/04/2019 | 17640 | COMPUTA-BASE M... | X | -25,000.00 | -34,833.65 |
| Bill Pmt -Check | 01/04/2019 | 17642 | CHASE CARD #5914 | X | -264.94 | -35,098.59 |
| Bill Pmt -Check | 01/04/2019 | 17645 | HARTFORD INS | X | -198.13 | -35,296.72 |
| Bill Pmt -Check | 01/04/2019 | 17648 | UPS | X | -196.92 | -35,493.64 |
| Bill Pmt -Check | 01/04/2019 | 17649 | VERIZON WIRELESS | X | -187.51 | -35,681.15 |
| Bill Pmt -Check | 01/04/2019 | 17643 | CITI CARDS #6032 | X | -142.39 | -35,823.54 |
| Bill Pmt -Check | 01/04/2019 | 17644 | CITI CARDS #7818 | X | -131.45 | -35,954.99 |
| Check | 01/04/2019 | 17641 | NJ MOTOR VEHICL... | X | -75.00 | -36,029.99 |
| Bill Pmt -Check | 01/04/2019 | 17647 | TRANSAMERICA P... | X | -50.46 | -36,080.45 |
| Bill Pmt -Check | 01/04/2019 | 17650 | CITI CARDS #5729 | X | -4.18 | -36,084.63 |
| Bill Pmt -Check | 01/04/2019 | 17646 | HOME DEPOT CRE... | X | -2.06 | -36,086.69 |
| Bill Pmt -Check | 01/07/2019 | 17652 | RAMBALL TESTLA... | X | -418.50 | -36,505.19 |
| Bill Pmt -Check | 01/08/2019 | 17666 | FEDERATED INSU... | X | -6,406.90 | -42,912.09 |
| Bill Pmt -Check | 01/08/2019 | 17668 | QUAL-TECH LABS, ... | X | -1,435.50 | -44,347.59 |
| Bill Pmt -Check | 01/08/2019 | 17686 | K & K PRECISION ... | X | -1,100.00 | -45,447.59 |
| Bill Pmt -Check | 01/08/2019 | 17665 | C.I.L. Electroplating ... | X | -439.04 | -45,886.63 |
| Bill Pmt -Check | 01/08/2019 | 17687 | LINCOLN BENEFIT ... | X | -418.50 | -46,305.13 |
| Bill Pmt -Check | 01/08/2019 | 17671 | VERIZON | X | -363.59 | -46,668.72 |
| Bill Pmt -Check | 01/08/2019 | 17669 | SAR INDUSTRIAL F... | X | -260.00 | -46,928.72 |
| Bill Pmt -Check | 01/08/2019 | 17688 | PROGAS INC | X | -100.23 | -47,028.95 |
| Bill Pmt -Check | 01/08/2019 | 17672 | W.B.MASON | X | -49.90 | -47,078.85 |
| Bill Pmt -Check | 01/08/2019 | 17673 | TD BANK N.A. | X | -5.00 | -47,083.85 |
| Liability Check | 01/10/2019 | 17674 | CB&T/ American Fu... | X | -600.00 | -47,683.85 |
| Check | 01/10/2019 | eft | FEDERATED INSU... | X | -396.70 | -48,080.55 |
| Liability Check | 01/10/2019 | 17675 | New Jersey Family ... | X | -206.00 | -48,286.55 |
| Check | 01/14/2019 | 17677 | COMPUTA-BASE M... | X | -20,000.00 | -68,286.55 |
| Bill Pmt -Check | 01/15/2019 | 17682 | TD BANK N.A. | X | -282.76 | -68,569.31 |
| Check | 01/15/2019 | 17685 | LOU COSENZA | X | -225.60 | -68,794.91 |
| Bill Pmt -Check | 01/15/2019 | 17679 | A & M INDUSTRIAL... | X | -178.49 | -68,973.40 |
| Check | 01/15/2019 | 17678 | HILLOCK ANODIZI... | X | -162.00 | -69,135.40 |
| Bill Pmt -Check | 01/15/2019 | 17683 | UPS | X | -148.77 | -69,284.17 |
| Bill Pmt -Check | 01/15/2019 | 17681 | LAMLINKS CORPO... | X | -50.00 | -69,334.17 |
| Bill Pmt -Check | 01/15/2019 | 17680 | Capital One Bank | X | -44.17 | -69,378.34 |
| Check | 01/16/2019 | eft | Columbus Life Insur... | X | -1,009.00 | -70,387.34 |
| Check | 01/16/2019 | eft | Columbus Life Insur... | X | -459.00 | -70,846.34 |
| Check | 01/16/2019 | eft | Columbus Life Insur... | X | -367.00 | -71,213.34 |
| Check | 01/16/2019 | eft | Columbus Life Insur... | X | -248.00 | -71,461.34 |
| Bill Pmt -Check | 01/18/2019 | 17689 | TRIMAN INDUSTRI... | X | -62.53 | -71,523.87 |
| Check | 01/21/2019 | eft | FIRST COLONIAL | X | -1,547.64 | -73,071.51 |
| Check | 01/24/2019 | 17692 | U.S. Trustee | X | -1,950.00 | -75,021.51 |
| Bill Pmt -Check | 01/24/2019 | 17691 | TRIMAN INDUSTRI... | X | -698.17 | -75,719.68 |
| Check | 01/24/2019 | eft | PROTECTIONONE ... | X | -65.16 | -75,784.84 |
| Bill Pmt -Check | 01/25/2019 | 17695 | AMERIHEALTH INS... | X | -3,799.29 | -79,584.13 |
| Bill Pmt -Check | 01/25/2019 | 17696 | ATLANTIC CITY EL... | X | -1,341.63 | -80,925.76 |
| Bill Pmt -Check | 01/25/2019 | 17702 | SOUTH JERSEY G... | X | -1,301.38 | -82,227.14 |
| Bill Pmt -Check | 01/25/2019 | 17700 | MML BAYSTATE LI... | X | -225.00 | -82,452.14 |
| Liability Check | 01/25/2019 | 17694 | AFLAC | X | -222.36 | -82,674.50 |

Page 1

9:21 AM

02/04/19

**Computa-Base Machining, Inc**

## Reconciliation Detail

### 1001 · 1st Colonial Bank - Operating, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Bill Pmt -Check | 01/25/2019 | 17693 | EAST COAST STE... | X | -135.00 | -82,809.50 |
| Bill Pmt -Check | 01/25/2019 | 17698 | BARCLAYS/SPIRIT ... | X | -119.59 | -82,929.09 |
| Bill Pmt -Check | 01/25/2019 | 17699 | DISCOVER | X | -40.92 | -82,970.01 |
| Bill Pmt -Check | 01/25/2019 | 17703 | STAPLES CREDIT ... | X | -7.90 | -82,977.91 |
| **Total Checks and Payments** | | | | | **-82,977.91** | **-82,977.91** |
| **Deposits and Credits - 32 items** | | | | | | |
| Bill Pmt -Check | 12/31/2018 | 17657 | C.I.L. Electroplating ... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/31/2018 | 17659 | LAMLINKS CORPO... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/31/2018 | 17664 | QUAL-TECH LABS, ... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/31/2018 | 17660 | SAR INDUSTRIAL F... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/31/2018 | 17658 | FEDERATED INSU... | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/31/2018 | 17663 | W.B.MASON | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/31/2018 | 17662 | VERIZON | X | 0.00 | 0.00 |
| Bill Pmt -Check | 12/31/2018 | 17661 | TD BANK N.A. | X | 0.00 | 0.00 |
| Deposit | 01/02/2019 | | | X | 9,034.00 | 9,034.00 |
| Deposit | 01/04/2019 | | | X | 1,915.37 | 10,949.37 |
| Deposit | 01/04/2019 | | | X | 12,500.00 | 23,449.37 |
| Deposit | 01/07/2019 | | | X | 3,760.00 | 27,209.37 |
| Bill Pmt -Check | 01/08/2019 | 17670 | TD BANK N.A. | X | 0.00 | 27,209.37 |
| Deposit | 01/09/2019 | | | X | 550.00 | 27,759.37 |
| Deposit | 01/10/2019 | | | X | 1,600.00 | 29,359.37 |
| Deposit | 01/12/2019 | | | X | 3,790.00 | 33,149.37 |
| Deposit | 01/14/2019 | | | X | 113.51 | 33,262.88 |
| Deposit | 01/14/2019 | | | X | 1,200.00 | 34,462.88 |
| Deposit | 01/15/2019 | | | X | 1,900.00 | 36,362.88 |
| Deposit | 01/17/2019 | | | X | 5,600.00 | 41,962.88 |
| Check | 01/18/2019 | 17690 | JOSEPH FAZZIO, I... | X | 0.00 | 41,962.88 |
| Deposit | 01/24/2019 | | | X | 3.38 | 41,966.26 |
| Deposit | 01/24/2019 | | | X | 1,160.00 | 43,126.26 |
| Deposit | 01/24/2019 | | | X | 9,000.00 | 52,126.26 |
| Deposit | 01/24/2019 | | | X | 9,977.20 | 62,103.46 |
| Deposit | 01/24/2019 | | | X | 21,974.08 | 84,077.54 |
| Bill Pmt -Check | 01/25/2019 | 17701 | RAMBALL TESTLA... | X | 0.00 | 84,077.54 |
| Deposit | 01/25/2019 | | | X | 1,243.75 | 85,321.29 |
| Deposit | 01/25/2019 | | | X | 1,875.00 | 87,196.29 |
| Deposit | 01/28/2019 | | | X | 226.39 | 87,422.68 |
| Deposit | 01/29/2019 | | | X | 27,000.00 | 114,422.68 |
| Deposit | 01/30/2019 | | | X | 254.61 | 114,677.29 |
| **Total Deposits and Credits** | | | | | **114,677.29** | **114,677.29** |
| **Total Cleared Transactions** | | | | | **31,699.38** | **31,699.38** |
| **Cleared Balance** | | | | | **31,699.38** | **123,854.13** |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 15 items** | | | | | | |
| General Journal | 12/31/2014 | a1 | | | -35.00 | -35.00 |
| Check | 01/31/2018 | eft | Delux | | -438.93 | -473.93 |
| Bill Pmt -Check | 01/08/2019 | 17667 | LAMLINKS CORPO... | | -50.00 | -523.93 |
| Bill Pmt -Check | 01/25/2019 | 17697 | AVAYA COMMUNIC... | | -85.95 | -609.88 |
| Bill Pmt -Check | 01/25/2019 | 17704 | UPS | | -85.21 | -695.09 |
| Check | 01/26/2019 | 17713 | COMPUTA-BASE M... | | -25,000.00 | -25,695.09 |
| Bill Pmt -Check | 01/26/2019 | 17708 | CHASE CARD #5914 | | -274.70 | -25,969.79 |
| Bill Pmt -Check | 01/26/2019 | 17707 | ADEPT FASTENERS | | -238.00 | -26,207.79 |
| Bill Pmt -Check | 01/26/2019 | 17706 | A & M INDUSTRIAL... | | -118.99 | -26,326.78 |
| Bill Pmt -Check | 01/26/2019 | 17711 | TRANSAMERICA  P... | | -50.46 | -26,377.24 |
| Bill Pmt -Check | 01/26/2019 | 17712 | UPS | | -42.81 | -26,420.05 |
| Bill Pmt -Check | 01/26/2019 | 17710 | CITI CARDS #6032 | | -41.54 | -26,461.59 |
| Bill Pmt -Check | 01/26/2019 | 17709 | CITI CARDS #5729 | | -40.33 | -26,501.92 |
| Bill Pmt -Check | 01/29/2019 | 17705 | CITI CARDS #7818 | | -406.52 | -26,908.44 |
| Bill Pmt -Check | 01/29/2019 | eft | DISCOVER | | -197.98 | -27,106.42 |
| **Total Checks and Payments** | | | | | **-27,106.42** | **-27,106.42** |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 03/25/2016 | | | | 38.63 | 38.63 |

9:21 AM

02/04/19

# Computa-Base Machining, Inc
## Reconciliation Detail
### 1001 · 1st Colonial Bank - Operating, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| Deposit | 05/01/2018 | | | | 15.00 | 53.63 |
| Total Deposits and Credits | | | | | 53.63 | 53.63 |
| Total Uncleared Transactions | | | | | -27,052.79 | -27,052.79 |
| Register Balance as of 01/31/2019 | | | | | 4,646.59 | 96,801.34 |
| **New Transactions** | | | | | | |
| **Deposits and Credits - 1 item** | | | | | | |
| Deposit | 02/01/2019 | | | | 10,030.00 | 10,030.00 |
| Total Deposits and Credits | | | | | 10,030.00 | 10,030.00 |
| Total New Transactions | | | | | 10,030.00 | 10,030.00 |
| **Ending Balance** | | | | | **14,676.59** | **106,831.34** |



# 1st Colonial COMMUNITY BANK

1040 Haddon Avenue
Collingswood, NJ 08108
Trading Symbol: FCOB

| | |
|---|---|
| Account Number | |
| Statement Date | 01/31/2019 |
| Statement Thru Date | 01/31/2019 |
| Checks/Items Enclosed | 0 |
| Page | 1 |

Return Service Requested
00000130 MS326802011905311900 01 000000000 0002345 001

COMPUTA-BASE MACHINING, INC.
411 NORTH GROVE STREET
PO BOX 340
BERLIN NJ 08009-0340

## Customer Service Information

 **Customer Care**   1(856)-858-1100

 **Telephone Banking**
**Lost/Stolen Debit Card**   1(800)-500-1044

**Visit Us Online**
www.1stcolonial.com

## IMPORTANT MESSAGE(S)

## BUSINESS CHECKING ACCOUNT

**Account Owner(s):   COMPUTA-BASE MACHINING, INC.**

### Balance Summary

| | |
|---|---|
| **Beginning Balance as of 01/01/2019** | **$1,296.42** |
| + Deposits and Credits  (1) | $0.27 |
| - Withdrawals and Debits  (3) | $94.10 |
| **Ending Balance as of 01/31/2019** | **$1,202.59** |
| Service Charges for Period | $9.83 |
| Average Collected for Period | $1,277.00 |

## DEPOSITS AND OTHER CREDITS

| Date | Description | Deposits |
|---|---|---|
| Jan 31 | EARNINGS CREDIT | 0.27 |

## DEBITS AND OTHER WITHDRAWALS

| Date | Description | Withdrawals |
|---|---|---|
| Jan 25 | WAGEWORKS/RECEIVABLE INV1122028 COMPUTA BASE MACHINING | 84.00 |
| Jan 31 | CHECK FEES 1 AT $ .10 | 0.10 |
| Jan 31 | MAINTENANCE FEE | 10.00 |



## DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance |
|---|---|---|---|
| Jan 25 | 1,212.42 | Jan 31 | 1,202.59 |



## **Bank**
### America's Most Convenient Bank®

STATEMENT OF ACCOUNT

COMPUTA-BASE MACHINING INC

| | |
|---|---|
| Page: | 3 of 6 |
| Statement Period: | Jan 01 2019-Jan 31 2019 |

Primary Account #:

---

### ACCOUNT ACTIVITY

**Transactions by Date (continued)**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---|---|---|
| 01/28 | CCD DEBIT, NJ WEB PMT 01120 NJWEB01120 091000017419472 | 583.15 | | 17,598.91 |
| 01/29 | Check #12705 | 608.72 | | 16,990.19 |
| 01/30 | CCD DEBIT, IRS USATAXPYMT 220943033744535 | 5,480.88 | | 11,509.31 |
| 01/31 | DEPOSIT | | 25,000.00 | 36,509.31 |

**Checks Paid**   No. Checks: 23

*Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 01/07 | 12678 | 1,984.04 | 01/24 | 12698 | 1,800.48 |
| 01/16 | 12687* | 1,799.91 | 01/25 | 12699 | 1,248.32 |
| 01/10 | 12688 | 1,248.01 | 01/28 | 12700 | 1,764.50 |
| 01/14 | 12689 | 1,679.17 | 01/24 | 12701 | 834.65 |
| 01/10 | 12690 | 781.26 | 01/28 | 12702 | 974.53 |
| 01/11 | 12691 | 2,000.51 | 01/24 | 12703 | 993.33 |
| 01/16 | 12692 | 1,212.29 | 01/25 | 12704 | 1,780.32 |
| 01/11 | 12693 | 1,751.33 | 01/29 | 12705 | 608.72 |
| 01/11 | 12694 | 1,206.89 | 01/25 | 12706 | 1,341.64 |
| 01/11 | 12695 | 1,328.64 | 01/24 | 12707 | 901.69 |
| 01/10 | 12696 | 884.97 | 01/25 | 12708 | 1,653.46 |
| 01/22 | 12697 | 1,652.93 | | | |

---

### INTEREST SUMMARY

| | |
|---|---|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 31 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |

---



## **TD Bank**
America's Most Convenient Bank®

E        STATEMENT OF ACCOUNT

COMPUTA-BASE MACHINING INC
PO BOX 340
BERLIN NJ  08009-9704

Page:                                        1 of 6
Statement Period:      Jan 01 2019-Jan 31 2019
Cust Ref #:
Primary Account #:

## Business Convenience Checking

COMPUTA-BASE MACHINING INC

Account #

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 01/01 | | | 11,371.55 |
| Plus | 3 | Deposits and Other Credits | 70,000.00 |
| Less | 28 | Checks and Other Debits | 44,862.24 |
| Statement Balance as of 01/31 | | | 36,509.31 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 01/04 | DEPOSIT | | 25,000.00 | 36,371.55 |
| 01/07 | Check #12678 | 1,984.04 | | 34,387.51 |
| 01/10 | Check #12688 | 1,248.01 | | 33,139.50 |
| 01/10 | Check #12696 | 884.97 | | 32,254.53 |
| 01/10 | Check #12690 | 781.26 | | 31,473.27 |
| 01/11 | CCD DEBIT, IRS USATAXPYMT 270941182927909 | 6,219.94 | | 25,253.33 |
| 01/11 | Check #12691 | 2,000.51 | | 23,252.82 |
| 01/11 | Check #12693 | 1,751.33 | | 21,501.49 |
| 01/11 | Check #12695 | 1,328.64 | | 20,172.85 |
| 01/11 | Check #12694 | 1,206.89 | | 18,965.96 |
| 01/11 | CCD DEBIT, NJ WEB PMT 01120 NJWEB01120 091000017182237 | 699.55 | | 18,266.41 |
| 01/14 | Check #12689 | 1,679.17 | | 16,587.24 |
| 01/16 | DEPOSIT | | 20,000.00 | 36,587.24 |
| 01/16 | Check #12687 | 1,799.91 | | 34,787.33 |
| 01/16 | Check #12692 | 1,212.29 | | 33,575.04 |
| 01/22 | Check #12697 | 1,652.93 | | 31,922.11 |
| 01/24 | Check #12698 | 1,800.48 | | 30,121.63 |
| 01/24 | Check #12703 | 993.33 | | 29,128.30 |
| 01/24 | Check #12707 | 901.69 | | 28,226.61 |
| 01/24 | Check #12701 | 834.65 | | 27,391.96 |
| 01/25 | Check #12704 | 1,780.32 | | 25,611.64 |
| 01/25 | Check #12708 | 1,653.46 | | 23,958.18 |
| 01/25 | Check #12706 | 1,341.64 | | 22,616.54 |
| 01/25 | Check #12699 | 1,248.32 | | 21,368.22 |
| 01/25 | CCD DEBIT, NJ GIT / LBR PMT NJWEB82 091000017405144 | 447.13 | | 20,921.09 |
| 01/28 | Check #12700 | 1,764.50 | | 19,156.59 |
| 01/28 | Check #12702 | 974.53 | | 18,182.06 |

1:23 PM

02/04/19

## Computa-Base Machining, Inc

## Reconciliation Summary

**1002 · TD Bank - Payroll, Period Ending 01/31/2019**

|  | Jan 31, 19 | |
|---|---|---|
| **Beginning Balance** | | 11,371.55 |
| **Cleared Transactions** | | |
| Checks and Payments - 28 items | -44,862.24 | |
| Deposits and Credits - 3 items | 70,000.00 | |
| **Total Cleared Transactions** | 25,137.76 | |
| **Cleared Balance** | | 36,509.31 |
| **Register Balance as of 01/31/2019** | | 36,509.31 |
| **New Transactions** | | |
| Checks and Payments - 9 items | -11,919.92 | |
| **Total New Transactions** | -11,919.92 | |
| **Ending Balance** | | 24,589.39 |

1:23 PM

02/04/19

**Computa-Base Machining, Inc**

## Reconciliation Detail

### 1002 · TD Bank - Payroll, Period Ending 01/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|------|------|-----|------|-----|--------|---------|
| **Beginning Balance** | | | | | | 11,371.55 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 28 items** | | | | | | |
| Paycheck | 12/27/2018 | 12678 | DAVID E ELDRIDGE | X | -1,984.04 | -1,984.04 |
| Paycheck | 01/10/2019 | 12691 | FRANKLIN J CAMP... | X | -2,000.51 | -3,984.55 |
| Paycheck | 01/10/2019 | 12687 | AGUSTIN ROSADO | X | -1,799.91 | -5,784.46 |
| Paycheck | 01/10/2019 | 12693 | MICHAEL K TROPP | X | -1,751.33 | -7,535.79 |
| Paycheck | 01/10/2019 | 12689 | DAVID E ELDRIDGE | X | -1,679.17 | -9,214.96 |
| Paycheck | 01/10/2019 | 12697 | ROBERT D FRASER | X | -1,652.93 | -10,867.89 |
| Paycheck | 01/10/2019 | 12695 | RICHARD E SPAUL... | X | -1,328.64 | -12,196.53 |
| Paycheck | 01/10/2019 | 12688 | DANIEL MARK WA... | X | -1,248.01 | -13,444.54 |
| Paycheck | 01/10/2019 | 12692 | KATHLEEN DIBRU... | X | -1,212.29 | -14,656.83 |
| Paycheck | 01/10/2019 | 12694 | PATRICIA  A HOCK | X | -1,206.89 | -15,863.72 |
| Paycheck | 01/10/2019 | 12696 | ROBERT B RICHMAN | X | -884.97 | -16,748.69 |
| Paycheck | 01/10/2019 | 12690 | ELIZABETH M TANN | X | -781.26 | -17,529.95 |
| Liability Check | 01/11/2019 | EFT | IRS | X | -6,219.94 | -23,749.89 |
| Liability Check | 01/11/2019 | EFT | STATE OF NEW JE... | X | -699.55 | -24,449.44 |
| Paycheck | 01/24/2019 | 12698 | AGUSTIN ROSADO | X | -1,800.48 | -26,249.92 |
| Paycheck | 01/24/2019 | 12704 | MICHAEL K TROPP | X | -1,780.32 | -28,030.24 |
| Paycheck | 01/24/2019 | 12700 | DAVID E ELDRIDGE | X | -1,764.50 | -29,794.74 |
| Paycheck | 01/24/2019 | 12708 | ROBERT D FRASER | X | -1,653.46 | -31,448.20 |
| Paycheck | 01/24/2019 | 12706 | RICHARD E SPAUL... | X | -1,341.64 | -32,789.84 |
| Paycheck | 01/24/2019 | 12699 | DANIEL MARK WA... | X | -1,248.32 | -34,038.16 |
| Paycheck | 01/24/2019 | 12703 | KATHLEEN DIBRU... | X | -993.33 | -35,031.49 |
| Paycheck | 01/24/2019 | 12702 | FRANKLIN J CAMP... | X | -974.53 | -36,006.02 |
| Paycheck | 01/24/2019 | 12707 | ROBERT B RICHMAN | X | -901.69 | -36,907.71 |
| Paycheck | 01/24/2019 | 12701 | ELIZABETH M TANN | X | -834.65 | -37,742.36 |
| Paycheck | 01/24/2019 | 12705 | PATRICIA  A HOCK | X | -608.72 | -38,351.08 |
| Liability Check | 01/25/2019 | eft | STATE OF NEW JE... | X | -447.13 | -38,798.21 |
| Liability Check | 01/28/2019 | eft | IRS | X | -5,480.88 | -44,279.09 |
| Liability Check | 01/28/2019 | eft | STATE OF NEW JE... | X | -583.15 | -44,862.24 |
| **Total Checks and Payments** | | | | | -44,862.24 | -44,862.24 |
| **Deposits and Credits - 3 items** | | | | | | |
| Deposit | 01/04/2019 | | | X | 25,000.00 | 25,000.00 |
| Deposit | 01/16/2019 | | | X | 20,000.00 | 45,000.00 |
| Deposit | 01/31/2019 | | | X | 25,000.00 | 70,000.00 |
| **Total Deposits and Credits** | | | | | 70,000.00 | 70,000.00 |
| **Total Cleared Transactions** | | | | | 25,137.76 | 25,137.76 |
| **Cleared Balance** | | | | | 25,137.76 | 36,509.31 |
| Register Balance as of 01/31/2019 | | | | | 25,137.76 | 36,509.31 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 9 items** | | | | | | |
| Paycheck | 02/07/2019 | 12709 | AGUSTIN ROSADO | | -1,800.19 | -1,800.19 |
| Paycheck | 02/07/2019 | 12714 | MICHAEL K TROPP | | -1,670.45 | -3,470.64 |
| Paycheck | 02/07/2019 | 12716 | ROBERT D FRASER | | -1,653.19 | -5,123.83 |
| Paycheck | 02/07/2019 | 12711 | DAVID E ELDRIDGE | | -1,629.94 | -6,753.77 |
| Paycheck | 02/07/2019 | 12717 | RICHARD E SPAUL... | | -1,281.65 | -8,035.42 |
| Paycheck | 02/07/2019 | 12710 | DANIEL MARK WA... | | -1,248.15 | -9,283.57 |
| Paycheck | 02/07/2019 | 12713 | KATHLEEN DIBRU... | | -988.56 | -10,272.13 |
| Paycheck | 02/07/2019 | 12715 | ROBERT B RICHMAN | | -825.79 | -11,097.92 |
| Paycheck | 02/07/2019 | 12712 | ELIZABETH M TANN | | -822.00 | -11,919.92 |
| **Total Checks and Payments** | | | | | -11,919.92 | -11,919.92 |
| **Total New Transactions** | | | | | -11,919.92 | -11,919.92 |
| **Ending Balance** | | | | | 13,217.84 | 24,589.39 |