**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re: Computa-Base Machining, Inc.

Case No. 18-30856
Reporting Period: Mar-19

**MONTHLY OPERATING REPORT**
File with Court and submit copy to United States Trustee within 20 days after end of month.

Submit copy of report to any official committee appointed in the case.

| REQUIRED DOCUMENTS | Form No. | Document Attached | Explanation Attached | Affidavit/Supplement Attached |
|---|---|---|---|---|
| Schedule of Cash Receipts and Disbursements | MOR-1 | X | | |
| Bank Reconciliation (or copies of debtor's bank reconciliations) | MOR-1a | X | | |
| Schedule of Professional Fees Paid | MOR-1b | X | | |
| Copies of bank statements | | | | |
| Cash disbursements journals | | | | |
| Statement of Operations | MOR-2 | X | | |
| Balance Sheet | MOR-3 | X | | |
| Status of Postpetition Taxes | MOR-4 | X | | |
| Copies of IRS Form 6123 or payment receipt | | | | |
| Copies of tax returns filed during reporting period | | | | |
| Summary of Unpaid Postpetition Debts | MOR-4 | X | | |
| Listing of aged accounts payable | MOR-4 | X | | |
| Accounts Receivable Reconciliation and Aging | MOR-5 | X | | |
| Debtor Questionnaire | MOR-5 | X | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the attached documents are true and correct to the best of my knowledge and belief.

_____   4/22/19
Signature of Debtor                Date

_____   _____
Signature of Joint Debtor           Date

_____   _____
Signature of Authorized Individual*  Date

Agustin Rosado                      Pres.
Printed Name of Authorized Individual   Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

MOR
(04/07)

| In re: Computa-Base Machining, Inc. | | | | Case No. | | 18-30856 | |
|---|---|---|---|---|---|---|---|
| Debtor | | | | Reporting Period: | | Mar-19 | |

## SCHEDULE OF CASH RECEIPTS AND DISBURSEMENTS

Amounts reported should be per the debtor's books, not the bank statement.  The beginning cash should be the ending cash from the prior month or, if this is the first report, the amount should be the balance on the date the petition was filed.  The amounts reported in the "CURRENT MONTH - ACTUAL" column must equal the sum of the four bank account columns.  The amounts reported in the "PROJECTED" columns should be taken from the SMALL BUSINESS INITIAL REPORT (FORM IR-1) .  Attach copies of the bank statements and the cash disbursements journal.  The total disbursements listed in the disbursements journal must equal the total disbursements reported on this page.   A bank reconciliation must be attached for each account.  [See MOR-1 (CON'T)]

| | BANK ACCOUNTS | | | | CURRENT MONTH | | CUMULATIVE FILING TO DATE | |
|---|---|---|---|---|---|---|---|---|
| | 4338 | 3254 | 3885 | CASH OH | ACTUAL | PROJECTED | ACTUAL | PROJECTED |
| **CASH BEGINNING OF MONTH*** | 89,835.15 | 1,100.51 | 7,127.96 | 100.00 | 98,163.62 | - | 38,985.92 | - |
| | | | | | | | | |
| **RECEIPTS** | | | | | | | | |
| CASH SALES | | - | | | - | - | - | - |
| ACCOUNTS RECEIVABLE | 133,961.25 | | | | 133,961.25 | - | 582,498.90 | - |
| LOANS AND ADVANCES | | | | | - | | | |
| SALE OF ASSETS | | | | | - | | | |
| INTEREST | - | 0.13 | | | 0.13 | - | 23.68 | - |
| TRANSFERS | (20,000.00) | | 20,000.00 | | - | | - | |
| | | | | | - | | | |
| TOTAL RECEIPTS | 113,961.25 | 0.13 | 20,000.00 | | 133,961.38 | - | 582,522.58 | - |
| | | | | | | | | |
| **DISBURSEMENTS** | | | | | | | | |
| NET PAYROLL | | - | 17,472.78 | | 17,472.78 | - | 169,534.07 | - |
| PAYROLL TAXES | | - | 7,803.90 | | 7,803.90 | - | 69,952.25 | - |
| SALES, USE, & OTHER TAXES | | | | | - | - | | - |
| INVENTORY PURCHASES | 3,326.28 | - | | | 3,326.28 | - | 20,570.89 | - |
| SECURED/ RENTAL/ LEASES | 1,547.64 | | | | 1,547.64 | - | 13,585.66 | - |
| INSURANCE | 4,542.97 | | | | 4,542.97 | - | 47,382.13 | - |
| ADMINISTRATIVE | 20,524.28 | 77.00 | | | 20,601.28 | - | 79,341.69 | |
| SELLING | - | - | | | - | - | - | - |
| REPAIRS | 115.79 | - | | - | 115.79 | | 3,915.79 | |
| PRODUCTION SUPPLIES | - | | | | - | | 4,274.27 | |
| SUBCONTRACTING | 543.39 | | | | 543.39 | | 34,830.78 | |
| TRANSFERS | - | | | | - | | | |
| | | | | | - | | | |
| PROFESSIONAL FEES | | | | | - | | | - |
| U.S. TRUSTEE QUARTERLY FEES | - | | | | - | | 1,950.00 | - |
| COURT COSTS | - | | | | - | | | |
| **TOTAL DISBURSEMENTS** | 30,600.35 | 77.00 | 25,276.68 | - | 55,954.03 | - | 445,337.53 | - |
| | | | | | | | | |
| NET CASH FLOW | 83,360.90 | (76.87) | (5,276.68) | - | 78,007.35 | - | 137,185.05 | - |
| (RECEIPTS LESS DISBURSEMENTS) | | | | | | | | |
| | | | | | | | | |
| **CASH - END OF MONTH** | 173,196.05 | 1,023.64 | 1,851.28 | 100.00 | 176,170.97 | - | 176,170.97 | - |

* UNRECONCILED DIFFERENCES BETWEEN MOR AND SOFA

### THE FOLLOWING SECTION MUST BE COMPLETED

| **DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES:   (FROM CURRENT MONTH ACTUAL COLUMN)** | |
|---|---|
| **TOTAL DISBURSEMENTS** | 55,954.03 |
| LESS:  TRANSFERS TO DEBTOR IN POSSESSION ACCOUNTS | $ |
| PLUS:  ESTATE DISBURSEMENTS MADE BY OUTSIDE SOURCES (i.e. from escrow accounts) | $ |
| **TOTAL DISBURSEMENTS FOR CALCULATING U.S. TRUSTEE QUARTERLY FEES** | 55,954.03 |

FORM MOR-1
(04/07)

| In re: Computa-Base Machining, Inc. | | | | **Case No.** | 18-30856 |
|---|---|---|---|---|---|
| Debtor | | | | **Reporting Period:** | Mar-19 |

## BANK RECONCILIATIONS
**Continuation Sheet for MOR-1**

A bank reconciliation must be included for each bank account. The debtor's bank reconciliation may be substituted for this page.

| | Operating | | Medical | | Payroll | | Cash on hand | |
|---|---|---|---|---|---|---|---|---|
| | #4338 | | #3254 | | #3885 | | # | |
| **BALANCE PER BOOKS** | 173,196.05 | | 1,023.64 | | 1,851.28 | | | 100.00 |
| BANK BALANCE | 181,232.74 | | 1,023.64 | | 1,851.28 | | | |
| (+) DEPOSITS IN TRANSIT (ATTACH LIST) | 53.63 | | | | | | | |
| (-) OUTSTANDING CHECKS (ATTACH LIST) | (8,090.32) | | - | | - | | | |
| OTHER (ATTACH EXPLANATION) | | | | | | | | |
| ADJUSTED BANK BALANCE * | | | | | | | | |
| * Adjusted bank balance must equal | | | | | | | | |
| balance per books | 173,196.05 | | 1,023.64 | | 1,851.28 | | | 100.00 |
| **DEPOSITS IN TRANSIT** | Date | Amount | Date | Amount | Date | Amount | Date | Amount |
| **CHECKS OUTSTANDING** | Ck. # | Amount | Ch. # | Amount | Ck. # | Amount | Ck. # | Amount |
| **OTHER** | | | | | | | | |

FORM MOR-1a
(04/07)

In re: Computa-Base Machining, Inc.　　　　　　　　**Case No.**　　　18-30856
　　　　Debtor　　　　　　　　　　　　　　　　　　**Reporting Period:**　　Mar-19

## SCHEDULE OF PROFESSIONAL FEES AND EXPENSES PAID

This schedule is to include all retained professional payments from case inception to current month.

| Payee | Period Covered | Amount Approved | Payor | Check Number | Check Date | Amount Paid Fees | Amount Paid Expenses | Year-To-Date Fees | Year-To-Date Expenses |
|---|---|---|---|---|---|---|---|---|---|
| N/A | N/A | N/A | | | | | | | |

FORM MOR-1b
(04/07)

In re: Computa-Base Machining, Inc.  
Debtor

Case No. 18-30856  
Reporting Period: Mar-19

## STATEMENT OF OPERATIONS
(Income Statement)

The Statement of Operations is to be prepared on an accrual basis. The accrual basis of accounting recognizes revenue when it is realized and expenses when they are incurred, regardless of when cash is actually received or paid.

| REVENUES | Month | Cumulative Filing to Date |
|---|---:|---:|
| Gross Revenues | 27,025.00 | 558,871.47 |
| Less: Returns and Allowances | (16,101.25) | (16,232.96) |
| Net Revenue | 10,923.75 | 542,638.51 |
| **COST OF GOODS SOLD** | | |
| Beginning Inventory | 102,487.00 | 1,093,145.00 |
| Add: Purchases | 2,362.74 | 19,607.35 |
| Add: Cost of Labor | | |
| Add: Other Costs (attach schedule) | 1,503.93 | 53,437.20 |
| Less: Ending Inventory * | 100,000.00 | 100,000.00 |
| Cost of Goods Sold | 6,353.67 | 1,066,189.55 |
| Gross Profit | 4,570.08 | (523,551.04) |
| **OPERATING EXPENSES** | | |
| Advertising | | |
| Auto and Truck Expense | 80.03 | 961.53 |
| Bad Debts | - | 30,000.00 |
| Computer suplies & expenses | 1,488.80 | 3,229.70 |
| Employee Benefits Programs | 2,531.89 | 26,844.20 |
| Insider Compensation* | 5,600.00 | 33,600.00 |
| Insurance | 2,088.08 | 14,445.73 |
| Management Fees/Bonuses | | |
| Office Expense | 833.14 | 4,832.04 |
| Pension & Profit-Sharing Plans | | |
| Repairs and Maintenance | 116.79 | 4,528.61 |
| Rent and Lease Expense | | |
| Salaries/Commissions/Fees | 18,789.37 | 195,251.58 |
| Supplies | | |
| Taxes - Payroll | 1,876.08 | 17,618.47 |
| Taxes - Real Estate | | |
| Taxes - Other | 29.59 | 145.03 |
| Travel and Entertainment | - | 200.00 |
| Utilities | 2,300.57 | 11,994.93 |
| Other (attach schedule) | - | - |
| Total Operating Expenses Before Depreciation | 35,734.34 | 343,651.82 |
| Depreciation/Depletion/Amortization | | |
| Net Profit (Loss) Before Other Income & Expenses | (31,164.26) | (867,202.86) |
| **OTHER INCOME AND EXPENSES** | | |
| Other Income (attach schedule) | - | 18.12 |
| Interest Expense | 2,859.68 | 17,125.44 |
| Other Expense (attach schedule) | - | - |
| Net Profit (Loss) Before Reorganization Items | (34,023.94) | (884,310.18) |
| **REORGANIZATION ITEMS** | | |
| Professional Fees | | |
| U. S. Trustee Quarterly Fees | - | 1,950.00 |
| Interest Earned on Accumulated Cash from Chapter 11 (see continuation sheet) | | |
| Gain (Loss) from Sale of Equipment | | |
| Other Reorganization Expenses (attach schedule) | | |
| Total Reorganization Expenses | - | 1,950.00 |
| Income Taxes | | |
| Net Profit (Loss) | (34,023.94) | (886,260.18) |

\* Inventory adjusted to phyisical at 2/28/2019

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-2  
(04/07)

In re: Computa-Base Machining, Inc.  **Case No.**  18-30856
Debtor  **Reporting Period:**  Mar-19

## STATEMENT OF OPERATIONS - continuation sheet

| BREAKDOWN OF "OTHER" CATEGORY | Month | Cumulative Filing to Date |
|---|---|---|
| **Other Costs** | | |
| Subcontracting | 543.39 | 43,335.01 |
| Supplies | - | 2,300.25 |
| Shop expenses | 612.79 | 4,773.09 |
| Tools | - | 233.12 |
| Freight | 347.75 | 2,795.73 |
| Total | 1,503.93 | 53,437.20 |
| **Other Operational Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Income** | | |
| interesr income | 0 | 18.12 |
| | | |
| | | |
| | | |
| | | |
| **Other Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| **Other Reorganization Expenses** | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

**Reorganization Items - Interest Earned on Accumulated Cash from Chapter 11:**
Interest earned on cash accumulated during the chapter 11 case, which would not have been earned but for the
bankruptcy proceeding, should be reported as a reorganization item.

| In re: Computa-Base Machining, Inc. | Case No. 18-30856 |
|---|---|
| Debtor | Reporting Period: Mar 2019 |

## BALANCE SHEET

The Balance Sheet is to be completed on an accrual basis only.  Pre-petition liabilities must be classified separately from postpetition obligations.

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| **CURRENT ASSETS** | | |
| Unrestricted Cash and Equivalents | 176,170.97 | 37,735.55 |
| Restricted Cash and Cash Equivalents (see continuation sheet) | | |
| Accounts Receivable (Net) | 78,616.85 | 123,870.93 |
| Notes Receivable | - | |
| Inventories | 100,000.00 | 1,093,145.00 |
| Prepaid Expenses | 971.00 | 971.00 |
| Professional Retainers | | |
| Other Current Assets (attach schedule) | | |
| *TOTAL CURRENT ASSETS* | 355,758.82 | 1,255,722.48 |
| **PROPERTY AND EQUIPMENT** | | |
| Real Property and Improvements | | |
| Machinery and Equipment | 1,328,834.50 | 1,328,834.50 |
| Furniture, Fixtures and Office Equipment | 131,882.51 | 131,882.51 |
| Leasehold Improvements | 14,602.00 | 14,602.00 |
| Vehicles | 64,359.20 | 64,359.20 |
| Less Accumulated Depreciation | (1,419,807.32) | (1,419,807.32) |
| *TOTAL PROPERTY & EQUIPMENT* | 119,870.89 | 119,870.89 |
| **OTHER ASSETS** | | |
| Loans to Insiders* | | |
| Other Assets (attach schedule) | 6,582.34 | 6,282.34 |
| *TOTAL OTHER ASSETS* | 6,582.34 | 6,282.34 |
| **TOTAL ASSETS** | 482,212.05 | 1,381,875.71 |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---:|---:|
| *LIABILITIES NOT SUBJECT TO COMPROMISE (Postpetition)* | | |
| Accounts Payable | - | - |
| Taxes Payable (refer to FORM MOR-4) | | |
| Wages Payable | | |
| Notes Payable | - | |
| Rent / Leases - Building/Equipment | | |
| Secured Debt / Adequate Protection Payments | - | |
| Professional Fees | | |
| Amounts Due to Insiders* | | |
| Other Postpetition Liabilities (attach schedule) | | |
| *TOTAL POSTPETITION LIABILITIES* | - | - |
| *LIABILITIES SUBJECT TO COMPROMISE (Pre-Petition)* | | |
| Secured Debt | 499,850.58 | 510,786.10 |
| Priority Debt | - | |
| Unsecured Debt | 293,742.08 | 296,210.04 |
| *TOTAL PRE-PETITION LIABILITIES* | 793,592.66 | 806,996.14 |
| *TOTAL LIABILITIES* | 793,592.66 | 806,996.14 |
| *OWNER EQUITY* | | |
| Capital Stock | 1,000.00 | 1,000.00 |
| Additional Paid-In Capital | - | - |
| Partners' Capital Account | | |
| Owner's Equity Account | | |
| Retained Earnings - Pre-Petition | 573,879.57 | 573,879.57 |
| Retained Earnings - Postpetition | (886,260.18) | |
| Adjustments to Owner Equity (attach schedule) | | |
| Postpetition Contributions (Distributions) (Draws) (attach schedule) | | |
| *NET OWNER EQUITY* | (311,380.61) | 574,879.57 |
| **TOTAL LIABILITIES AND OWNERS' EQUITY** | 482,212.05 | 1,381,875.71 |

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-3
(04/07)

| In re: Computa-Base Machining, Inc. | Case No. 18-30856 |
|---|---|
| Debtor | Reporting Period: Mar 2019 |

**BALANCE SHEET - continuation sheet**

| ASSETS | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Current Assets | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Other Assets | | |
| Security deposits | 6582.34 | 6282.34 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| LIABILITIES AND OWNER EQUITY | BOOK VALUE AT END OF CURRENT REPORTING MONTH | BOOK VALUE ON PETITION DATE |
|---|---|---|
| Other Postpetition Liabilities | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Adjustments to Owner Equity | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Postpetition Contributions (Distributions) (Draws) | | |
| | | |

Restricted Cash is cash that is restricted for a specific use and not available to fund operations.  Typically, restricted cash is segregated into a separate account, such as an escrow account.

FORM MOR-3 CONT'D
(04/07)

| In re: Computa-Base Machining, Inc. | Case No. | 18-30856 |
|---|---|---|
| Debtor | Reporting Period: | Mar-19 |

## STATUS OF POSTPETITION TAXES

The beginning tax liability should be the ending liability from the prior month or, if this is the first report, the amount should be zero.
Attach photocopies of IRS Form 6123 or payment receipt to verify payment or deposit of federal payroll taxes.
Attach photocopies of any tax returns filed during the reporting period.

|  | Beginning Tax Liability | Amount Withheld or Accrued | Amount Paid | Date Paid | Check No. or EFT | Ending Tax Liability |
|---|---|---|---|---|---|---|
| **Federal** | | | | | | |
| Withholding | - | | | | | |
| FICA-Employee | - | | | | | |
| FICA-Employer | - | | | | | |
| Unemployment | | | | | | |
| Income | | | | | | |
| Other:_____ | | | | | | |
| Total Federal Taxes | - | | | | | |
| **State and Local** | | | | | | |
| Withholding | - | | | | | |
| Sales | | | | | | |
| Excise | | | | | | |
| Unemployment | - | | | | | |
| Real Property | | | | | | |
| Personal Property | | | | | | |
| Other:_____ | | | | | | |
| Total State and Local | - | | | | | |
| **Total Taxes** | - | | | | | |

## SUMMARY OF UNPAID POSTPETITION DEBTS

Attach aged listing of accounts payable.

|  | | | Number of Days Past Due | | | |
|---|---|---|---|---|---|---|
|  | Current | 0-30 | 31-60 | 61-90 | Over 90 | Total |
| Accounts Payable | - | | | | | - |
| Wages Payable | | | | | | - |
| Taxes Payable | | | | | | - |
| Rent/Leases-Building | | | | | | - |
| Rent/Leases-Equipment | | | | | | - |
| Secured Debt/Adequate Protection Payments | | | | | | - |
| Professional Fees | | | | | | - |
| Amounts Due to Insiders* | | | | | | - |
| Other:_____ | | | | | | - |
| Other:_____ | | | | | | - |
| **Total Postpetition Debts** | - | - | - | - | - | - |

**Explain how and when the Debtor intends to pay any past-due postpetition debts.**

*"Insider" is defined in 11 U.S.C. Section 101(31).

FORM MOR-4
(04/07)

In re: Computa-Base Machining, Inc.  **Case No. 18-30856**
Debtor  **Reporting Period: Mar 2019**

## ACCOUNTS RECEIVABLE RECONCILIATION AND AGING

| Accounts Receivable Reconciliation | Amount |
|---|---|
| Total Accounts Receivable at the beginning of the reporting period | 201,653.10 |
| -Adjustment Johns Manville correction to Feburary sales | (16,100.00) |
| Adjusted Accounts Receivable at the beginning of the period | 185,553.10 |
| + Amounts billed during the period | 27,025.00 |
| - Amounts collected during the period | (133,961.25) |
| Total Accounts Receivable at the end of the reporting period | 78,616.85 |
|  |  |
| **Accounts Receivable Aging** | **Amount** |
| 0 - 30 days old | 4,200.00 |
| 31 - 60 days old | 44,000.00 |
| 61 - 90 days old | - |
| 91+ days old | 30,416.85 |
| Total Accounts Receivable | 78,616.85 |
| Amount considered uncollectible (Bad Debt) | 30,000.00 |
| Accounts Receivable (Net) | 48,616.85 |

## DEBTOR QUESTIONNAIRE

| Must be completed each month | Yes | No |
|---|---|---|
| 1. Have any assets been sold or transferred outside the normal course of business this reporting period? If yes, provide an explanation below. |  | X |
| 2. Have any funds been disbursed from any account other than a debtor in possession account this reporting period? If yes, provide an explanation below. | X |  |
| 3. Have all postpetition tax returns been timely filed? If no, provide an explanation below. | X |  |
| 4. Are workers compensation, general liability and other necessary insurance coverages in effect? If no, provide an explanation below. | X |  |
| 5. Has any bank account been opened during the reporting period? If yes, provide documentation identifying the opened account(s). If an investment account has been opened provide the required documentation pursuant to the Delaware Local Rule 4001-3. |  | X |

No new accounts were set up for Debtor-in-possession, all disbursements from contining accounts.

FORM MOR-5
(04/07)



## TD Bank
America's Most Convenient Bank®

E    **STATEMENT OF ACCOUNT**

COMPUTA-BASE MACHINING INC
PO BOX 340
BERLIN NJ  08009-9704

Page:                               1 of 5
Statement Period:    Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #:                  3885

### Business Convenience Checking

COMPUTA-BASE MACHINING INC                                    Account #        3885

### ACCOUNT SUMMARY

| | | | |
|---|---|---|---:|
| Statement Balance as of 03/01 | | | 7,127.96 |
| Plus | 1 | Deposits and Other Credits | 20,000.00 |
| Less | 18 | Checks and Other Debits | 25,276.68 |
| Statement Balance as of 03/31 | | | 1,851.28 |

### ACCOUNT ACTIVITY

**Transactions by Date**

| DATE | DESCRIPTION | DEBIT | CREDIT | BALANCE |
|---|---|---:|---:|---:|
| 03/01 | DEPOSIT | | 20,000.00 | 27,127.96 |
| 03/07 | Check #12725 | 1,800.19 | | 25,327.77 |
| 03/07 | Check #12726 | 1,248.17 | | 24,079.60 |
| 03/07 | Check #12730 | 993.21 | | 23,086.39 |
| 03/07 | Check #12728 | 940.42 | | 22,145.97 |
| 03/07 | Check #12727 | 798.76 | | 21,347.21 |
| 03/08 | CCD DEBIT, IRS USATAXPYMT 270946715163564 | 3,564.02 | | 17,783.19 |
| 03/08 | Check #12729 | 1,389.81 | | 16,393.38 |
| 03/08 | CCD DEBIT, NJ WEB PMT 01120 NJWEB01120 091000017740092 | 373.30 | | 16,020.08 |
| 03/18 | Check #12731 | 1,653.19 | | 14,366.89 |
| 03/21 | Check #12732 | 1,800.19 | | 12,566.70 |
| 03/21 | Check #12733 | 1,248.16 | | 11,318.54 |
| 03/21 | Check #12735 | 919.89 | | 10,398.65 |
| 03/21 | Check #12734 | 836.47 | | 9,562.18 |
| 03/21 | Check #12737 | 828.06 | | 8,734.12 |
| 03/22 | CCD DEBIT, IRS USATAXPYMT 270948150248639 | 3,497.88 | | 5,236.24 |
| 03/22 | Check #12736 | 1,363.06 | | 3,873.18 |
| 03/22 | CCD DEBIT, NJ WEB PMT 01120 NJWEB01120 091000017919231 | 368.70 | | 3,504.48 |
| 03/25 | Check #12738 | 1,653.20 | | 1,851.28 |

**Checks Paid**    No. Checks: 14    *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---:|---|---|---:|
| 03/07 | 12725 | 1,800.19 | 03/07 | 12730 | 993.21 |
| 03/07 | 12726 | 1,248.17 | 03/18 | 12731 | 1,653.19 |
| 03/07 | 12727 | 798.76 | 03/21 | 12732 | 1,800.19 |
| 03/07 | 12728 | 940.42 | 03/21 | 12733 | 1,248.16 |
| 03/08 | 12729 | 1,389.81 | 03/21 | 12734 | 836.47 |

Call 1-800-937-2000 for 24-hour Bank-by-Phone services or connect to www.tdbank.com

Bank Deposits FDIC Insured | TD Bank, N.A. | Equal Housing Lender


**Bank**
America's Most Convenient Bank®

STATEMENT OF ACCOUNT

COMPUTA-BASE MACHINING INC

Page: 3 of 5
Statement Period: Mar 01 2019-Mar 31 2019
Cust Ref #:
Primary Account #: 3885

## ACCOUNT ACTIVITY

**Checks Paid (continued)**   *Indicates break in serial sequence or check processed electronically and listed under Electronic Payments

| DATE | SERIAL NO. | AMOUNT | DATE | SERIAL NO. | AMOUNT |
|---|---|---|---|---|---|
| 03/21 | 12735 | 919.89 | 03/21 | 12737 | 828.06 |
| 03/22 | 12736 | 1,363.06 | 03/25 | 12738 | 1,653.20 |

## INTEREST SUMMARY

| | |
|---|---|
| Beginning Interest Rate | 0.00% |
| Number of days in this Statement Period | 31 |
| Interest Earned this Statement Period | 0.00 |
| Annual Percentage Yield Earned | 0.00% |
| Interest Paid Year to date | 0.00 |

8:59 AM
04/01/19

# Computa-Base Machining, Inc
# Reconciliation Detail
### 1001 · 1st Colonial Bank - Operating, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---|---|
| **Beginning Balance** | | | | | | 91,834.77 |
| **Cleared Transactions** | | | | | | |
| **Checks and Payments - 48 items** | | | | | | |
| Bill Pmt -Check | 02/13/2019 | 17725 | AVASEK | X | -2,795.92 | -2,795.92 |
| Liability Check | 02/18/2019 | 17733 | CB&T/ American Fu... | X | -550.00 | -3,345.92 |
| Bill Pmt -Check | 02/25/2019 | 17749 | JOSEPH W. BOWL... | X | -357.25 | -3,703.17 |
| Bill Pmt -Check | 02/25/2019 | 17747 | HARTFORD INS | X | -60.38 | -3,763.55 |
| Bill Pmt -Check | 02/25/2019 | 17750 | HOME DEPOT CRE... | X | -41.77 | -3,805.32 |
| Check | 02/28/2019 | 17755 | JERGENS INC. | X | -700.90 | -4,506.22 |
| Check | 02/28/2019 | 17752 | HILLOCK ANODIZI... | X | -162.00 | -4,668.22 |
| Deposit | 03/01/2019 | 17753 | COMPUTA-BASE M... | X | -20,000.00 | -24,668.22 |
| Bill Pmt -Check | 03/04/2019 | 17754 | AVASEK | X | -1,438.80 | -26,107.02 |
| Bill Pmt -Check | 03/04/2019 | 17756 | CITI CARDS #6032 | X | -74.61 | -26,181.63 |
| Check | 03/04/2019 | eft | MERCHANT SERVI... | X | -25.00 | -26,206.63 |
| Bill Pmt -Check | 03/05/2019 | 17768 | TD BANK N.A. | X | -1,527.45 | -27,734.08 |
| Bill Pmt -Check | 03/05/2019 | 17757 | CHASE CARD #5914 | X | -273.90 | -28,007.98 |
| Bill Pmt -Check | 03/05/2019 | 17761 | VERIZON WIRELESS | X | -184.74 | -28,192.72 |
| Bill Pmt -Check | 03/05/2019 | 17759 | CITI CARDS #7818 | X | -139.13 | -28,331.85 |
| Bill Pmt -Check | 03/05/2019 | 17760 | LAMLINKS CORPO... | X | -50.00 | -28,381.85 |
| Bill Pmt -Check | 03/05/2019 | 17762 | W.B.MASON | X | -18.95 | -28,400.80 |
| Bill Pmt -Check | 03/05/2019 | 17758 | CITI CARDS #5729 | X | -4.02 | -28,404.82 |
| Bill Pmt -Check | 03/07/2019 | 17763 | FEDERATED INSU... | X | -4,952.40 | -33,357.22 |
| Liability Check | 03/07/2019 | 17765 | CB&T/ American Fu... | X | -500.00 | -33,857.22 |
| Bill Pmt -Check | 03/07/2019 | 17764 | TD BANK N.A. | X | -5.00 | -33,862.22 |
| Check | 03/11/2019 | eft | FEDERATED INSU... | X | -396.70 | -34,258.92 |
| Bill Pmt -Check | 03/11/2019 | 17767 | VERIZON | X | -363.58 | -34,622.50 |
| Bill Pmt -Check | 03/11/2019 | 17766 | PROGAS INC | X | -46.11 | -34,668.61 |
| Bill Pmt -Check | 03/15/2019 | 17771 | CHASE CARD #5914 | X | -474.40 | -35,143.01 |
| Bill Pmt -Check | 03/15/2019 | 17770 | UPS | X | -97.66 | -35,240.67 |
| Bill Pmt -Check | 03/15/2019 | 17769 | Capital One Bank | X | -76.32 | -35,316.99 |
| Bill Pmt -Check | 03/16/2019 | 17785 | MML BAYSTATE LI... | X | -225.00 | -35,541.99 |
| Bill Pmt -Check | 03/16/2019 | 17784 | DISCOVER | X | -133.75 | -35,675.74 |
| Bill Pmt -Check | 03/18/2019 | 17774 | AMERIHEALTH INS... | X | -2,179.43 | -37,855.17 |
| Bill Pmt -Check | 03/18/2019 | 17775 | ATLANTIC CITY EL... | X | -1,174.75 | -39,029.92 |
| Bill Pmt -Check | 03/18/2019 | 17778 | SOUTH JERSEY G... | X | -1,125.82 | -40,155.74 |
| Check | 03/18/2019 | eft | Columbus Life Insur... | X | -1,009.00 | -41,164.74 |
| Check | 03/18/2019 | eft | Columbus Life Insur... | X | -367.00 | -41,531.74 |
| Check | 03/18/2019 | eft | Columbus Life Insur... | X | -248.00 | -41,779.74 |
| Check | 03/18/2019 | 17772 | YRC | X | -207.42 | -41,987.16 |
| Bill Pmt -Check | 03/18/2019 | 17777 | BARCLAYS/SPIRIT ... | X | -143.31 | -42,130.47 |
| Bill Pmt -Check | 03/18/2019 | 17776 | AVAYA COMMUNIC... | X | -85.95 | -42,216.42 |
| Bill Pmt -Check | 03/18/2019 | 17779 | STAPLES CREDIT ... | X | -84.01 | -42,300.43 |
| Bill Pmt -Check | 03/18/2019 | 17773 | A & M INDUSTRIAL... | X | -75.60 | -42,376.03 |
| Bill Pmt -Check | 03/18/2019 | 17780 | TRANSAMERICA P... | X | -50.46 | -42,426.49 |
| Check | 03/20/2019 | 17782 | TOWNSHIP OF WI... | X | -75.00 | -42,501.49 |
| Check | 03/21/2019 | eft | FIRST COLONIAL | X | -1,547.64 | -44,049.13 |
| Bill Pmt -Check | 03/21/2019 | 17783 | TRIMAN INDUSTRI... | X | -293.39 | -44,342.52 |
| Liability Check | 03/21/2019 | 17781 | AFLAC | X | -222.36 | -44,564.88 |
| Check | 03/25/2019 | eft | PROTECTIONONE ... | X | -69.71 | -44,634.59 |
| Check | 03/27/2019 | eft | FIRST COLONIAL | X | -2,055.12 | -46,689.71 |
| Bill Pmt -Check | 03/27/2019 | eft | DISCOVER | X | -261.57 | -46,951.28 |
| Total Checks and Payments | | | | | -46,951.28 | -46,951.28 |
| **Deposits and Credits - 15 items** | | | | | | |
| Deposit | 02/28/2019 | | | X | 2,388.00 | 2,388.00 |
| Deposit | 03/04/2019 | | | X | 3,600.00 | 5,988.00 |
| Deposit | 03/04/2019 | | | X | 90,022.50 | 96,010.50 |
| Deposit | 03/07/2019 | | | X | 250.00 | 96,260.50 |
| Deposit | 03/08/2019 | | | X | 248.75 | 96,509.25 |
| Deposit | 03/11/2019 | | | X | 3,150.00 | 99,659.25 |
| Deposit | 03/14/2019 | | | X | 4,050.00 | 103,709.25 |
| Deposit | 03/15/2019 | | | X | 2,700.00 | 106,409.25 |
| Check | 03/18/2019 | 17772 | YRC | X | 0.00 | 106,409.25 |
| Deposit | 03/22/2019 | | | X | 1,440.00 | 107,849.25 |
| Deposit | 03/26/2019 | | | X | 1,350.00 | 109,199.25 |
| Deposit | 03/27/2019 | | | X | 22,050.00 | 131,249.25 |
| Bill Pmt -Check | 03/28/2019 | 17790 | YRC | X | 0.00 | 131,249.25 |

Page 1

8:59 AM
04/01/19

# Computa-Base Machining, Inc
# Reconciliation Detail
### 1001 · 1st Colonial Bank - Operating, Period Ending 03/31/2019

| Type | Date | Num | Name | Clr | Amount | Balance |
|---|---|---|---|---|---:|---:|
| Deposit | 03/28/2019 | | | X | 375.00 | 131,624.25 |
| Deposit | 03/29/2019 | | | X | 4,725.00 | 136,349.25 |
| Total Deposits and Credits | | | | | 136,349.25 | 136,349.25 |
| Total Cleared Transactions | | | | | 89,397.97 | 89,397.97 |
| Cleared Balance | | | | | 89,397.97 | 181,232.74 |
| **Uncleared Transactions** | | | | | | |
| **Checks and Payments - 8 items** | | | | | | |
| General Journal | 12/31/2014 | a1 | | | -35.00 | -35.00 |
| Check | 01/31/2018 | eft | Delux | | -438.93 | -473.93 |
| Bill Pmt -Check | 03/26/2019 | 17786 | W.B.MASON | | -29.94 | -503.87 |
| Bill Pmt -Check | 03/27/2019 | 17787 | BISCO INDUSTRIES | | -1,284.60 | -1,788.47 |
| Check | 03/27/2019 | 17788 | SAFETY-KLEEN SY... | | -264.11 | -2,052.58 |
| Bill Pmt -Check | 03/28/2019 | 17789 | CHASE CARD #5914 | | -301.00 | -2,353.58 |
| Bill Pmt -Check | 03/29/2019 | 17793 | JOHN HORAY | | -250.00 | -2,603.58 |
| Bill Pmt -Check | 03/29/2019 | 17791 | HOME DEPOT CRE... | | -140.02 | -2,743.60 |
| Total Checks and Payments | | | | | -2,743.60 | -2,743.60 |
| **Deposits and Credits - 2 items** | | | | | | |
| Deposit | 03/25/2016 | | | | 38.63 | 38.63 |
| Deposit | 05/01/2018 | | | | 15.00 | 53.63 |
| Total Deposits and Credits | | | | | 53.63 | 53.63 |
| Total Uncleared Transactions | | | | | -2,689.97 | -2,689.97 |
| Register Balance as of 03/31/2019 | | | | | 86,708.00 | 178,542.77 |
| **New Transactions** | | | | | | |
| **Checks and Payments - 1 item** | | | | | | |
| Check | 04/01/2019 | eft | MERCHANT SERVI... | | -25.00 | -25.00 |
| Total Checks and Payments | | | | | -25.00 | -25.00 |
| Total New Transactions | | | | | -25.00 | -25.00 |
| **Ending Balance** | | | | | **86,683.00** | **178,517.77** |

<2025-01-01>



**1st Colonial COMMUNITY BANK**
1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

Page:     1

```
COMPUTA-BASE MACHINING, INC.              Account Number:           4338
411 NORTH GROVE STREET                    Statement Begin Date:  3/01/19
PO BOX 340                                Statement End Date:    3/31/19
BERLIN NJ 08009-0340                      Checks/Items Enclosed:      44
                                                                      ME
BUSINESS CHECKING ACCOUNT   COMPUTA-BASE MACHINING, INC.    Acct    4338

        Beginning Balance      3/01/19        91,834.77
        Deposits / Misc Credits    13        136,349.25
        Withdrawals / Misc Debits  48         46,951.28
     ** Ending Balance         3/31/19       181,232.74 **
        Service Charge                              .00

        Average Collected Balance             158,374
        Enclosures                                 44
```

--------------------   DEPOSITS AND OTHER CREDITS   --------------------

| Date | Deposits | Activity Description |
|------|---------:|----------------------|
| 3/01 | 2,388.00 | LOCKHEED 0654/PO/REMIT 2001848261PAYR COMPUTA-BASE-MAC |
| 3/04 | 90,022.50 | TREAS 310/MISC PAY 0A39697008050 COMPUTA-BASE-MAC |
| 3/05 | 3,600.00 | DFAS-CO/INVOICE COMPUTA-BASE-MAC |
| 3/07 | 250.00 | Remote Deposit |
| 3/11 | 248.75 | LOCKHEED 0654/PO/REMIT 2001852797PAYR COMPUTA-BASE-MAC |
| 3/11 | 3,150.00 | DFAS-CO/INVOICE COMPUTA-BASE-MAC |
| 3/14 | 4,050.00 | Remote Deposit |
| 3/15 | 2,700.00 | BRANTNER AND ASS/PAYMENTS 0200003456 COMPUTA BASE MACHINING |
| 3/22 | 1,440.00 | Remote Deposit |
| 3/26 | 1,350.00 | Remote Deposit |
| 3/27 | 22,050.00 | TREAS 310/MISC PAY 0A39697008050 COMPUTA-BASE-MAC |
| 3/29 | 4,725.00 | BRANTNER AND ASS/PAYMENTS 0200003770 COMPUTA BASE MACHINING |
| 3/29 | 375.00 | Internet Transfer From 0391 |

--------------------   DEBITS AND OTHER WITHDRAWALS   --------------------

| Date | Withdrawals | Activity Description |
|------|------------:|----------------------|
| 3/04 | 25.00 | MERCH SVC/BKCRD FEES 899000002485256 COMPUTA BASE MACHINING |
| 3/11 | 396.70 | FEDERATED MUTUAL/PYMTS POL# 677038 ROSADO AGUSTIN A |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**



**1st Colonial COMMUNITY BANK**

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

MEMBER FDIC • EQUAL HOUSING LENDER

Page:  2

COMPUTA-BASE MACHINING, INC.

Account Number:  4338
Statement Date:  3/31/19

---

### DEBITS AND OTHER WITHDRAWALS

| Date | Withdrawals | Activity Description |
|---|---|---|
| 3/19 | 1,009.00 | COLUMBUS LIFE/PREM PYMT CM5060845U15 AGUSTIN ROSADO |
| 3/19 | 367.00 | COLUMBUS LIFE/PREM PYMT CM5060852U15 AGUSTIN ROSADO |
| 3/19 | 248.00 | COLUMBUS LIFE/PREM PYMT CM5060843U15 AGUSTIN ROSADO |
| 3/21 | 1,547.64 | TRANSFER TO LOAN # 193009727 |
| 3/25 | 69.71 | PROTECTIONONE/PAYMENT 953292869 COMPUTA-BASE MACHINING |
| 3/27 | 2,055.12 | 3/28 PYMT DUE LOAN #196000863 - MLB |

### CHECKS PAID
*indicates skip in check numbers*

| Date | Check No. | Amount | Date | Check No. | Amount | Date | Check No. | Amount |
|---|---|---|---|---|---|---|---|---|
| 3/29 | 100 | 261.57 | 3/19 | 17760 | 50.00 | 3/25 | 17773 | 75.60 |
| 3/01 | 17725* | 2,795.92 | 3/13 | 17761 | 184.74 | 3/22 | 17774 | 2,179.43 |
| 3/12 | 17733* | 550.00 | 3/12 | 17762 | 18.95 | 3/27 | 17775 | 1,174.75 |
| 3/01 | 17747* | 60.38 | 3/13 | 17763 | 4,952.40 | 3/25 | 17776 | 85.95 |
| 3/11 | 17749* | 357.25 | 3/12 | 17764 | 5.00 | 3/25 | 17777 | 143.31 |
| 3/04 | 17750 | 41.77 | 3/21 | 17765 | 500.00 | 3/25 | 17778 | 1,125.82 |
| 3/12 | 17752* | 162.00 | 3/19 | 17766 | 46.11 | 3/25 | 17779 | 84.01 |
| 3/04 | 17753 | 20,000.00 | 3/15 | 17767 | 363.58 | 3/27 | 17780 | 50.46 |
| 3/08 | 17754 | 1,438.80 | 3/19 | 17768 | 1,527.45 | 3/26 | 17781 | 222.36 |
| 3/11 | 17755 | 700.90 | 3/19 | 17769 | 76.32 | 3/26 | 17782 | 75.00 |
| 3/11 | 17756 | 74.61 | 3/21 | 17770 | 97.66 | 3/25 | 17783 | 293.39 |
| 3/12 | 17757 | 273.90 | 3/19 | 17771 | 474.40 | 3/28 | 17784 | 133.75 |
| 3/11 | 17758 | 4.02 | 3/25 | 17772 | 207.42 | 3/29 | 17785 | 225.00 |
| 3/11 | 17759 | 139.13 | | | | | | |

### DAILY BALANCE SUMMARY

| Date | Balance | Date | Balance | Date | Balance |
|---|---|---|---|---|---|
| 3/01 | 91,366.47 | 3/12 | 164,449.69 | 3/22 | 159,015.96 |
| 3/04 | 161,322.20 | 3/13 | 159,312.55 | 3/25 | 156,930.75 |
| 3/05 | 164,922.20 | 3/14 | 163,362.55 | 3/26 | 157,983.39 |
| 3/07 | 165,172.20 | 3/15 | 165,698.97 | 3/27 | 176,753.06 |
| 3/08 | 163,733.40 | 3/19 | 161,900.69 | 3/28 | 176,619.31 |
| 3/11 | 165,459.54 | 3/21 | 159,755.39 | 3/29 | 181,232.74 |

**NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION**



# 1st Colonial COMMUNITY BANK

1040 Haddon Avenue
Collingwood NJ 08108
856-858-1100

MEMBER FDIC
EQUAL HOUSING LENDER

Page:    1

```
COMPUTA-BASE MACHINING, INC.              Account Number:        _____3254
411 NORTH GROVE STREET                    Statement Begin Date:   3/01/19
PO BOX 340                                Statement End Date:     3/31/19
BERLIN NJ 08009-0340                      Checks/Items Enclosed:        0

                                                                        ME

BUSINESS CHECKING ACCOUNT      COMPUTA-BASE MACHINING, INC.    Acct    3254

           Beginning Balance        3/01/19        1,110.51
           Deposits / Misc Credits        1             .23
           Withdrawals / Misc Debits     3           87.10
        ** Ending Balance           3/31/19        1,023.64  **
           Service Charge                              9.87

           Average Collected Balance                  1,098
```

- - - - - - - - - - - - - -    DEPOSITS AND OTHER CREDITS    - - - - - - - - - - - - -

```
 Date        Deposits             Activity Description

 3/29             .23             EARNINGS CREDIT
```

- - - - - - - - - - - - - -    DEBITS AND OTHER WITHDRAWALS    - - - - - - - - - - - -

```
 Date        Withdrawals          Activity Description

 3/27             77.00           WAGEWORKS/RECEIVABLE INV1247180 COMPUTA
                                  BASE MACHINING
 3/29               .10           CHECK FEES 1 at $ .10
 3/29             10.00           MAINTENANCE FEE
```

- - - - - - - - - - - - - -    DAILY BALANCE SUMMARY    - - - - - - - - - - - - -

```
 Date     Balance          Date     Balance          Date     Balance

 3/27    1,033.51          3/29    1,023.64
```

1

NOTICE: SEE REVERSE SIDE FOR IMPORTANT INFORMATION